IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CJ-2022-02895 |
| | ) Judge Caroline Wall |
| CITYR GROUP AT VISTA SHADOW LLC; | ) |
| and | ) |
| MICHAEL SABO, an individual, | ) |
| Defendants. | ) |

## SUMMONS

TO MICHAEL SABO:

You have been sued by the above-named Petitioner and you are directed to file a written Answer to the attached Petition in the office of the Court Clerk in the County named above within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered to the attorney for Petitioner or the Petitioner if not represented by an attorney.

**Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, with costs of the action.**

ISSUED THIS 20 DAY OF Sept 2022.

DON NEWBERRY, Tulsa County Court Clerk

By: _____
DEPUTY COURT CLERK

ATTORNEYS FOR PETITIONER:
Christopher M. Scaperlanda, OBA #31703
Ross Plourde, OBA #7193
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-9621

**EXHIBIT 1**

Facsimile: (405) 235-0439
christopher.scaperlanda@mcafeetaft.com
ross.plourde@mcafeetaft.com

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS**