
IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CJ-2022- 2895<br>) Civil Docket G |
| CITYR GROUP AT VISTA SHADOW LLC; | )<br>)<br>) |
| and | )<br>) |
| MICHAEL SABO, an individual, | )<br>) |
| Defendants. | ) |

## ORDER SETTING HEARING

Now on this 20th day of September, 2022, this matter comes on before the Court upon *Plaintiff's Motion for Appointment of a Receiver*. The Court finds the same should be set for hearing.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that this matter is hereby set for Hearing on the 18 day of October, 2022, at 9:30 A.M. before the undersigned Judge of the District Court in courtroom 706 at the Tulsa County District Courthouse, Tulsa, Oklahoma. Plaintiff's counsel shall file and serve order. To request a district court reporter, subject to availability, call Brenda El Hassan (918) 596-5391.

_____
JUDGE OF THE DISTRICT COURT

PREPARED AND REQUESTED BY:

Christopher M. Scaperlanda, OBA #31703
Ross Plourde, OBA #7193
McAfee & Taft A Professional Corporation

EXHIBIT 3

8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
christopher.scaperlanda@mcafeetaft.com
ross.plourde@mcafeetaft.com
***Attorneys for Plaintiff Federal National Mortgage Association***