
The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>    Plaintiff,<br>v.<br>CITYR GROUP AT VISTA SHADOW LLC,<br>    Defendant, and<br>MICHAEL SABO,<br>    Defendant. | No. CJ-2022-2895<br>(Civil relief more than $10,000: FORECLOSURE)<br><br>Filed: 09/20/2022<br><br>Judge: Civil Docket G |

# PARTIES

CITYR GROUP AT VISTA SHADOW LLC, Defendant
FEDERAL NATIONAL MORTGAGE ASSOCIATION, Plaintiff
SABO,  MICHAEL, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Gillette,  Alyssa  M (Bar #33891)<br>HALL, ESTELLE, HARDWICK, GABLE, GOLDEN &<br>NELSON PC<br>100 N BROADWAY<br>SUITE 2900<br>OKLAHOMA CITY, OK 73102 | CITYR GROUP AT VISTA SHADOW LLC, |
| GREENOUGH,  CHARLES (Bar #12311)<br>MCAFEE & TAFT A PROFESSIONAL CORPORATIONT<br>TWO WEST SECOND STREET<br>SUITE 1100<br>TULSA, OK 74103 | FEDERAL NATIONAL MORTGAGE ASSOCIATION, |
| Hines,  Tami  J (Bar #32014)<br>320 South Boston Ave, Ste 200<br>Tulsa, OK 74103 | CITYR GROUP AT VISTA SHADOW LLC, |

**EXHIBIT 4**

| Attorney | Represented Parties |
|---|---|
| IRBY,  JERRICK (Bar #30876)<br>HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>320 S BOSTON AVE., SUITE 200<br>TULSA, OK 74103 | CITYR GROUP AT VISTA SHADOW LLC, |
| MARCIANO,  LAUREN  M (Bar #32454)<br>HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>320 S BOSTON AVE<br>SUITE 200<br>TULSA, OK 74103 | CITYR GROUP AT VISTA SHADOW LLC, |
| SCAPERLANDA,  CHRISTOPHER  M (Bar #31703)<br>211 N ROBINSON<br>MCAFEE & TAFT 8TH FLOOR<br>2 LEADERSHIP SQUARE<br>OKLAHOMA CITY, OK 73102 | FEDERAL NATIONAL MORTGAGE ASSOCIATION, |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, November 8, 2022 at 9:30 AM<br>   HEARING ON PLAINTIFF'S MOTION TO APPOINT A RECEIVER - PF CHARLES GREENOUGH, CHRISTOPHER SCAPERLANDA; DF JERRICK IRBY, LAUREN MARCIANO, TAMI HINES | | Civil Docket G | |

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**       Issue: FORECLOSURE (FORE)
Filed By: FEDERAL NATIONAL MORTGAGE ASSOCIATION
Filed Date: 09/20/2022

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| CITYR GROUP AT VISTA SHADOW LLC | |
| **Defendant:**  SABO, MICHAEL | |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| **09-20-2022** | **[ TEXT ]** | | | **#**1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |
| **09-20-2022** | **[ FORE ]** | | | | |
| | | FORECLOSURE | | | |

**09-20-2022  [ DMFE ]**                                                    $ 7.00

    DISPUTE MEDIATION FEE

**09-20-2022  [ PFE1 ]**                                                    $ 163.00

    PETITION
    Document Available (#1053504550) TIFF    PDF

**09-20-2022  [ PFE7 ]**                                                    $ 6.00

    LAW LIBRARY FEE

**09-20-2022  [ OCISR ]**                                                   $ 25.00

    OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

**09-20-2022  [ OCJC ]**                                                    $ 1.55

    OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND

**09-20-2022  [ OCASA ]**                                                   $ 5.00

    OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES

**09-20-2022  [ SSFCHSCPC ]**                                              $ 10.00

    SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY
    COMMISSIONER

**09-20-2022  [ CCADMINCSF ]**                                             $ 1.00

    COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY
    COMMISSIONER

**09-20-2022  [ CCADMIN0155 ]**                                            $ 0.16

    COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION

**09-20-2022  [ SJFIS ]**                                                   $ 0.45

    STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES

**09-20-2022  [ DCADMIN155 ]**                                             $ 0.23

    DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS

**09-20-2022  [ DCADMIN05 ]**                                              $ 0.75

    DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS

**09-20-2022  [ DCADMINCSF ]**                                             $ 1.50

    DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY
    COMMISSIONER

**09-20-2022  [ CCRMPF ]**                                                  $ 10.00

    COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

**09-20-2022  [ CCADMIN04 ]**                                              $ 0.50

    COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

**09-20-2022  [ LTF ]**                                                     $ 10.00

    LENGTHY TRIAL FUND

**09-20-2022  [ MO ]**

    FEDERAL NATIONAL MORTGAGE ASSOCIATION 'S MOTION FOR APPOINTMENT OF A RECEIVER /
    A TO J
    Document Available (#1053500490) TIFF    PDF

**09-20-2022** **[ CTFREE ]**

WALL, CAROLINE: ORDER SETTING HEARING ENTERED; PLAINTIFF'S MOTION FOR APPOINTMENT OF A RECEIVER IS SET FOR HEARING ON 10/18/22 AT 9:30 AM IN COURTROOM 706; TO REQUEST A DISTRICT COURT REPORTER, CONTINGENT UPON AVAILABILITY, CALL BRENDA EL HASSAN (918) 596-5391; PLAINTIFF'S COUNSEL SHALL FILE AND SERVE ORDER.

**09-20-2022** **[ EAA ]**            FEDERAL NATIONAL MORTGAGE ASSOCIATION 👤

ENTRY OF APPEARANCE CHRISTOPHER M SCAPER LANDA ENTERING AS COUNSEL
Document Available (#1053500489) 📄TIFF    📄PDF

**09-20-2022** **[ SMF ]**            $ 20.00

SUMMONS FEE

**09-20-2022** **[ OSH ]**

ORDER SETTING HEARING / SET ON 10-18-22 @ 9:30 AM IN COURTROOM 706
Document Available (#1053506644) 📄TIFF    📄PDF

**09-20-2022** **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET G TO THIS CASE.

**09-20-2022** **[ ADJUST ]**            $ 6.06

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**09-20-2022** **[ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2022-2895: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2022-2895: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2022-2895: AC81 LENGTHY TRIAL FUND -$0.25
CJ-2022-2895: AC79 OCIS REVOLVING FUND -$0.63
CJ-2022-2895: AC67 DISTRICT COURT REVOLVING FUND -$0.07
CJ-2022-2895: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2022-2895: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2022-2895: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2022-2895: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13
CJ-2022-2895: AC31 COURT CLERK REVOLVING FUND -$0.05
CJ-2022-2895: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2022-2895: AC01 CLERK FEES -$4.04

**09-20-2022** **[ ACCOUNT ]**

RECEIPT # 2022-4404720 ON 09/20/2022.
PAYOR: SCAPERLANDA/CHRISTOPHER TOTAL AMOUNT PAID: $ 242.14.
LINE ITEMS:
CJ-2022-2895: $158.96 ON AC01 CLERK FEES.
CJ-2022-2895: $6.06 ON AC09 CARD ALLOCATIONS.
CJ-2022-2895: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2022-2895: $1.61 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2022-2895: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2022-2895: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2022-2895: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2022-2895: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2022-2895: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2022-2895: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2022-2895: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2022-2895: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2022-2895: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**09-20-2022** **[ ACCOUNT ]**

RECEIPT # 2022-4404949 ON 09/20/2022.
PAYOR: MCAFEE & TAFT TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
CJ-2022-2895: $20.00 ON AC01 CLERK FEES.

**10-11-2022** **[ EAA ]**                    FEDERAL NATIONAL MORTGAGE ASSOCIATION 👤

ENTRY OF APPEARANCE / CHARLES GREENOUGH ENTERING AS COUNSEL /
Document Available (#1053608259) 🗋TIFF    📕PDF

**10-12-2022** **[ RET ]**

RETURN OF SERVICE BY CERTIFIED MAIL
Document Available (#1053608292) 🗋TIFF    📕PDF

**10-13-2022** **[ APLI ]**

CITYR GROUP AT VISTA SHAWOW LLC'S OPPOSED APPLICATION AND SUPPORTING BRIEF TO
CONTINUE HEARING ON MOTION TO APPOINT A RECEIVER / CERTIFICATE OF SERVICE
Document Available (#1053608604) 🗋TIFF    📕PDF

**10-14-2022** **[ MO ]**

CITYR GROUP A T VISTA SHADOW LLC'S COMBINED AGREED MTION BOTH TO CONTINUE THE
HEARING ON PALINTIFF'S MOTION TO APPOINT A RECEIVER AND FOR EXTENSION OF TIME IN
WHICH CITYR GROUP AT VISTA SHADOW LLC MAY FILE A RESPONSE TO THE SAME AND
BRIEFIN SUPPORT / CERTIFICATE OF SERVICE
Document Available (#1053761017) 🗋TIFF    📕PDF

**10-14-2022** **[ EAA ]**                    CITYR GROUP AT VISTA SHADOW LLC 👤

ENTRY OF APPEARANCE AND RESERVATION OF TIME / JERRICK L IRBY, TAMIK J HIMES AND
LAUREN M MARCIANO ENTERING AS COUNSEL / CERTIFICATE OF SERVICE
Document Available (#1053761013) 🗋TIFF    📕PDF

**10-17-2022  [ CTFREE ]**

WALL, CAROLINE: HEARING ON MOTION FOR APPOINTMENT OF A RECEIVER SET 10/18/22 AT 9:30 AM IS STRICKEN TO BE RESET; ADDITIONALLY, DEFENDANT CITYR IS GRANTED TIME EXTENSION TO 10/27/22 TO RESPOND TO THE RECEIVER MOTION.

**10-17-2022  [ CTFREE ]**

WALL, CAROLINE: ORDER ENTERED; PLAINTIFF'S MOTION TO APPOINT A RECEIVER IS SET FOR EVIDENTIARY HEARING ON 11/8/22 AT 9:30 AM IN COURTROOM 706; SEE ORDER FOR COURT REPORTER AND/OR REMOTE HEARING INSTRUCTIONS; DEFENDANT CITYR SHALL FILE IT'S RESPONSE TO PLAINTIFF'S MOTION TO APPOINT A RECEIVER ON OR BEFORE 10/27/22. (((ORDER PLACED IN JUDGE'S OUTBOX TO BE PICKED UP FOR FILING)))

**10-17-2022  [ O ]**

ORDER / PLAINTIFF'S MOTION TO POINT A RECEIVER IS SET ON 11-8-22 @ 9:30 AM IN CORUTROOM 706
Document Available (#1053761184) TIFF   PDF

**10-27-2022  [ A ]**                                            CITYR GROUP AT VISTA SHADOW LLC 👤

DEFENDANT CITYR GROUP A T VISTA SHADOW LLC'S ANSWER / CERTIFICATE OF SERVICE
Document Available (#1053765655) TIFF   PDF

**10-27-2022  [ RESP ]**                                        CITYR GROUP AT VISTA SHADOW LLC 👤

DEFENDANT CITYR GROUP AT VISTA SHADOW LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF A RECEIVER AND BRIEF IN SUPPORT / CERTIFICATE OF SERVICE
Document Available (#1053765651) TIFF   PDF

**11-01-2022  [ APLI ]**

PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR APPOINTMENT OF A RECEIVER / C TO J / CERTIFICATE OF MAILING
Document Available (#1053765945) TIFF   PDF

**11-02-2022  [ CTFREE ]**

WALL, CAROLINE: ORDER GRANTING PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR APPOINTMENT OF A RECEIVER SIGNED; PLAINTIFF MAY FILE THEIR REPLY NOT EXCEEDING 5 PAGES. (((ORDER PLACED IN JUDGE'S OUTBOX TO BE PICKED UP FOR FILING)))

**11-02-2022  [ LT ]**                                          SABO, MICHAEL 👤

LETTER OF LOST SUMMONS / MICAHAEL SABO
Document Available (#1053762245) TIFF   PDF

**11-03-2022  [ O ]**

ORDER GRANTING PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR APPOINTMENT OF A RECEIVER
Document Available (#1053762324) TIFF   PDF

**11-04-2022  [ R ]**

FEDERAL NATIONAL MORTGAGE ASSOCIATION'S REPLY IN SUPPORT OF ITS MOTION FOR APPOINTMENT OF A RECEIVER / A TO J / CERTIFICATE OF SERVICE
Document Unavailable (#1053766239)