# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

(1) FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                                  Plaintiff,

vs.

      Case No.:

(1) CITYR GROUP AT VISTA SHADOW LLC, and
(2) MICHAEL SABO,

                   Defendants.

      **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

CITYR GROUP AT VISTA SHADOW LLC
[name of party]

who is a (check one)    ☐ PLAINTIFF    ☒ DEFENDANT    in this action, makes the following disclosure:

1.     **Is party a publicly held corporation or other publicly held entity?**

        (Check one)    ☐ YES    ☒ NO

2.     **Does party have any parent corporations?**

        (Check one)    ☐ YES    ☒ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3.     **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

        (Check one)    ☐ YES    ☒ NO

    If YES, identify all such owners:

**EXHIBIT 5**

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)  ☐ YES  ☒ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one)  ☐ YES  ☒ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. **Disclosure of CityR Group at Vista Shadow LLC's Membership:**

Pursuant to LCvR7.1, CityR Group at Vista Shadow LLC ("CityR") states that it is a limited liability company organized under the laws of the State of Delaware and with its principal place of business in New Jersey. CityR's members are Tulsa Investors 1 LLC, Tulsa Investors 2 LLC, Tulsa Investors 3 LLC, and Tulsa Investors 4 LLC. The members of Tulsa Investors 1 LLC are citizens of Israel, as demonstrated in the Schedule K-1s attached hereto as Exhibit 1. The members of Tulsa Investors 2 LLC are citizens of Australia, Israel, and Michigan, as set forth in the Schedule K-1s attached hereto as Exhibit 2. The members of Tulsa Investors 3 LLC are citizens of Israel, New Jersey, and New York, as demonstrated in the Schedule K-1s attached hereto as Exhibit 3. The members of Tulsa Investors 4 LLC are citizens of Israel, Mexico, and the United Kingdom, as demonstrated in the Schedule K-1s attached hereto as Exhibit 4.

**DATED** this  7th  day of  November  ,  2022 .

|                      |                                                      |
|----------------------|------------------------------------------------------|
| Signature:           | /s/ Tami J. Hines                                    |
| Printed Name:        | Tami J. Hines                                        |
| Bar Number:          | 32014                                                |
| Firm Name:           | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. |
| Address:             | 100 N. Broadway, Ste. 2900                           |
| City, State, Zip Code: | Oklahoma City, OK 73102-8865                       |
| Phone/Fax:           | 405-553-2828 / 405-553-2855                          |
| Email Address:       | thines@hallestill.com                                |

Corporate Disclosure Statement CV-24 (05/2020)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 7th day of November, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants.

I hereby further certify that on the 7th day of November, 2022, a true and correct copy of the above and foregoing instrument was placed in the United States mail, first class, postage prepaid, to the following:

<table>
<tr>
<td>

Christopher Scaperlanda
Ross Plourde
McAfee & Taft
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73120
Christopher.scaperlanda@mcafeetaft.com
Ross.plourde@mcafeetaft.com

</td>
<td>

Charles Greenough
McAfee & Taft
Two West Second Street, Suite 1100
Tulsa, OK 74103
Charles.greenough@mcafeetaft.com

</td>
</tr>
</table>

*s/Tami J. Hines*
Tami J. Hines

EXHIBIT 1

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ____ / ____ / 2021   ending ____ / ____ / ____

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

651121

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

CHANA ECKSTEIN
BNEY BARAK,      ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ··· ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss |  |  |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest ····· ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse ······· $ |  | $ |
| Qualified nonrecourse financing ··· $ |  | $ |
| Recourse ········ $ |  | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ····· ► ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account ··········· $ _____
Capital contributed during the year ····· $ _____
Current year net income (loss)········ $ _____
Other increase (decrease) (attach explanation)·· $ _____
Withdrawals and distributions ········· $( _____ )
Ending capital account ············· $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ··················· $ _____
Ending ····················· $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) |  |  |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services |  |  |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked········· ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends |  |  |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents |  |  |
| 7 | Royalties |  |  |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) |  |  |
| 9b | Collectibles (28%) gain (loss) |  |  |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| | | Z* | STMT |
| 11 | Other income (loss) |  |  |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions |  |  |

| 22 | ☐ More than one activity for at-risk purposes* |
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

651121

| Schedule K-1 **(Form 1065)** | **2021** | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YESHAYAHU ZACHS
KIRYAT TIVON,   ISRAEL

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss |  |  |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . | $ | $ |
| Recourse . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☐

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . .
Ending . . . . . . . . . . . . . . . . . . . . . .

For IRS Use Only

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| 2 | Net rental real estate income (loss) |  |  |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services |  |  |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A |  |
| 6a | Ordinary dividends |  |  |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents |  |  |
| 7 | Royalties |  |  |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) |  |  |
| 9b | Collectibles (28%) gain (loss) |  |  |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| 11 | Other income (loss) | Z* | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions |  |  |
| 22 ☐ More than one activity for at-risk purposes* | | | |
| 23 ☐ More than one activity for passive activity purposes* | | | |
| *See attached statement for additional information. | | | |

BAA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**     www.irs.gov/Form1065     **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

☐ Final K-1    ☐ Amended K-1

651121
OMB No. 1545-0123

beginning / / 2021    ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
█████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

HANAN BUHBUT
TEL AVIV,   ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN            Name

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ··· ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ██████ | ██████ |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ····· ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ······· | $ | $ |
| Qualified nonrecourse financing ····· | $ ██████ | $ ██████ |
| Recourse ········· | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ····· ▶ ☐

## L  Partner's Capital Account Analysis

Beginning capital account ············ $
Capital contributed during the year ····· $
Current year net income (loss)········· $
Other increase (decrease) (attach explanation).··· $
Withdrawals and distributions ·········· $( )
Ending capital account ············· $

**M** Did the partner contribute property with a built-in gain or (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ···················· $
Ending ······················ $

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | ████ | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked·············· ▶ ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* | STMT |
| 11 | Other income (loss) | | Z* | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

| | |
|---|---|
| 22 ☐ More than one activity for at-risk purposes* | |
| 23 ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 5

PTPA0312L  08/11/21

**651121**

| Schedule K-1 **(Form 1065)** | **2021** | ☐ Final K-1    ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning  / / 2021    ending  / /

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I   Information About the Partnership

**A**   Partnership's employer identification number
47-4100097

**B**   Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**   IRS center where partnership filed return ►KANSAS CITY, MO

**D**   ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E**   Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

▮

**F**   Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YEHUDA YOSSEF ATIYA
MACCABIN,    ISRAEL

**G**   ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1**   ☐ Domestic partner    ☒ Foreign partner

**H2**   ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**   What type of entity is this partner?   INDIVIDUAL

**I2**   If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J**   Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮ | ▮ |
| Loss | ▮ | ▮ |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ► ☐

**K**   Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮ | $ ▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☐

**L**   Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . $ _____

**M**   Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* | STMT |
| 11 | Other income (loss) | | Z* | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

*For IRS Use Only*

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

PARTNER 7

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___/___/2021 ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1   ☐ Amended K-1

651121
OMB No. 1545-0123

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
██████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MEYTAL GENAUER
██████████
ASHKELON,     ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss | ██████ | ██████ |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest . . . . ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . | $ | $ |
| Qualified nonrecourse financing . . | $ ██████ | $ ██████ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ☐

**L**      **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . . $ _____
Withdrawals and distributions . . . . . . . . $(_____)
**Ending capital account** . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . $ _____
Ending . . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | ██████ | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. . . . . . . . ► ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | ██████ |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | **20** Other information | |
| **9c** Unrecaptured section 1250 gain | | N* STMT | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MORDECHAI HALFON

ZUR-IGAL,       ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss |  |  |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . . . | $ | $ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . ►☐

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (explain explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
**Ending capital account** . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . .
Ending . . . . . . . . . . . . . . . . . . . . . . .

*For IRS Use Only*

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| | | | | A |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| | | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | | |
| | | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER  9

PTPA0312L  08/11/21

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JOSEPH RICHTER
TEL AVIV,     ISRAEL

**G** □ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** □ Domestic partner    ☒ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN                Name

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► □

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss |  |  |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest ..... ► □

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse ........ | $ | $ |
| Qualified nonrecourse financing ........ | $ | $ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. .... □

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss)........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ........ $( _____ )
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............. $ _____
Ending ............. $ _____

For IRS Use Only

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked............. ► ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | A | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information | |
| **10** Net section 1231 gain (loss) | N* STMT | |
| | Z* STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |
| **22** □ More than one activity for at-risk purposes* | | |
| **23** □ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

PARTNER 10

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning  /  / 2021    ending  /  /

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A**  Partnership's employer identification number
47-4100097

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ►KANSAS CITY, MO

**D**  ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YITZHAK GOLA
TEL AVIV,  ISRAEL

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☐ Domestic partner   ☒ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here · · · ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss |  |  |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest · · · ► ☐

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse · · · · · · | $ | $ |
| Qualified nonrecourse financing · · · | $ | $ |
| Recourse · · · · · · · | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships · · · ► ☐

**L**  **Partner's Capital Account Analysis**

Beginning capital account · · · · · · · · · · · $ _____
Capital contributed during the year · · · · · $ _____
Current year net income (loss) · · · · · · · · $ _____
Other increase (decrease) (attach explanation) · · · $ _____
Withdrawals and distributions · · · · · · · · $( _____ )
**Ending capital account** · · · · · · · · · · · · $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning · · · · · · · · · · · · · · · · · · · · $ _____
Ending · · · · · · · · · · · · · · · · · · · · · · $ _____

*(for IRS Use Only)*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | # | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked· · · · · · · · · · · ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | | N* STMT |
| 10 | Net section 1231 gain (loss) | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

651121

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

HAIM DANENBERG

ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|        | Beginning | Ending |
|--------|-----------|--------|
| Profit |           |        |
| Loss   |           |        |
| Capital |          |        |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

|                              | Beginning | Ending |
|------------------------------|-----------|--------|
| Nonrecourse . . . . . . $     |           | $      |
| Qualified nonrecourse financing . . . . . . . . $ |  | $ |
| Recourse . . . . . . . $      |           | $      |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . ► ☐

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | # | Description |
|---|-------------|---|-------------|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* STMT |
| | | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 ☐ More than one activity for at-risk purposes* | | | |
| 23 ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning __/__/2021 ending __/__/__

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ROMAN KROM
TEL AVIV, ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▮ | ▮ |
| Loss | ▮ | ▮ |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮ | $ ▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☐

**L** Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation). ... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain or (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......................... $ _____
Ending ........................... $ _____

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | # | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) ▮ | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ............ ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | | N* STMT |
| 10 | Net section 1231 gain (loss) | | |
| | | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L 08/11/21

**651121**

| Schedule K-1 | **2021** | ☐ Final K-1    ☐ Amended K-1 | OMB No. 1545-0123 |
| --- | --- | --- | --- |

**(Form 1065)**
Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning   /   / 2021    ending   /   /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I   Information About the Partnership

**A**   Partnership's employer identification number
47-4100097

**B**   Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**   IRS center where partnership filed return ► KANSAS CITY, MO

**D**   ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E**   Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F**   Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GAD PEN
ALFEI MENASHE, ISRAEL

**G**   ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1**   ☐ Domestic partner    ☒ Foreign partner

**H2**   ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN     Name

**I1**   What type of entity is this partner?   INDIVIDUAL

**I2**   If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J**   Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | ■ | ■ |
| Loss | ■ | ■ |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K**   Partner's share of liabilities:

| | Beginning | Ending |
| --- | --- | --- |
| Nonrecourse . . . . . . $ | ■ | $ |
| Qualified nonrecourse financing . . . . $ | ■ | $ |
| Recourse . . . . . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . ► ☐

**L**   **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M**   Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . .
Ending . . . . . . . . . . . . . . . . . . . . . .

*For IRS Use Only*

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
| --- | --- | --- | --- | --- |
| **1** | Ordinary business income (loss) | | **14** | Self-employment earnings (loss) |
| **2** | Net rental real estate income (loss) ■ | | | |
| **3** | Other net rental income (loss) | | **15** | Credits |
| **4a** | Guaranteed payments for services | | | |
| **4b** | Guaranteed payments for capital | | **16** | Schedule K-3 is attached if checked. . . . . . . . . . ☒ |
| **4c** | Total guaranteed payments | | **17** | Alternative minimum tax (AMT) items |
| **5** | Interest income | | A | ■ |
| **6a** | Ordinary dividends | | **18** | Tax-exempt income and nondeductible expenses |
| **6b** | Qualified dividends | | | |
| **6c** | Dividend equivalents | | | |
| **7** | Royalties | | | |
| **8** | Net short-term capital gain (loss) | | **19** | Distributions |
| **9a** | Net long-term capital gain (loss) | | | |
| **9b** | Collectibles (28%) gain (loss) | | | |
| **9c** | Unrecaptured section 1250 gain | | **20** | Other information |
| | | | N* | STMT |
| **10** | Net section 1231 gain (loss) | | Z* | STMT |
| **11** | Other income (loss) | | | |
| **12** | Section 179 deduction | | **21** | Foreign taxes paid or accrued |
| **13** | Other deductions | | | |
| | | | **22** | ☐ More than one activity for at-risk purposes* |
| | | | **23** | ☐ More than one activity for passive activity purposes* |
| | | *See attached statement for additional information. | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2021

PARTNER 14

PTPA0312L   08/11/21

651121

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning \_\_\_ / \_\_\_ / 2021  ending \_\_\_ / \_\_\_ / \_\_\_

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

IDIT BURG
KFAR YONA, ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮▮▮▮ | ▮▮▮▮ |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ....... | $ | $ |
| Qualified nonrecourse financing ........ | $ ▮▮▮ | $ ▮▮▮ |
| Recourse ......... | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ..... ☐

**L** Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation) .... $ _____
Withdrawals and distributions ......... $ ( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............ ▮▮▮▮
Ending ............... ▮▮▮▮

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) ▮▮▮ | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked .......... ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | ▮▮▮ |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* | STMT |
| 11 | Other income (loss) | | Z* | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

PARTNER 16

651121

| Schedule K-1 **(Form 1065)** | **2021** |
|---|---|
Department of the Treasury Internal Revenue Service

For calendar year 2021, or tax year

☐ Final K-1     ☐ Amended K-1      OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

beginning    /    / 2021    ending    /    /

### Part I  Information About the Partnership

**A**  Partnership's employer identification number
47-4100097

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ▶ KANSAS CITY, MO

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YORAM OKANIN
BEER-SHEVA,    ISRAEL

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☒ Domestic partner   ☒ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | | |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ... ▶ ☐

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse ... | $ | $ |
| Qualified nonrecourse financing ... | $ | $ |
| Recourse ... | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ... ▶ ☐

**L**  Partner's Capital Account Analysis

Beginning capital account ... $ _____
Capital contributed during the year ... $ _____
Current year net income (loss) ... $ _____
Other increase (decrease) (attach explanation) ... $ _____
Withdrawals and distributions ... $( _____ )
Ending capital account ... $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ... $ _____
Ending ... $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Box | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ... ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| | | | A |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**
PTPA0312L  08/11/21

PARTNER 17

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning  /  / 2021   ending  /  /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

NOAM RAZ
HANEGEV,    ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | | |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ........ $ | | $ |
| Qualified nonrecourse financing ... $ | | $ |
| Recourse ......... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation). $ _____
Withdrawals and distributions ........ $ (_____)
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ................. $ _____
Ending .................... $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked............. ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information | |
| **10** Net section 1231 gain (loss) | | N* STMT | |
| **11** Other income (loss) | | Z* STMT | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 21

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

beginning / / 2021   ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHIMON DOR

ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | | |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ... ► ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account ............. $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $( _____ )
**Ending capital account** ............. $ _____

**M** Did the partner contribute property with a built-in gain or (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ................. _____
Ending .................... _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked............ ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| | | | A | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* | STMT |
| | | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

| 22 | ☐ More than one activity for at-risk purposes* |
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

PARTNER 23

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

☐ Final K-1   ☐ Amended K-1

651121

OMB No. 1545-0123

beginning ___/___/ 2021   ending ___/___/___

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GUY SHLAYDER
HADERA,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | | |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ....... | $ | $ |
| Qualified nonrecourse financing ... | $ | $ |
| Recourse ......... | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. .... ☐

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss)........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ...... $ (_____)
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ................................ $ _____
Ending .................................. $ _____

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked......... ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| 11 | Other income (loss) | Z* | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ____ / ____ / 2021 ending ____ / ____ / ____

☐ Final K-1    ☐ Amended K-1

651121

OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ADIR COSSOY
TEL AVIV,    ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss |  |  |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest . . . . . ▶ ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ▶ ☐

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . ▶ ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| 11 | Other income (loss) | Z* | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 ☐ More than one activity for at-risk purposes* | | | |
| 23 ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

PARTNER 28

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MABEL ROSA ARTZI
OR YEHUDA,   ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss | ▓ | ▓ |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▓ | $ ▓ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation). . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
**Ending capital account** . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) |
|---|---|
| 2 Net rental real estate income (loss) ▓ | |
| 3 Other net rental income (loss) | 15 Credits |
| 4a Guaranteed payments for services | |
| 4b Guaranteed payments for capital | 16 Schedule K-3 is attached if checked. . . . . . . ▶ ☒ |
| 4c Total guaranteed payments | 17 Alternative minimum tax (AMT) items |
| 5 Interest income | A ▓ |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 18 Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 19 Distributions |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | 20 Other information |
| 10 Net section 1231 gain (loss) | N* STMT |
| 11 Other income (loss) | Z* STMT |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

www.irs.gov/Form1065

**Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

PARTNER 29

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___/___/2021 ending ___/___/___

651121

OMB No. 1545-0123

☐ Final K-1  ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
██████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DAVID WASSERMIL
█████████
HERZLIYA,  46644 ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▸ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ██████ | ██████ |
| Loss | ██████ | ██████ |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ..... ▸ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ....... $ | | $ |
| Qualified nonrecourse financing ...... $ | ██████ | $ |
| Recourse ......... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ... ▸ ☐

**L** Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation). ... $ _____
Withdrawals and distributions .......... $( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .............................
Ending ................................

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | | |
| **2** Net rental real estate income (loss) ███ | | | | |
| **3** Other net rental income (loss) | | **15** Credits | | |
| **4a** Guaranteed payments for services | | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. ............. ☒ | | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | | |
| **5** Interest income | | A ███ | | |
| **6a** Ordinary dividends | | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | | |
| **6c** Dividend equivalents | | | | |
| **7** Royalties | | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | | |
| **9a** Net long-term capital gain (loss) | | | | |
| **9b** Collectibles (28%) gain (loss) | | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information | | |
| **10** Net section 1231 gain (loss) | | N* STMT | | |
| **11** Other income (loss) | | Z* STMT | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | | |
| **13** Other deductions | | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

for IRS Use Only

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

PARTNER 30

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1   ☐ Amended K-1

651121
OMB No. 1545-0123

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▇▇▇▇▇▇▇

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DAN SEGAL
▇▇▇▇▇▇▇▇▇▇
HAR ADAR,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  | ▇▇▇▇ |
| Loss | ▇▇▇▇ | ▇▇▇▇ |
| Capital |  | ▇▇▇▇ |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse ....... | $ | $ |
| Qualified nonrecourse financing ... | $ ▇▇▇▇ | $ ▇▇▇▇ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ..... ► ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation). .. $ _____
Withdrawals and distributions ......... $ (_____)
**Ending capital account** ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .................. $ _____
Ending ..................... $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | # | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) ▇▇▇▇ | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. ........ ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* STMT |
| | | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

☐ Final K-1   ☐ Amended K-1

651121
OMB No. 1545-0123

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

EREZ MOSHE ROTEM
, ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | | |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest . . . . . ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ |
| Recourse . . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . ▶ ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $ ( _____ )
**Ending capital account** . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain or (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . .
Ending . . . . . . . . . . . . . . . . . . . . .

*For IRS Use Only*

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. . . . . . . . . . . . . ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **19** Distributions | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information | |
| **10** Net section 1231 gain (loss) | | N*  STMT | |
| **11** Other income (loss) | | Z*  STMT | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |
| **22** ☐ More than one activity for at-risk purposes* | | | |
| **23** ☐ More than one activity for passive activity purposes* | | | |
| *See attached statement for additional information. | | | |

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2021
PTPA0312L  08/11/21

PARTNER 32

**651121**

| **Schedule K-1** (Form 1065) | **2021** | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning ___/___/ 2021  ending ___/___/___

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

### Part I  Information About the Partnership

**A**  Partnership's employer identification number
47-4100097

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ▶ KANSAS CITY, MO

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮▮

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

NIR OMRI ATTAL
▮▮▮▮▮▮▮▮
NETANYA, ISRAEL

**G**  ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1**  ☒ Domestic partner  ☐ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit |  |  |
| Loss |  |  |
| Capital |  |  |

Check if decrease is due to sale or exchange of partnership interest . . . . . ▶ ☐

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . . . | $ | $ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . ▶ ☐

**L**  Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation) . . . . $
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . $

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . $

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | # | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| 11 | Other income (loss) | Z* | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

| 22 | ☐ More than one activity for at-risk purposes* |
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

PARTNER 33

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ____ / ____ / 2021 ending ____ / ____ / ____

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▉▉▉▉▉▉

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

BARAK ARIE MESSA
TEL AVIV, 69982 ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ____ Name ____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | | |
| Loss | ▉ | ▉ |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▉ | $ ▉ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☐

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ ____
Capital contributed during the year . . . . $ ____
Current year net income (loss) . . . . . . . $ ____
Other increase (decrease) (attach explanation). . . $ ____
Withdrawals and distributions . . . . . . . . $( ____ )
Ending capital account . . . . . . . . . . . . $ ____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $ ____
Ending . . . . . . . . . . . . . . . . . . . . . $ ____

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | ▉ |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | Description | |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked. . . . . . . . . . | ☒ |
| 17 | Alternative minimum tax (AMT) items | |
| | A | ▉ |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| | N* STMT | |
| | Z* STMT | |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

651121

| Schedule K-1 (Form 1065) | **2021** | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning  /  / 2021  ending  /  /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

RAMI SHAMAEV
NETANYA,     ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ■ | ■ |
| Loss | ■ | ■ |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse .... | $ | $ |
| Qualified nonrecourse financing ... | $ ■ | $ ■ |
| Recourse ..... | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☐

**L**   Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation).. $ _____
Withdrawals and distributions ......... $ (_____)
Ending capital account ............ $ _____

**M** Did the partner contribute property with a built-in gain or (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ..................... $ _____
Ending ........................ $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) ■ | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked............ ► ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| | | | A | ■ |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| | | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

☐ 22  More than one activity for at-risk purposes*
☐ 23  More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

BAA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

PARTNER 35

**651121**

| | |
|---|---|
| **Schedule K-1**<br>**(Form 1065)**<br>Department of the Treasury<br>Internal Revenue Service | **2021**<br>For calendar year 2021, or tax year |

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning ___ / ___ / 2021    ending ___ / ___ / ___

**Part I    Information About the Partnership**

### Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
█████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ROI MARSIANO ████████
HERZLIYA,    4629175 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | |
| Loss | % | |
| Capital | % | ██████ |

☐ Check if decrease is due to sale or exchange of partnership interest ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ ██████ |
| Recourse | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships. ►

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . . $ _____

*For IRS Use Only*

**Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) ████ | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | | A ████ |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | | N*  STMT |
| 11 | Other income (loss) | | | Z*  STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning  /  / 2021  ending  /  /

651121
OMB No. 1545-0123

☐ Final K-1     ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4100097

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 1 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

URI FRISCH
▮▮▮▮▮
PETAH TIKVAH,  49755 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | ▮▮▮ % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ....... | $ | $ |
| Qualified nonrecourse financing ......... | $ | ▮▮▮ $ |
| Recourse ......... | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ..... ► ☐

### L  Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation)... $ _____
Withdrawals and distributions .......... $( _____ )
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ...................... $ _____
Ending ........................ $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | 15 | Credits |
| 4a Guaranteed payments for services | | |
| 4b Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ............ ☒ |
| 4c Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 Interest income | A | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | 19 | Distributions |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured section 1250 gain | 20 | Other information |
| | N* | STMT |
| 10 Net section 1231 gain (loss) | Z* | STMT |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**
PTPA0312L  08/11/21

PARTNER 37

**EXHIBIT 2**

**651121**

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHALOM SHUKRUN ████████
OR YEHUDA,    ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ██████ | ██████ |
| Loss | ██████ | ██████ |
| Capital | ██████ | ██████ |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ████ | $ ████ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $ ( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......... $ _____
Ending ............ $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)  -13,919. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked............. ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | ████ |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 2

PTPA0312L   08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___/___/ 2021 ending ___/___/___

□ Final K-1  □ Amended K-1

651121

OMB No. 1545-0123

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)  -18,559. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked.............. ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N*  STMT |
| 11 | Other income (loss) | | Z*  STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MOSHE IZHAK KUPERBERG
PETAH TIKVAH,  ISRAEL

**G** □ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** □ Domestic partner  ☒ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .... □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .......... $ _____
Ending .......... $ _____

| | | | |
|---|---|---|---|
| 22 | □ More than one activity for at-risk purposes* | | |
| 23 | □ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

*For IRS Use Only*

BAA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PARTNER  4

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning __ / __ / 2021 ending __ / __ / __

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

651121
OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

### Part I    Information About the Partnership

**A**  Partnership's employer identification number
47-4117187

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ►E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II    Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

AMIT HAIMOVICH
ZICKRON YAAKOV,    30900 ISRAEL

**G**  ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1**  ☒ Domestic partner    ☐ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K**  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . | $ | $ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss). . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . . $ _____
Withdrawals and distributions . . . . . . . . . $ (_____)
**Ending capital account** . . . . . . . . . . . . $ _____

**M**  Did the partner contribute property with a built-in gain or (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . . $ _____

### Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) -13,919. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked. . . . . . . . . . . ► ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items A | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | **19** Distributions | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | Z* STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |
| **22** ☐ More than one activity for at-risk purposes* | | |
| **23** ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 5

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

OMB No. 1545-0123

☐ Final K-1 ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

**Part I  Information About the Partnership**

**A**  Partnership's employer identification number
47-4117187

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ►E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮▮

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

EITAN NISIM LEVINSTEIN
TEL AVIV,   ISRAEL

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☐ Domestic partner   ☒ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮▮▮ % | ▮▮▮ % |
| Loss | ▮▮▮ % | ▮▮▮ % |
| Capital | ▮▮▮ % | ▮▮▮ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K**  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing ... | $ ▮▮▮ | $ ▮▮▮ |
| Recourse ......... | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation).. $ _____
Withdrawals and distributions ........ $ ( _____ )
Ending capital account .............. $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .................... $ _____
Ending ....................... $ _____

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) −18,559. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked......... ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | A ▮▮ | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | Z* STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |
| | **22** ☐ More than one activity for at-risk purposes* | |
| | **23** ☐ More than one activity for passive activity purposes* | |
| | *See attached statement for additional information. | |

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 6   PTPA0312L  08/11/21

651121

| | |
|---|---|
| ☐ Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

NAOMI LEVINSTEIN
TEL AVIV,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
**Ending capital account** . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . $ _____

For IRS Use Only

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | -27,838. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . ► ☒ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | A | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information | |
| | | | N* | STMT | |
| 10 | Net section 1231 gain (loss) | | Z* | STMT | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

| | | |
|---|---|---|
| 22 ☐ | More than one activity for at-risk purposes* | |
| 23 ☐ | More than one activity for passive activity purposes* | |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2021

PARTNER 7

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

☐ Final K-1    ☐ Amended K-1

651121
OMB No. 1545-0123

beginning ___ / ___ / 2021    ending ___ / ___ /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ZIV BAR-PELED

GIVATAYIM,   53489 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☒

**L**                  **Partner's Capital Account Analysis**

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ................
Ending ................

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)  -13,919. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked.......... ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

| | | |
|---|---|---|
| 22 | ☐ More than one activity for at-risk purposes* | |
| 23 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER  8

PTPA0312L   08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

651121

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YAIR RAMTI
44864 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ ▮ | $ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . . $ _____
Withdrawals and distributions . . . . . . . . . $ (_____)
**Ending capital account** . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . _____
Ending . . . . . . . _____

*For IRS Use Only*

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | | 14 Self-employment earnings (loss) |
| 2 Net rental real estate income (loss) −18,559. | | |
| 3 Other net rental income (loss) | | 15 Credits |
| 4a Guaranteed payments for services | | |
| 4b Guaranteed payments for capital | | 16 Schedule K-3 is attached if checked. . . . . . . . . . . . ☒ |
| 4c Total guaranteed payments | | 17 Alternative minimum tax (AMT) items A ▮ |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | | 18 Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | 19 Distributions |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured section 1250 gain | | 20 Other information N* STMT |
| 10 Net section 1231 gain (loss) | | Z* STMT |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued |
| 13 Other deductions | | |
| 22 ☐ More than one activity for at-risk purposes* | | |
| 23 ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 9

PTPA0312L 08/11/21

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___/___/2021  ending ___/___/___

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ZELMAN LEONID
▮▮▮▮▮▮
REUT,     ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮▮ % | % |
| Loss | ▮▮ % | ▮▮ % |
| Capital | ▮▮ % | ▮▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . $ | | $ |
| Qualified nonrecourse financing . . $ ▮▮▮ | | $ ▮▮▮ |
| Recourse . . . . . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss). . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . . $ _____
Withdrawals and distributions . . . . . . . . $ (_____)
Ending capital account . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . $ _____
Ending . . . . . . . . . $ _____

| | | | | |
|---|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | -18,559. | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. . . . . . . . . . . ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | ▮ |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information | |
| | | N* STMT | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |
| | | **22** ☐ More than one activity for at-risk purposes* | |
| | | **23** ☐ More than one activity for passive activity purposes* | |
| | | *See attached statement for additional information. | |

for IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PARTNER 11

PTPA0312L  08/11/21

# Schedule K-1
(Form 1065)

Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___/___/2021 ending ___/___/___

**Partner's Share of Income, Credits, Deductions, etc.**
► See separate instructions.

☐ Final K-1  ☐ Amended K-1  651121
OMB No. 1545-0123

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

KERN DORIN
KARKUR, ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | █ % | █ % |
| Loss | █ % | █ % |
| Capital | █ % | █ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ █ | $ █ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . $ _____
Withdrawals and distributions . . . . . . . $ (_____)
Ending capital account . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -13,919. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | ███ |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* | STMT |
| 11 | Other income (loss) | | Z* | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

BAA **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PARTNER 13  PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning __/__/2021    ending __/__/__

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A**  Partnership's employer identification number
47-4117187

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ► E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YACOB DOV RAIFEN
▮▮▮▮▮▮▮
HAIFA,  34721 ISRAEL

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☐ Domestic partner   ☒ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  ☐ If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K**  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing ... | $ ▮ | $ ▮ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L**  Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $( _____ )
**Ending capital account** ............. $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................ $ _____
Ending .......................... $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -18,559. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked......... ► ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | ▮ |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | N* | STMT |
| 11 | Other income (loss) | | Z* | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |
| | | | 22 | ☐ More than one activity for at-risk purposes* |
| | | | 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

**BAA**  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 14

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning  /  / 2021  ending  /  /

□ Final K-1   □ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SIGAL HADAR
,
ISRAEL

**G** □ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) -18,559. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked. . . . . . . . . . . . . . ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items A | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | Z* STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |
| **22** □ More than one activity for at-risk purposes* | | |
| **23** □ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PARTNER 15

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) |
| **2** Net rental real estate income (loss)    -9,279. | |
| **3** Other net rental income (loss) | **15** Credits |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked . . . . . . . . . . ☒ |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items |
| **5** Interest income | A |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses |
| **6c** Dividend equivalents | |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | **19** Distributions |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | **20** Other information |
| **10** Net section 1231 gain (loss) | N*   STMT |
| | Z*   STMT |
| **11** Other income (loss) | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued |
| **13** Other deductions | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** □ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ILAN ARIEL RUBINSTEIN
JERUSALEM, 97791 ISRAEL

**G** □ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** □ Domestic partner   ☒ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN    Name

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | ▮ % | ▮ % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . $ | | $ |
| Qualified nonrecourse financing . . . . $ | ▮ | $ ▮ |
| Recourse . . . . . . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . ► ☒

**L**    **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation) . . . . $

Withdrawals and distributions . . . . . . . . . $ ( )
Ending capital account . . . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . .
Ending . . . . . . . . . . . . . . .

| | |
|---|---|
| **22** □ More than one activity for at-risk purposes* | |
| **23** □ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

**BAA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 16

PTPA0312L   08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ____ / ____ / 2021 ending ____ / ____ / ____

651121
OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

AHARON SHAMIR
PETAH TIKVAH,    ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . | $ | $ |
| Recourse . . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L**    **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N**    Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | -18,559. | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. . . . . . . . . . . . . ► ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information | |
| **10** Net section 1231 gain (loss) | | N* STMT | |
| **11** Other income (loss) | | Z* STMT | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 17

PTPA0312L  08/11/21

**651121**

| Schedule K-1 (Form 1065) | **2021** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHACHAM BEN BARAK
WOODVALE,   AUSTRALIA

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▓ % | ▓ % |
| Loss | ▓ % | ▓ % |
| Capital | ▓ % | ▓ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ ▓ | $ ▓ |
| Recourse . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L**   **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 Ordinary business income (loss) | | 14 Self-employment earnings (loss) |
|---|---|---|
| **2** Net rental real estate income (loss) -23,199. | | **15** Credits |
| **3** Other net rental income (loss) | | |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked . . . . . . . ☒ |
| **4b** Guaranteed payments for capital | | **17** Alternative minimum tax (AMT) items |
| **4c** Total guaranteed payments | | A ▓ |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information |
| | | N*   STMT |
| **10** Net section 1231 gain (loss) | | Z*   STMT |
| **11** Other income (loss) | | **21** Foreign taxes paid or accrued |
| **12** Section 179 deduction | | |
| **13** Other deductions | | |

| **22** ☐ More than one activity for at-risk purposes* |
| **23** ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 18

PTPA0312L   08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning / / 2021 ending / /

☐ Final K-1 ☐ Amended K-1

651121

OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ISHAY ZEEV SHPUNT
GAN YAVNE,    ISRAEL

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
**Ending capital account** . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . $ _____

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) −18,559. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**      www.irs.gov/Form1065      **Schedule K-1 (Form 1065) 2021**

PARTNER 19

PTPA0312L 08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning \_\_\_\_ / \_\_\_\_ / 2021   ending \_\_\_\_ / \_\_\_\_ /

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

651121

☐ Final K-1      ☐ Amended K-1        OMB No. 1545-0123

**Part I   Information About the Partnership**

**A**  Partnership's employer identification number
47-4117187

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ▶ E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮▮

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DORON REUVENY
TEL AVIV,  6744813 ISRAEL

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☐ Domestic partner   ☒ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▮▮▮ % | ▮▮▮ % |
| Loss | ▮▮▮ % | ▮▮▮ % |
| Capital | ▮▮▮ % | ▮▮▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ☐

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮▮▮ | $ ▮▮▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ▶ ☒

**L**            **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $ (_____)
Ending capital account . . . . . . . . . . . . $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . $ _____

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | -18,559. | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked . . . . . . . . . . ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A ▮▮▮ | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **19** Distributions | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information | |
| **10** Net section 1231 gain (loss) | | N* STMT | |
| **11** Other income (loss) | | Z* STMT | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |
| | | **22** ☐ More than one activity for at-risk purposes* | |
| | | **23** ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**        www.irs.gov/Form1065        **Schedule K-1 (Form 1065) 2021**

PARTNER 20

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

651121

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

HAIM NOTHI

MISGAV, 20142 ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ___ % | ___ % |
| Loss | ___ % | ___ % |
| Capital | ___ % | ___ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account............ $ _____
Capital contributed during the year .... $ _____
Current year net income (loss)......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $ ( _____ )
Ending capital account............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -18,559. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked............ ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items A |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information N* STMT |
| 10 | Net section 1231 gain (loss) | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

*For IRS Use Only*

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PARTNER 22

PTPA0312L 08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___/___/2021 ending ___/___/___

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| **1** | Ordinary business income (loss) | | **14** | Self-employment earnings (loss) |
| **2** | Net rental real estate income (loss) −18,559. | | | |
| **3** | Other net rental income (loss) | | **15** | Credits |
| **4a** | Guaranteed payments for services | | | |
| **4b** | Guaranteed payments for capital | | **16** | Schedule K-3 is attached if checked. . . . . . . . . . . . ► ☒ |
| **4c** | Total guaranteed payments | | **17** | Alternative minimum tax (AMT) items A |
| **5** | Interest income | | | |
| **6a** | Ordinary dividends | | | |
| **6b** | Qualified dividends | | **18** | Tax-exempt income and nondeductible expenses |
| **6c** | Dividend equivalents | | | |
| **7** | Royalties | | | |
| **8** | Net short-term capital gain (loss) | | | |
| **9a** | Net long-term capital gain (loss) | | **19** | Distributions |
| **9b** | Collectibles (28%) gain (loss) | | | |
| **9c** | Unrecaptured section 1250 gain | | **20** | Other information N* STMT |
| **10** | Net section 1231 gain (loss) | | | Z* STMT |
| **11** | Other income (loss) | | | |
| **12** | Section 179 deduction | | **21** | Foreign taxes paid or accrued |
| **13** | Other deductions | | | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SEDUM INVESTMENTS LLC
▮▮▮▮▮▮
SHELBY TWP, MI 48137

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮▮▮ % | ▮▮▮ % |
| Loss | ▮▮▮ % | ▮▮▮ % |
| Capital | ▮▮▮ % | ▮▮▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . . . . | $ ▮▮▮ | $ ▮▮▮ |
| Recourse . . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . ►☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
**Ending capital account** . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . . $ _____

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

OMB No. 1545-0123

☐ Final K-1     ☐ Amended K-1

beginning ___ / ___ / 2021     ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ILAN DAVID MILLO
HERZLIYA,     ISRAEL

**G** ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner     ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____     Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ■ % | ■ % |
| Loss | ■ % | ■ % |
| Capital | ■ % | ■ % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ........ $ | ■ | $ ■ |
| Qualified nonrecourse financing ...... $ | ■ | $ ■ |
| Recourse ........ $ | ■ | $ ■ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L**   Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $ ( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........ $ _____
Ending ........ $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)   -18,559. | | 15 | Credits |
| 3 | Other net rental income (loss) | | | |
| 4a | Guaranteed payments for services | | 16 | Schedule K-3 is attached if checked............ ☒ |
| 4b | Guaranteed payments for capital | | 17 | Alternative minimum tax (AMT) items |
| 4c | Total guaranteed payments | | | A |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| | | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |
| 22 ☐ | More than one activity for at-risk purposes* | | | |
| 23 ☐ | More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

**BAA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**     www.irs.gov/Form1065     **Schedule K-1 (Form 1065) 2021**

PARTNER  24

PTPA0312L   08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

■■■■■■■■

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ILANA AZMANOV
RAMAT GAN,  ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ■■ % | ■■ % |
| Loss | ■■ % | ■■ % |
| Capital | ■■ % | ■■ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ■■ | $ ■■ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
**Ending capital account** . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . $ _____
Ending . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -27,838. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . ► ☒ | |
| 17 | Alternative minimum tax (AMT) items | |
|  | A | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
|  | N*  STMT | |
|  | Z*  STMT | |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 25

PTPA0312L  08/11/21

**651121**

| Schedule K-1 (Form 1065) | **2021** | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury Internal Revenue Service

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHLOMI PAT
████
HADERA,    ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ████ % | ████ % |
| Loss | ████ % | ████ % |
| Capital | ████ % | ████ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ████ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ►☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)  -9,279. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | ████ |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 26

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

OMB No. 1545-0123

☐ Final K-1      ☐ Amended K-1

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Part I   Information About the Partnership**

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▓▓▓▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MEIR MENO MILLO
KFAR SHMARYAHU,   46910 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|           | Beginning | Ending |
|-----------|-----------|--------|
| Profit    | ▓▓▓ %     | ▓▓▓ %  |
| Loss      | ▓▓▓ %     | ▓▓▓ %  |
| Capital   | ▓▓▓ %     | ▓▓▓ %  |

Check if decrease is due to sale or exchange of partnership interest . . . . ▶ ☐

**K** Partner's share of liabilities:

|                        | Beginning | Ending |
|------------------------|-----------|--------|
| Nonrecourse . . . . . . | $         | $ ▓▓▓  |
| Qualified nonrecourse financing . . . . . . . | $  | $ ▓▓▓ |
| Recourse . . . . . . . | $         | $ ▓▓▓  |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ▶ ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $ ( _____ )
**Ending capital account** . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . $ _____

*For IRS Use Only*

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Box | Description | Amount |
|-----|-------------|--------|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -18,559. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| Box | Description | Amount |
|-----|-------------|--------|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . ▶ ☒ | |
| 17 | Alternative minimum tax (AMT) items   A ▓▓▓ | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information   N* STMT   Z* STMT | |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 27

PTPA0312L  08/11/21

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

NITZHONA SHTEINER
RAMAT GAN,    ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▇ % | ▇ % |
| Loss | ▇ % | ▇ % |
| Capital | ▇ % | ▇ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ ▇ | $ ▇ |
| Recourse . . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . $ _____

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| 2 | Net rental real estate income (loss) -18,559. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| 11 | Other income (loss) | Z* | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

*(For IRS Use Only)*

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 28    PTPA0312L 08/11/21

**651121**

| Schedule K-1 (Form 1065) | **2021** |
|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2021, or tax year |

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

beginning ___/___/ 2021   ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▇▇▇▇▇▇▇▇

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DAVID KIRSHENBAUM

JERUSALEM, ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▇▇▇ % | ▇▇▇ % |
| Loss | ▇▇▇ % | ▇▇▇ % |
| Capital | ▇▇▇ % | ▇▇▇ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▇▇▇ | $ ▇▇▇ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $ (_____)
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | -23,199. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . ► ☒ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | A | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information | |
| | | | N* | STMT | |
| 10 | Net section 1231 gain (loss) | | Z* | STMT | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**     www.irs.gov/Form1065     **Schedule K-1 (Form 1065) 2021**

PARTNER 29

PTPA0312L 08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

☐ Final K-1    ☐ Amended K-1

651121
OMB No. 1545-0123

beginning ___ / ___ / 2021    ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
██████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ARISOM LTD.
██████████
HAIFA,  34465 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ██ % | ██ % |
| Loss | ██ % | ██ % |
| Capital | ██ % | ██ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . | $ | $ |
| Qualified nonrecourse financing . | $ ██ | $ ██ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . $ _____

For IRS Use Only

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)  -18,559. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information  N*  STMT |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 30

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

beginning / / 2021   ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SIGALIT GOZLAN
TIBERIAS,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing ... | $ | $ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation). ... $ _____
Withdrawals and distributions .......... $( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............... $ _____
Ending ................. $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -13,919. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| Box | Description | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked. . . . . . . . . . ☒ | |
| 17 | Alternative minimum tax (AMT) items | |
| | A | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| | N* STMT | |
| | Z* STMT | |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

PARTNER 31

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

☐ Final K-1 ☐ Amended K-1    OMB No. 1545-0123

beginning ___ / ___ / 2021  ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GILI INVESTMENTS LLC
BNAI DROR,  45815 ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮ | $ ▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . $ _____
Withdrawals and distributions . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) | |
| 2 Net rental real estate income (loss)  -78,869. | | |
| 3 Other net rental income (loss) | 15 Credits | |
| 4a Guaranteed payments for services | | |
| 4b Guaranteed payments for capital | 16 Schedule K-3 is attached if checked . . . . . . . . ☒ | |
| 4c Total guaranteed payments | 17 Alternative minimum tax (AMT) items | |
| | A | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | 18 Tax-exempt income and nondeductible expenses | |
| 6c Dividend equivalents | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | |
| 9a Net long-term capital gain (loss) | 19 Distributions | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured section 1250 gain | 20 Other information | |
| | N* STMT | |
| 10 Net section 1231 gain (loss) | Z* STMT | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | |
| 22 ☐ More than one activity for at-risk purposes* | | |
| 23 ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 32   PTPA0312L  08/11/21

**651121**

| Schedule K-1 (Form 1065) | **2021** | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GIL PELEG
RAMAT HASHARON,     ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮▮▮ % | ▮▮▮ % |
| Loss | ▮▮▮ % | ▮▮▮ % |
| Capital | ▮▮▮ % | ▮▮▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . | $ | $ |
| Qualified nonrecourse financing . | $ ▮▮▮ | $ ▮▮▮ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . ► ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -23,199. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| Box | Description | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked. . . . . . . . . . . | ☒ |
| 17 | Alternative minimum tax (AMT) items |
| | A | ▮▮▮ |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information |
| | N* | STMT |
| | Z* | STMT |
| 21 | Foreign taxes paid or accrued | |

| 22 | ☐ More than one activity for at-risk purposes* |
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 33

PTPA0312L   08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

651121
OMB No. 1545-0123

☐ Final K-1 ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) −13,919. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked................ ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | |
| | | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YOAV FRANKEL
ELAD, ISRAEL

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN Name

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing ... | $ | $ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ►☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $
Capital contributed during the year .... $
Current year net income (loss)........ $
Other increase (decrease) (attach explanation).. $
Withdrawals and distributions ........ $( )
Ending capital account ............. $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ...... $
Ending ........ $

| | |
|---|---|
| 22 ☐ | More than one activity for at-risk purposes* |
| 23 ☐ | More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 34                                                                                           PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

□ Final K-1   □ Amended K-1

651121

OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHMUEL ANSHIL ABRAMSKY
████████
BNEY BARAK,  5153404 ISRAEL

**G** □ General partner or LLC member-manager  [X] Limited partner or other LLC member

**H1** [X] Domestic partner  □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . □

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ███ % | ███ % |
| Loss | ███ % | ███ % |
| Capital | ███ % | ███ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► □

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ███ | $ ███ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . ► [X]

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes  [X] No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . . $ _____

_For IRS Use Only_

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -9,279. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . ► [X] |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items A |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information N* STMT |
| 10 | Net section 1231 gain (loss) | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | □ More than one activity for at-risk purposes* | | |
| 23 | □ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 35

PTPA0312L  08/11/21

651121

| Schedule K-1 **(Form 1065)** | **2021** | | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ /___

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

### Part I   Information About the Partnership

**A** Partnership's employer identification number

47-4117187

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 2 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ROI MARSIANO

HERZLIYA,   4629175 ISRAEL

| **G** | ☐ General partner or LLC member-manager | ☒ Limited partner or other LLC member |
|---|---|---|
| **H1** | ☒ Domestic partner | ☐ Foreign partner |

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing ... | $ | $ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ► ☒

**L**   **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss)........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ........ $( _____ )
**Ending capital account** .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning................... $ _____
Ending...................... $ _____

---

Right column (Part III items):

| # | Item | Value |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -41,309. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | Item | Value |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked.............. ► | ☒ |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT   Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

---

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 36

PTPA0312L  08/11/21

EXHIBIT 3

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

beginning ___/___/ 2021   ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

■■■■■■■■

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

S.R. TAL BUSINESS PLANING (1998) LTD

GIVATAIM,    ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ■■■■ | ■■■■ |
| Loss | | |
| Capital | | |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | ■■■■ | $ ■■■■ |
| Qualified nonrecourse financing ... $ | | $ |
| Recourse ........ $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ►☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss)........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $(_____)
**Ending capital account** .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................... $ _____
Ending .............................. $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -18,534. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | Description | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked............. ►☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT |
|  |  | Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

*For IRS Use Only*

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 1

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121
OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

beginning  /  / 2021  ending  /  /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

PINHAS COHEN

KARMIEL,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | █ % | █ % |
| Loss | █ % | █ % |
| Capital | █ % | █ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ █ | $ █ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | | | # | | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | -18,556. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . ►☒ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | A | █ | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information | |
| | | | N* | STMT | |
| 10 | Net section 1231 gain (loss) | | Z* | STMT | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 2

PTPA0312L   08/11/21

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning [ / / 2021 ] ending [ / / ]

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1    ☐ Amended K-1

651121
OMB No. 1545-0123

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) |
| 2 Net rental real estate income (loss) -27,837. | |
| 3 Other net rental income (loss) | 15 Credits |
| 4a Guaranteed payments for services | |
| 4b Guaranteed payments for capital | 16 Schedule K-3 is attached if checked. . . . . . . . . . ☒ |
| 4c Total guaranteed payments | 17 Alternative minimum tax (AMT) items |
| 5 Interest income | A |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 18 Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 19 Distributions |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | 20 Other information N* STMT |
| 10 Net section 1231 gain (loss) | Z* STMT |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

URI KADOSHY
██████████
GALIL MAARAVI, 22835 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ██ % | ██ % |
| Loss | ██ % | ██ % |
| Capital | ██ % | ██ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . | $ ██ | $ ██ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . . . . . . . . . $ | |
| Capital contributed during the year . . . . $ | |
| Current year net income (loss) . . . . . . . . $ | |
| Other increase (decrease) (attach explanation) . . . $ | |
| Withdrawals and distributions . . . . . . . . $( _____ ) | |
| Ending capital account . . . . . . . . . . . . $ | |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

| | |
|---|---|
| 22 ☐ More than one activity for at-risk purposes* | |
| 23 ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

651121
OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

beginning ___/___/2021   ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A**  Partnership's employer identification number
47-4128480

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ►E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▉▉▉▉▉

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

AKIVA YOSEF SILTON
HASHMONAIM,  73127 ISRAEL

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☐ Domestic partner   ☒ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▉ % | ▉ % |
| Loss | ▉ % | ▉ % |
| Capital | ▉ % | ▉ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▉ | $ ▉ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ►☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account ............ $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $(_____)
Ending capital account ............... $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............... $ _____
Ending ................. $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss)  -9,281. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked............ ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items  A ▉ | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information  N* STMT | |
| **10** Net section 1231 gain (loss) | Z* STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 4

PTPA0312L  08/11/21

# Schedule K-1
## (Form 1065)

Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ____ / ____ / 2021  ending ____ / ____ / ____

☐ Final K-1  ☐ Amended K-1

651121

OMB No. 1545-0123

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

██████████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

PAULA WINNER
TEL AVIV,   ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here · · · · ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ██ % | ██ % |
| Loss | ██ % | ██ % |
| Capital | ██ % | ██ % |

Check if decrease is due to sale or exchange of partnership interest · · · · · ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse · · · · · · $ | ██ | $ ██ |
| Qualified nonrecourse financing · · · $ | ██ | $ ██ |
| Recourse · · · · · · · $ | ██ | $ ██ |

Check this box if Item K includes liability amounts from lower tier partnerships. · · ► ☒

**L**  Partner's Capital Account Analysis

Beginning capital account · · · · · · · · · · $ _____
Capital contributed during the year · · · · · $ _____
Current year net income (loss) · · · · · · · · $ _____
Other increase (decrease) (attach explanation) · · · · $ _____
Withdrawals and distributions · · · · · · · · $( _____ )
Ending capital account · · · · · · · · · · · · $ _____

**M** Did the partner contribute property with a built-in gain or (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning · · · · · · · · · · · · · · · · · · · · · $ _____
Ending · · · · · · · · · · · · · · · · · · · · · · · $ _____

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) | -18,556. | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. · · · · · · · · · · · ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information | |
| **10** Net section 1231 gain (loss) | | N* STMT | |
| **11** Other income (loss) | | Z* STMT | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 5

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning  /  / 2021  ending  /  /

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHALOM TSAROOM
HOD HASHARON,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ..... ► ☒

### L Partner's Capital Account Analysis

Beginning capital account ........... $
Capital contributed during the year ..... $
Current year net income (loss) ........ $
Other increase (decrease) (attach explanation). ... $
Withdrawals and distributions ........ $( _____ )
Ending capital account ............. $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................... $
Ending .............................. $

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) −18,556. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked .......... ► ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | A | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | Z* STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

BAA **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning [ / / 2021 ]  ending [ / / ]

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

EHUD MARON MARCUS

HERZELIYA,   ISRAEL

**G** ☐ General partner or LLC
member-manager
☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -27,837. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | | N*  STMT |
| 10 | Net section 1231 gain (loss) | | Z*  STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

*for IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 9

PTPA0312L   08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

beginning ___ / ___ / 2021    ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GILI INVESTMENTS LLC
[redacted]
BNAI DROR,  45815 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ►☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮ | $ ▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ..... ►☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation)... $ _____
Withdrawals and distributions ......... $ ( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .............................. $ _____
Ending ................................. $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -13,918. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked............. ►☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | ▮ |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**     www.irs.gov/Form1065     **Schedule K-1 (Form 1065) 2021**

PARTNER 10

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

**Partner's Share of Income, Credits, Deductions, etc.**
► See separate instructions.

651121

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

HANOCH HATCHEK
[redacted]
KEISARIA,     ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** ☐ If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . .

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▒ % | ▒ % |
| Loss | ▒ % | ▒ % |
| Capital | ▒ % | ▒ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ ▒ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . $( _____ )
**Ending capital account** . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)   -9,281. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | ▒ |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| | | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

651121

☐ Final K-1    ☐ Amended K-1          OMB No. 1545-0123

### Part I — Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YELENA REALTY LLC
GUTTENBERG, NJ 07093

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | █ % | █ % |
| Loss | █ % | █ % |
| Capital | █ % | █ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . . . . | $ █ | $ █ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

For IRS Use Only

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -51,030. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . . ► ☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT    Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2021

PARTNER 12

PTPA0312L 08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

651121

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

## Part I  Information About the Partnership

**A** Partnership's employer identification number

47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

▮▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

CITGOL CORP
NEW YORK, NY 10001

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  CORPORATION

**I2** ☐ If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ►

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . | $ ▮ | $ ▮ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ►☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . $ _____
Ending . . . . . . . $ _____

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| | -41,755. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

**BAA** **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 13

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ALBERT MARCIANO

GIVAT SHMUEL,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation). . . $
Withdrawals and distributions . . . . . . . . $( )
Ending capital account . . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $
Ending . . . . . . . . . . $

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -9,281. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| 11 | Other income (loss) | Z* | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 14

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHABTAI KIMHI ████████
GIVAT ZEEV,  90917 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ██████ % | ██████ % |
| Loss | ██████ % | ██████ % |
| Capital | ██████ % | ██████ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ██████ | $ ██████ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ..... ►☒

**L** Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $ (_____)
**Ending capital account** .............. $ _____

**M** Did the partner contribute property with a built-in gain or (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .......................... $ _____
Ending ............................. $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -9,281. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ............. ☒ | |
| 17 | Alternative minimum tax (AMT) items   A | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information   N* STMT   Z* STMT | |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

www.irs.gov/Form1065

Schedule K-1 (Form 1065) 2021

PARTNER 15

PTPA0312L   08/11/21

# Schedule K-1
(Form 1065)

Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___/___/2021 ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

651121

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

## Part I    Information About the Partnership

**A** Partnership's employer identification number

47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DAVID NEBENZAHL

JERUSALEM,   ISRAEL

| | | | |
|---|---|---|---|
| **G** | ☐ General partner or LLC member-manager | ☒ Limited partner or other LLC member | |
| **H1** | ☐ Domestic partner | ☒ Foreign partner | |

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** ☐ If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ██ % | ██ % |
| Loss | ██ % | ██ % |
| Capital | ██ % | ██ % |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ....... | $ | $ |
| Qualified nonrecourse financing ... | $ ██ | $ ██ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ▶ ☒

**L**    **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____

Capital contributed during the year ..... $ _____

Current year net income (loss) ......... $ _____

Other increase (decrease) (attach explanation).... $ _____

Withdrawals and distributions ......... $( _____ )

Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning .......................... $ _____

Ending ............................. $ _____

## Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) -18,556. | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked......... ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items A ██ | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 16

PTPA0312L  08/11/21

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GIL DAVID MEYUHAS
███████████
TEL AVIV,    ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ███ % | ███ % |
| Loss | ███ % | ███ % |
| Capital | ███ % | ███ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . . . . | $ ████ | $ |
| Recourse . . . . . . . | $ | $ ████ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $ (_____)
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) −18,556. | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. . . . . . . . . . . . . . . . ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items  A ████ | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information  N*  STMT | |
| **10** Net section 1231 gain (loss) | | Z*  STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |
| **22** ☐ More than one activity for at-risk purposes* | | | |
| **23** ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**      www.irs.gov/Form1065      **Schedule K-1 (Form 1065) 2021**

PARTNER 17

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

651121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Part I   Information About the Partnership

**A**   Partnership's employer identification number
47-4128480

**B**   Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**   IRS center where partnership filed return ►E-FILE

**D**   ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E**   Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
██████████

**F**   Name, address, city, state, and ZIP code for partner entered in E. See instructions.

NATAN FLORENTIN
██████████
KFAR SABA, ISRAEL

**G**   ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**   ☐ Domestic partner   ☒ Foreign partner

**H2**   ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN        Name

**I1**   What type of entity is this partner?   INDIVIDUAL

**I2**   If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J**   Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ██ % | ██ % |
| Loss | ██ % | ██ % |
| Capital | ██ % | ██ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K**   Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . $ | | $ |
| Qualified nonrecourse financing . . | $ ██████ | $ ██████ |
| Recourse . . . . . . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ► ☒

**L**         **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation) . . . . $
Withdrawals and distributions . . . . . . . . . $( )
**Ending capital account** . . . . . . . . . . . . . $

**M**   Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . $

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) | **14** | Self-employment earnings (loss) |
| **2** | Net rental real estate income (loss) -23,200. | | |
| **3** | Other net rental income (loss) | **15** | Credits |
| **4a** | Guaranteed payments for services | | |
| **4b** | Guaranteed payments for capital | **16** | Schedule K-3 is attached if checked. . . . . . . . . . . ☒ |
| **4c** | Total guaranteed payments | **17** | Alternative minimum tax (AMT) items A ███ |
| **5** | Interest income | | |
| **6a** | Ordinary dividends | | |
| **6b** | Qualified dividends | **18** | Tax-exempt income and nondeductible expenses |
| **6c** | Dividend equivalents | | |
| **7** | Royalties | | |
| **8** | Net short-term capital gain (loss) | **19** | Distributions |
| **9a** | Net long-term capital gain (loss) | | |
| **9b** | Collectibles (28%) gain (loss) | **20** | Other information |
| **9c** | Unrecaptured section 1250 gain | | N* STMT |
| **10** | Net section 1231 gain (loss) | | Z* STMT |
| **11** | Other income (loss) | | |
| **12** | Section 179 deduction | **21** | Foreign taxes paid or accrued |
| **13** | Other deductions | | |
| **22** ☐ | More than one activity for at-risk purposes* | | |
| **23** ☐ | More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**     www.irs.gov/Form1065     **Schedule K-1 (Form 1065) 2021**

PARTNER 18                                                     PTPA0312L   08/11/21

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

□ Final K-1   □ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number

47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

RNGLD LTD

SAVYON,  ISRAEL

**G** □ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** □ Domestic partner   ☒ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____  Name _____

**I1** What type of entity is this partner?  CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▓▓▓ % | ▓▓▓ % |
| Loss | ▓▓▓ % | ▓▓▓ % |
| Capital | ▓▓▓ % | ▓▓▓ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . $ | | $ |
| Qualified nonrecourse financing . . . $ | | $ ▓▓▓ |
| Recourse . . . . . . . $ | | $ ▓▓▓ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L**       **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____

Capital contributed during the year . . . . . $ _____

Current year net income (loss) . . . . . . . . $ _____

Other increase (decrease) (attach explanation). . . $ _____

Withdrawals and distributions . . . . . . . . $ ( _____ )

Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?

□ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)

Beginning . . . . . . . . . . . . . . . . . . . $ _____

Ending . . . . . . . . . . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -9,281. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | □ More than one activity for at-risk purposes* | | |
| 23 | □ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MAYA SHOZER-BEOZ
KFAR RUTH,  ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . . . . | $ ▮ | $ ▮ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . ► ☒

**L**   **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
**Ending capital account** . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**   **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . $ _____
Ending . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)   -18,556. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | ▮ |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| | | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

| | | |
|---|---|---|
| 22 ☐ More than one activity for at-risk purposes* | | |
| 23 ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

for IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 20

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning / / 2021 ending / /

☐ Final K-1  ☐ Amended K-1

**651121**
OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I  Information About the Partnership

**A**  Partnership's employer identification number
47-4128480

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ►E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YAIR MORDECHAY PLESSER
MIZRACH BINYAMIN,  9063000 ISRAEL

**G**  ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1**  ☒ Domestic partner  ☐ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . ►☒

**L**  Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -9,281. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | |
| | | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**
www.irs.gov/Form1065
**Schedule K-1 (Form 1065) 2021**

PARTNER 21

PTPA0312L  08/11/21

**651121**

| Schedule K-1 (Form 1065) | **2021** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury Internal Revenue Service

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JPIDUS LLC
KFAR SABA,   444235 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing .. | $ | $ |
| Recourse ........ | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account ............. $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss)......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $(_____)
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____
Ending _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | Value |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -32,474. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | Description | Value |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked............. ☒ | |
| 17 | Alternative minimum tax (AMT) items  A | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information  N*  STMT   Z*  STMT | |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.*

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

PARTNER 22   PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1   ☐ Amended K-1

651121
OMB No. 1545-0123

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LEA ROGEL
KIRYAT ONO,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | | % | % |
| Capital | | % | % |

Check if decrease is due to sale or exchange of partnership interest ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -23,200. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | Item | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked . . . . . . . . . | ☒ |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT   Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 23

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021   ending / /

☐ Final K-1   ☐ Amended K-1

651121

OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
█████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MOSHE MARKS
ELKANA,  44814 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | █████ % | █████ % |
| Loss | █████ % | █████ % |
| Capital | █████ % | █████ % |

Check if decrease is due to sale or exchange of partnership interest . . . . ► ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . . | $ ████ | $ ████ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
**Ending capital account** . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) -13,918. | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. . . . . . . . . . . . . . ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items A | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information N*  STMT | |
| **10** Net section 1231 gain (loss) | | Z*  STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 24   PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning __ / __ / 2021  ending __ / __ / __

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number

47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

TAL REMLER
ORANIT,  ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
**Ending capital account** . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss)  -18,556. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked . . . . . . . . . ► ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items A | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information N*  STMT | |
| **10** Net section 1231 gain (loss) | Z*  STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |
| **22** ☐ More than one activity for at-risk purposes* | | |
| **23** ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning / / 2021   ending / /

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SAGY YEHOSHUA GREENFELD
GIVATAIM,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (explain attachment). . . $
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) | |
| 2 Net rental real estate income (loss) -8,352. | | |
| 3 Other net rental income (loss) | 15 Credits | |
| 4a Guaranteed payments for services | | |
| 4b Guaranteed payments for capital | 16 Schedule K-3 is attached if checked . . . . . . . . . . . ►☒ | |
| 4c Total guaranteed payments | 17 Alternative minimum tax (AMT) items A | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | 18 Tax-exempt income and nondeductible expenses | |
| 6c Dividend equivalents | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | |
| 9a Net long-term capital gain (loss) | 19 Distributions | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured section 1250 gain | 20 Other information N* STMT | |
| 10 Net section 1231 gain (loss) | Z* STMT | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | |
| 22 ☐ More than one activity for at-risk purposes* | | |
| 23 ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

For IRS Use Only

**BAA** **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___/___/ 2021 ending ___/___/___

**Partner's Share of Income, Credits, Deductions, etc.**
► See separate instructions.

□ Final K-1  □ Amended K-1

651121

OMB No. 1545-0123

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** □ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

BERTA DANIELLA FRANK
LEHAVIM,    8533800 ISRAEL

**G** □ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . $ _____

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) -18,556. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |
| 22 | □ More than one activity for at-risk purposes* | | | |
| 23 | □ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 27

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning / / 2021  ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1   ☐ Amended K-1

651121
OMB No. 1545-0123

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHIMON TAMIR
GIVATAIM, 53201 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | █ % | █ % |
| Loss | █ % | █ % |
| Capital | █ % | █ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . $ | █ | $ █ |
| Qualified nonrecourse financing . . . . . . . . $ | █ | $ █ |
| Recourse . . . . . . . . $ | █ | $ █ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)   -13,918. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items  A |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information  N*   STMT |
| 10 | Net section 1231 gain (loss) | | | Z*   STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 28

PTPA0312L   08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___/___/ 2021 ending ___/___/___

**Partner's Share of Income, Credits, Deductions, etc.**
► See separate instructions.

☐ Final K-1   ☐ Amended K-1

651121
OMB No. 1545-0123

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

▌

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GIL LEVIN
MAZKERET BATYA,    ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▌ % | ▌ % |
| Loss | ▌ % | ▌ % |
| Capital | ▌ % | ▌ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . . | $ ▌ | $ ▌ |
| Recourse . . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)   -23,200. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | ▌ |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

*For IRS Use Only*

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 29

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

☐ Final K-1      ☐ Amended K-1

651121

OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
| --- | --- |

## Part I  Information About the Partnership

**A**  Partnership's employer identification number
47-4128480

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ▶ E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███████

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MICHAEL YAAKOV NEBENZHAL
███████
PETAH TIKVAH,    ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | ██ % | ██ % |
| Loss | ██ % | ██ % |
| Capital | ██ % | ██ % |

Check if decrease is due to sale or exchange of partnership interest . . . . ▶ ☐

**K**  Partner's share of liabilities:

| | Beginning | Ending |
| --- | --- | --- |
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ ██████ | $ ██████ |
| Recourse . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . . ☒

## L  Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| --- | --- | --- | --- |
| 2 | Net rental real estate income (loss) -23,200. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . ▶ ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items A |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information N*   STMT |
| 10 | Net section 1231 gain (loss) | | Z*   STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 30

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1   ☐ Amended K-1

651121
OMB No. 1545-0123

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ETI WINTER
KFAR SABA,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | █████ % | █████ % |
| Loss | █████ % | █████ % |
| Capital | █████ % | █████ % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing ...... $ | ████ | $ ████ |
| Recourse ......... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships .... ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $ ( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ................... $ _____
Ending ..................... $ _____

*For IRS Use Only*

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -13,918. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked.............. ☒ | |
| 17 | Alternative minimum tax (AMT) items    A | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information    N*  STMT    Z*  STMT | |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.
www.irs.gov/Form1065
Schedule K-1 (Form 1065) 2021

PARTNER 31
PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___/___/2021 ending ___/___/___

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

**Partner's Share of Income, Deductions, Credits, etc.**
➤ See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ➤ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

RVSK HOME LLC
RAMAT HASHARON,   47202 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☒ If the partner is a disregarded entity (DE), enter the partner's:
TIN 98-1162830 Name OFEK &SHIRAN LTD

**I1** What type of entity is this partner?  CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ➤ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ➤ ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ | $ |
| Recourse . . . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ➤ ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation) . . . $
Withdrawals and distributions . . . . . . . . . $(                    )
Ending capital account . . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . $

*For IRS Use Only*

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | -64,948. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . . . ➤ ☒ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information | |
| | | | N* | STMT | |
| 10 | Net section 1231 gain (loss) | | Z* | STMT | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

**Schedule K-1**
(Form 1065)

Department of the Treasury
Internal Revenue Service

**2021**

651121

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

For calendar year 2021, or tax year

beginning / / 2021   ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ROTEN'S HOLDINGS LLC

JERUSALEM, 9311527 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN          Name

**I1** What type of entity is this partner?   PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . | $ | $ |
| Recourse . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L**          **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation) . . . $
Withdrawals and distributions . . . . . . . . . $( )
**Ending capital account** . . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . . . . $

| # | | # | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)    -9,281. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | N* | STMT |
| 11 | Other income (loss) | Z* | STMT |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | More than one activity for at-risk purposes* | | |
| 23 | More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

# Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

651121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

For calendar year 2021, or tax year

beginning ___ / ___ / 2021    ending ___ / ___ / ___

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

CITYR GROUP HOLDINGS LLC

FORT LEE, NJ 07024

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▓ % | ▓ % |
| Loss | ▓ % | ▓ % |
| Capital | ▓ % | ▓ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▓ | $ ▓ |
| Recourse | $ ▓ | $ ▓ |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . $ _____

For IRS Use Only

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) -10,203. | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked . . . . . . . . . . . . . ► ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |
| | | | |
| **22** ☐ More than one activity for at-risk purposes* | | | |
| **23** ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1

OMB No. 1545-0123

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4128480

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 3 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ROI MARSIANO
HERZLIYA,  ISRAEL [redacted]

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ․ ․ ․ ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | █ % |
| Capital | % | █ % |

Check if decrease is due to sale or exchange of partnership interest ․ ․ ․ ․ ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ █ |

Check this box if Item K includes liability amounts from lower tier partnerships ․ ․ ․ ․ ▶ ☒

**L** Partner's Capital Account Analysis

Beginning capital account ․ ․ ․ ․ ․ ․ ․ ․ ․ $ _____
Capital contributed during the year ․ ․ ․ ․ $ _____
Current year net income (loss) ․ ․ ․ ․ ․ ․ $ _____
Other increase (decrease) (attach explanation) ․ ․ ․ $ _____
Withdrawals and distributions ․ ․ ․ ․ ․ ․ ․ ․ $( _____ )
Ending capital account ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ $ _____
Ending ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ ․ $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | | 14 Self-employment earnings (loss) | |
| 2 Net rental real estate income (loss) | -9,354. | | |
| 3 Other net rental income (loss) | | 15 Credits | |
| 4a Guaranteed payments for services | | | |
| 4b Guaranteed payments for capital | | 16 Schedule K-3 is attached if checked. ․ ․ ․ ․ ․ ▶ ☒ | |
| 4c Total guaranteed payments | | 17 Alternative minimum tax (AMT) items | |
| | | A | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | 18 Tax-exempt income and nondeductible expenses | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | | |
| | | 19 Distributions | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | 20 Other information | |
| | | N* STMT | |
| 10 Net section 1231 gain (loss) | | | |
| | | Z* STMT | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | | |
| 22 ☐ More than one activity for at-risk purposes* | | | |
| 23 ☐ More than one activity for passive activity purposes* | | | |
| *See attached statement for additional information. | | | |

*For IRS Use Only*

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 35

PTPA0312L  08/11/21

**EXHIBIT 4**

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning __/__/2021 ending __/__/__

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

AVNER DRORY
TEL AVIV,  6986520 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮ | ▮ |
| Loss | ▮ | ▮ |
| Capital | ▮ | ▮ |

Check if decrease is due to sale or exchange of partnership interest ...... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ ▮ | $ ▮ |
| Qualified nonrecourse financing | $ ▮ | $ ▮ |
| Recourse | $ ▮ | $ ▮ |

Check this box if Item K includes liability amounts from lower tier partnerships. ..... ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $( _____ )
Ending capital account ............... $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............................ $ _____
Ending ............................... $ _____

*For IRS Use Only*

| # | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)  -13,920. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. .......... ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | ▮ |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | More than one activity for at-risk purposes* | | |
| 23 | More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 1    PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► **See separate instructions.**

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

EDNA COHEN
TEL AVIV, 6986520 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▬▬ % | ▬▬ % |
| Loss | ▬▬ % | ▬▬ % |
| Capital | ▬▬ % | ▬▬ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . | $ ▬▬ | $ ▬▬ |
| Recourse . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . ► ☒

**L**   **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $ ( _____ )
**Ending capital account** . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | -13,916. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . ► ☒ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | A | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information | |
| | | | N* | STMT | |
| 10 | Net section 1231 gain (loss) | | Z* | STMT | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| 22 | More than one activity for at-risk purposes* | | | | |
| 23 | More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

# Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

| | | |
|---|---|---|
| beginning | / / 2021 | ending / / |

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

Z.R. LEVGOREN & SONS MANAGEMENT (2006) LTD
GANEI TIKVA,   5590000 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ███ % | ███ % |
| Loss | ███ % | ███ % |
| Capital | ███ % | ███ % |

☐ Check if decrease is due to sale or exchange of partnership interest . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ███ | $ ███ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) −18,559. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information N*  STMT |
| 10 | Net section 1231 gain (loss) | | | |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

*For IRS Use Only*

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2021

PARTNER 4

PTPA0312L   08/11/21

651121

| | |
|---|---|
| ☐ Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ELDAD MELNIK
NEW CITY, TIJUANNA BC MEXICO

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $
Capital contributed during the year . . . . $
Current year net income (loss) . . . . . . . $
Other increase (decrease) (attach explanation). . . $
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) −13,916. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | A | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | N* | STMT |
| 10 | Net section 1231 gain (loss) | Z* | STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

---

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065. www.irs.gov/Form1065 **Schedule K-1 (Form 1065) 2021**

PARTNER 5

PTPA0312L 08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

## Part I — Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHMUEL ELIEZER PERLIN

GIVAT SHMUEL, 5442415 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing .. $ | ▮ | $ ▮ |
| Recourse ........ $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ..... ►☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation) ... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............................. $ _____
Ending ............................... $ _____

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) -27,839. | | **15** Credits | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked............. ► ☒ | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items A | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 6

PTPA0312L 08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
█████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

BENJAMIN TAVRITZI
BNEI BARAK,    ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ████ % | ████ % |
| Loss | ████ % | ████ % |
| Capital | ████ % | ████ % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ████ | $ ████ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ► ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss).......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) −18,559. | | **15** Credits | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked............ ► ☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items  A | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | **20** Other information  N* STMT | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L 08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

### Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHAY KEINAN
███████████
TEL AVIV,      ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ███ % | ███ % |
| Loss | ███ % | ███ % |
| Capital | ███ % | ███ % |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ███ | $ ███ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ..... ▶ ☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation) ... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account .............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .............................. $ _____
Ending ................................. $ _____

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | | |
| **2** Net rental real estate income (loss) | -9,280. | | | |
| **3** Other net rental income (loss) | | **15** Credits | | |
| **4a** Guaranteed payments for services | | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked.............. ▶ ☒ | | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | | |
| | | A | | |
| **5** Interest income | | | | |
| **6a** Ordinary dividends | | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | | |
| **6c** Dividend equivalents | | | | |
| **7** Royalties | | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | | |
| **9a** Net long-term capital gain (loss) | | | | |
| **9b** Collectibles (28%) gain (loss) | | **20** Other information | | |
| **9c** Unrecaptured section 1250 gain | | N* STMT | | |
| **10** Net section 1231 gain (loss) | | Z* STMT | | |
| **11** Other income (loss) | | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | | |
| **13** Other deductions | | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 8

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning    /    / 2021    ending    /    /

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

651121

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

### Part I   Information About the Partnership

**A** Partnership's employer identification number

47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

███████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

TOVA HATTAV
███████
MODIIN,      ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
    TIN _____   Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|                | Beginning | Ending |
|----------------|-----------|--------|
| Profit         | ███ %     | ███ %  |
| Loss           | ███ %     | ███ %  |
| Capital        | ███ %     | ███ %  |

Check if decrease is due to sale or exchange of partnership interest . . . . . ▶ ☐

**K** Partner's share of liabilities:

|                              | Beginning | Ending |
|------------------------------|-----------|--------|
| Nonrecourse . . . . . .      | $         | $      |
| Qualified nonrecourse financing . . | $ ███ | $ ███ |
| Recourse . . . . . .         | $         | $      |

Check this box if Item K includes liability amounts from lower tier partnerships . . . . . ▶ ☒

**L**        **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____

Capital contributed during the year . . . . $ _____

Current year net income (loss) . . . . . . . $ _____

Other increase (decrease) (attach explanation) . . . $ _____

Withdrawals and distributions . . . . . . . . $( _____ )

Ending capital account . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
    ☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
    Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
    Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

For IRS Use Only

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) |
| **2** Net rental real estate income (loss) -13,916. | |
| **3** Other net rental income (loss) | **15** Credits |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked . . . . . . . . . . . . . ▶ ☒ |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items A |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses |
| **6c** Dividend equivalents | |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | **19** Distributions |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | **20** Other information N* STMT |
| **10** Net section 1231 gain (loss) | Z* STMT |
| **11** Other income (loss) | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued |
| **13** Other deductions | |

**22** ☐ More than one activity for at-risk purposes*

**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 1065.          www.irs.gov/Form1065          **Schedule K-1 (Form 1065) 2021**

PARTNER  9

PTPA0312L  08/11/21

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ____/____/2021   ending ____/____/____

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part I   Information About the Partnership |
|---|
| **A** Partnership's employer identification number |
| 47-4138404 |
| **B** Partnership's name, address, city, state, and ZIP code |
| TULSA INVESTORS 4 LLC<br>145 AYERS CT<br>TEANECK, NJ 07666 |
| **C** IRS center where partnership filed return ►KANSAS CITY, MO |
| **D** ☐ Check if this is a publicly traded partnership (PTP) |

| Part II   Information About the Partner |
|---|
| **E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.) |
| **F** Name, address, city, state, and ZIP code for partner entered in E. See instructions. |
| MEIR COHEN<br>PETAH-TIQWA,   ISRAEL |

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest ... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ... ► ☒

| L | Partner's Capital Account Analysis |
|---|---|

Beginning capital account ............. $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) .......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $ ( _____ )
Ending capital account ................ $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............................. $ _____
Ending ............................... $ _____

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items | |
|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) |
| **2** Net rental real estate income (loss)<br>-9,280. | | |
| **3** Other net rental income (loss) | | **15** Credits |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked............. ► ☒ |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items<br>A |
| **5** Interest income | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses |
| **6b** Qualified dividends | | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information<br>N* STMT |
| **10** Net section 1231 gain (loss) | | Z* STMT |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued |
| **13** Other deductions | | |
| **22** ☐ More than one activity for at-risk purposes* | | |
| **23** ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

*for IRS Use Only*

PARTNER 10

PTPA0312L  08/11/21

651121

| | | |
|---|---|---|
| **Schedule K-1**<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | **2021**<br><br>For calendar year 2021, or tax year | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ZEEV REICHICK

NETANYA,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | █████ % | █████ % |
| Loss | █████ % | █████ % |
| Capital | █████ % | █████ % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing ..... $ | █████ | $ █████ |
| Recourse ...... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ► ☒

**L**   Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation) .... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)   -13,916. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . ► ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | A |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| | | | N* STMT |
| 10 | Net section 1231 gain (loss) | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | | |

For IRS Use Only

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

651121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning ___/___/ 2021  ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) −18,559. | | **15** Credits | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked. . . . . . . . . . . ► ☒ | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items  A | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **19** Distributions | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information  N*  STMT | |
| **10** Net section 1231 gain (loss) | | Z*  STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

BENJAMIN KIRYATI
TEL AVIV,        ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . | $ | $ |
| Qualified nonrecourse financing . . . . | $ | $ |
| Recourse . . . . . . | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 12

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ____ / ____ / 2021   ending ____ / ____ / ____

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

651121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

GUY HAREL

SHOHAM,   ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▸ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ |  | $ |
| Qualified nonrecourse financing ... $ | ▮ | $ |
| Recourse ...... $ |  | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ▶ ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $ (_____)
Ending capital account ............... $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .............................. $ _____
Ending ................................. $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss)  −18,559. | | **15** Credits | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked............. ☒ | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | **20** Other information | |
| **9c** Unrecaptured section 1250 gain | | N* STMT | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 13

PTPA0312L   08/11/21

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___/___/2021   ending ___/___/___

□ Final K-1   □ Amended K-1   OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** □ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MIRIAM RIVKA RAFAELI

EVTACH,    ISRAEL

**G** □ General partner or LLC member-manager   [X] Limited partner or other LLC member

**H1** □ Domestic partner   [X] Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ► □

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ► □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ..... ► [X]

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes  [X] No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............................. $ _____
Ending ............................... $ _____

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) −13,916. | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked............. ► [X] | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items A | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | **19** Distributions | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | **20** Other information N* STMT | |
| **10** Net section 1231 gain (loss) | | Z* STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** □ More than one activity for at-risk purposes*
**23** □ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

PARTNER 14   PTPA0312L  08/11/21

| Schedule K-1 (Form 1065) | 2021 | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |
| --- | --- | --- | --- |

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning ___/___/ 2021   ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
| --- | --- | --- | --- | --- | --- |
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | -13,916. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked............. ► | X |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | | A |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | | Z* | STMT |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

## Part I Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHAUL YUTAV
ELKANA, 44814 ISRAEL

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
| --- | --- | --- |
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
| --- | --- | --- |
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing .... $ | | $ |
| Recourse ...... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $(_____)
Ending capital account.............. $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ............................... $ _____
Ending ................................. $ _____

| 22 | ☐ More than one activity for at-risk purposes* |
| --- | --- |
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ____ / ____ / 2021    ending ____ / ____ / ____

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MENACHEM DOV SCHWARTZ
PETACH TIKVA,  ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▓▓▓▓ % | ▓▓▓▓ % |
| Loss | ▓▓▓▓ % | ▓▓▓▓ % |
| Capital | ▓▓▓▓ % | ▓▓▓▓ % |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing ... $ | ▓▓▓▓ | $ ▓▓▓▓ |
| Recourse ...... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ▶ ☒

**L** Partner's Capital Account Analysis

Beginning capital account ............ $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions .......... $ ( _____ )
Ending capital account ............... $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................... $ _____
Ending .............................. $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -23,196. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked........ ▶ ☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT   Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ____ / ____ / 2021   ending ____ / ____ / ____

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
| --- | --- |

## Part I   Information About the Partnership

**A**  Partnership's employer identification number
47-4138404

**B**  Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C**  IRS center where partnership filed return ►KANSAS CITY, MO

**D**  ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮▮

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

AVRAHAM LEVY
▮▮▮▮▮▮▮▮
KIRYAT TIVON,   3608011 ISRAEL

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☐ Domestic partner   ☒ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ► ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
| --- | --- | --- |
| Profit | ▮▮▮ % | ▮▮▮ % |
| Loss | ▮▮▮ % | ▮▮▮ % |
| Capital | ▮▮▮ % | ▮▮▮ % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
| --- | --- | --- |
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮▮▮ | $ ▮▮▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ............... $ _____

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning............................. $ _____
Ending............................... $ _____

| | |
| --- | --- |
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) |
| **2** Net rental real estate income (loss)   -18,559. | |
| **3** Other net rental income (loss) | **15** Credits |
| **4a** Guaranteed payments for services | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked.............. ☒ |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items   A |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses |
| **6c** Dividend equivalents | |
| **7** Royalties | |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | **19** Distributions |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | **20** Other information   N*  STMT |
| **10** Net section 1231 gain (loss) | Z*  STMT |
| **11** Other income (loss) | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued |
| **13** Other deductions | |
| **22** ☐ More than one activity for at-risk purposes* | |
| **23** ☐ More than one activity for passive activity purposes* | |
| *See attached statement for additional information. | |

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___ / ___ / 2021 ending ___ / ___ /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

AMOS BANAYAN

JERUSALEM,   ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ►☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▓ % | ▓ % |
| Loss | ▓ % | ▓ % |
| Capital | ▓ % | ▓ % |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . $ | | $ |
| Qualified nonrecourse financing . . $ | ▓ | $ ▓ |
| Recourse . . . . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss)  −13,916. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . . . . ►☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items  A |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information  N* STMT |
| 10 | Net section 1231 gain (loss) | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

For IRS Use Only

| Schedule K-1 (Form 1065) | 2021 | | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning ___/___/2021  ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JONATHAN YESHAYAHU
BNEI-DAROM,  79250 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▉ % | ▉ % |
| Loss | ▉ % | ▉ % |
| Capital | ▉ % | ▉ % |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▉ | $ ▉ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ▶ ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| 2 | Net rental real estate income (loss) −18,559. | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items A |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information N* STMT |
| 10 | Net section 1231 gain (loss) | | Z* STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 19    PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___/___/2021    ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

## Part I    Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MOSHE SOFFER

ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____    Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ►☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▓▓▓ % | ▓▓▓ % |
| Loss | ▓▓▓ % | ▓▓▓ % |
| Capital | ▓▓▓ % | ▓▓▓ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▓▓▓ | $ ▓▓▓ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ►☒

**L**    **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N**    **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . $ _____

## Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss)   -9,280. | | | |
| **3** Other net rental income (loss) | | **15** Credits | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | **16** Schedule K-3 is attached if checked. . . . . . . . . . . . . . ►☒ | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items | |
| **5** Interest income | | A ▬▬▬ | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | **20** Other information | |
| **9c** Unrecaptured section 1250 gain | | N*  STMT | |
| **10** Net section 1231 gain (loss) | | Z*  STMT | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

www.irs.gov/Form1065

**Schedule K-1 (Form 1065) 2021**

For IRS Use Only

PARTNER 21

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning    /    / 2021   ending    /    /

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

651121

☐ Final K-1   ☐ Amended K-1    OMB No. 1545-0123

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

C.I.G. ZOCHOVITZKY LTD
HERZELIYA,    ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▉ % | ▉ % |
| Loss | ▉ % | ▉ % |
| Capital | ▉ % | ▉ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ▶ ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . $ | | $ |
| Qualified nonrecourse financing . . $ | ▉ | $ ▉ |
| Recourse . . . . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ▶ ☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | | 14 Self-employment earnings (loss) | |
| 2 Net rental real estate income (loss)  -13,916. | | | |
| 3 Other net rental income (loss) | | 15 Credits | |
| 4a Guaranteed payments for services | | | |
| 4b Guaranteed payments for capital | | 16 Schedule K-3 is attached if checked. . . . . . . . . . . ☒ | |
| 4c Total guaranteed payments | | 17 Alternative minimum tax (AMT) items | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | 18 Tax-exempt income and nondeductible expenses | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | 19 Distributions | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 20 Other information  N*  STMT | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 22

PTPA0312L   08/11/21

**Schedule K-1**
(Form 1065)

Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

651121

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part I   Information About the Partnership

**A** Partnership's employer identification number

47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

NAOMI BILITZER
GIVAT ZEEV,   9091700 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▇ % | ▇ % |
| Loss | ▇ % | ▇ % |
| Capital | ▇ % | ▇ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ▶☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▇ | $ ▇ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ▶☒

**L** Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $
Capital contributed during the year . . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation) . . . . $
Withdrawals and distributions . . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . . . . . . $

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) **-23,196.** | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . ▶☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items **A** |
| 5 | Interest income | | |
| 6a | Ordinary dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information **N\* STMT** |
| 9c | Unrecaptured section 1250 gain | | **Z\* STMT** |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 23

PTPA0312L   08/11/21

651121

| Schedule K-1 (Form 1065) | **2021** | |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2021, or tax year | |

☐ Final K-1 ☐ Amended K-1  OMB No. 1545-0123

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YUVAL GLOOSE
TEL AVIV, ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN           Name

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ ☒

**L**           Partner's Capital Account Analysis

Beginning capital account ........... $
Capital contributed during the year ..... $
Current year net income (loss) ......... $
Other increase (decrease) (attach explanation).... $
Withdrawals and distributions .......... $ ( )
Ending capital account ............ $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) −18,559. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits |
| 4a | Guaranteed payments for services | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked . . . . . . . . . ▶ ☒ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | | A |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information |
| | | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | STMT |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PARTNER 24

PTPA0312L 08/11/21

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2021**

☐ Final K-1    ☐ Amended K-1

651121
OMB No. 1545-0123

For calendar year 2021, or tax year

beginning ___/___/2021    ending ___/___/___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ► KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

EVYATAR SHAYEVITZ

COCAV YAIR,  44864 ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | ▮ % | ▮ % |
| Loss | ▮ % | ▮ % |
| Capital | ▮ % | ▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮ | $ ▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L**  Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) -27,839. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked. . . . . . . . . . . . . . . ► ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items A | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | **20** Other information | |
| **9c** Unrecaptured section 1250 gain | N* STMT | |
| **10** Net section 1231 gain (loss) | Z* STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 25

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

OMB No. 1545-0123

☐ Final K-1  ☐ Amended K-1

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

URI LIFSHITZ
YAHUD, ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ___ Name ___

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ████ % | ████ % |
| Loss | ████ % | ████ % |
| Capital | ████ % | ████ % |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... | $ | $ |
| Qualified nonrecourse financing ... | $ ████ | $ ████ |
| Recourse ....... | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ..... ☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ ___
Capital contributed during the year ..... $ ___
Current year net income (loss) ......... $ ___
Other increase (decrease) (attach explanation) ... $ ___
Withdrawals and distributions .......... $ ( ___ )
Ending capital account ........... $ ___

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .............................. $ ___
Ending .............................. $ ___

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | | 14 Self-employment earnings (loss) | |
| 2 Net rental real estate income (loss) −23,196. | | | |
| 3 Other net rental income (loss) | | 15 Credits | |
| 4a Guaranteed payments for services | | | |
| 4b Guaranteed payments for capital | | 16 Schedule K-3 is attached if checked ............. ▶ ☒ | |
| 4c Total guaranteed payments | | 17 Alternative minimum tax (AMT) items A | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | 18 Tax-exempt income and nondeductible expenses | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | 19 Distributions | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 20 Other information N* STMT | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | Z* STMT | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | | |
| 22 ☐ More than one activity for at-risk purposes* | | | |
| 23 ☐ More than one activity for passive activity purposes* | | | |
| *See attached statement for additional information. | | | |

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2021**

PARTNER 26

PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

For calendar year 2021, or tax year

beginning ___/___/ 2021    ending ___/___/___

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | Part I | Information About the Partnership |
|---|---|---|

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▇▇▇▇▇▇▇

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

EYAL FIRSTENBERG
▇▇▇▇▇▇▇
RAMAT HASHRON,    ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▇▇ % | ▇▇ % |
| Loss | ▇▇ % | ▇▇ % |
| Capital | ▇▇ % | ▇▇ % |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▇▇▇ | $ ▇▇▇ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ▶ ☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ........... $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......................... $ _____
Ending ............................ $ _____

| # | | |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -27,839. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | | |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked.............. ▶ ☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT   Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

*For IRS Use Only*

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 27    PTPA0312L  08/11/21

**651121**

| | |
|---|---|
| **Schedule K-1 (Form 1065)** Department of the Treasury Internal Revenue Service | **2021** For calendar year 2021, or tax year |

☐ Final K-1 ☐ Amended K-1    OMB No. 1545-0123

beginning / / 2021    ending / /

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LIOR COHEN

HARUTZIM, 60917 ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** If the partner is a disregarded entity (DE), enter the partner's:
  TIN     Name

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ████ % | ████ % |
| Loss | ████ % | ████ % |
| Capital | ████ % | ████ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ████ | $ ████ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L**       **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $
Capital contributed during the year . . . . $
Current year net income (loss) . . . . . . . . $
Other increase (decrease) (attach explanation) . . . $
Withdrawals and distributions . . . . . . . . . $( )
Ending capital account . . . . . . . . . . . . $

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . $
Ending . . . . . . . . . . . . . . . . . . . . . . $

*For IRS Use Only*

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) | **14** | Self-employment earnings (loss) |
| **2** | Net rental real estate income (loss) -23,196. | | |
| **3** | Other net rental income (loss) | **15** | Credits |
| **4a** | Guaranteed payments for services | | |
| **4b** | Guaranteed payments for capital | **16** | Schedule K-3 is attached if checked. . . . . . . . . . . . . . ► ☒ |
| **4c** | Total guaranteed payments | **17** | Alternative minimum tax (AMT) items |
| **5** | Interest income | | A |
| **6a** | Ordinary dividends | | |
| **6b** | Qualified dividends | **18** | Tax-exempt income and nondeductible expenses |
| **6c** | Dividend equivalents | | |
| **7** | Royalties | | |
| **8** | Net short-term capital gain (loss) | **19** | Distributions |
| **9a** | Net long-term capital gain (loss) | | |
| **9b** | Collectibles (28%) gain (loss) | | |
| **9c** | Unrecaptured section 1250 gain | **20** | Other information |
| | | N* | STMT |
| **10** | Net section 1231 gain (loss) | Z* | STMT |
| **11** | Other income (loss) | | |
| **12** | Section 179 deduction | **21** | Foreign taxes paid or accrued |
| **13** | Other deductions | | |
| **22** ☐ More than one activity for at-risk purposes* | | | |
| **23** ☐ More than one activity for passive activity purposes* | | | |
| *See attached statement for additional information. | | | |

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 28          PTPA0312L  08/11/21

# Schedule K-1
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

FOLKERUS SCHUIRINGA
KNOCK BELFAST, BT5 6GX UNITED KINGDOM

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ..... ► ☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ....... $ _____
Other increase (decrease) (attach explanation) .... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ........... $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........................ $ _____
Ending ........................ $ _____

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -23,196. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| Box | Description | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked............. ► ☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT  Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

# 2021

For calendar year 2021, or tax year

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

beginning ___/___/ 2021    ending ___/___/___

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

DANIEL JOSEPH BARFORD

LONDON,  NW5 1PU UNITED KINGDOM

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ██ % | ██ % |
| Loss | ██ % | ██ % |
| Capital | ██ % | ██ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . . $ | | $ |
| Qualified nonrecourse financing . . . . $ | ██ | $ ██ |
| Recourse . . . . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L**  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . $ _____

Capital contributed during the year . . . . . $ _____

Current year net income (loss) . . . . . . . $ _____

Other increase (decrease) (attach explanation). . . $ _____

Withdrawals and distributions . . . . . . . . $( _____ )

Ending capital account. . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . $ _____

| # | Income | Amount | # | Item | Detail |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) | |
| 2 | Net rental real estate income (loss) | -9,280. | | | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . . ► ☒ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | | | A | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | 20 | Other information | |
| | | | | N* | STMT |
| 10 | Net section 1231 gain (loss) | | | Z* | STMT |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 30

PTPA0312L  08/11/21

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

beginning ___ / ___ / 2021    ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

| Part I   Information About the Partnership |
|---|

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II   Information About the Partner |
|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
█████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

OPHIR ZILBIGER
██████████
MODIIN,    ISRAEL

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner    ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ████ % | ████ % |
| Loss | ████ % | ████ % |
| Capital | ████ % | ████ % |

Check if decrease is due to sale or exchange of partnership interest ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ████ | $ ████ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☒

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . $ _____
Withdrawals and distributions . . . . . . . . $ ( _____ )
Ending capital account . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . $ _____

*(vertical text: For IRS Use Only)*

| Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items | | |
|---|---|---|
| **1** Ordinary business income (loss) | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss)   -9,280. | | |
| **3** Other net rental income (loss) | **15** Credits | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | **16** Schedule K-3 is attached if checked . . . . . . . . . . . . . ► ☒ | |
| **4c** Total guaranteed payments | **17** Alternative minimum tax (AMT) items   A | |
| **5** Interest income | | |
| **6a** Ordinary dividends | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | **20** Other information   N*  STMT | |
| **10** Net section 1231 gain (loss) | Z*  STMT | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | |
| **22** ☐ More than one activity for at-risk purposes* | | |
| **23** ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | |

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PTPA0312L   08/11/21

651121

# Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

## 2021
For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

TOMER BEN ARI
▮▮▮▮▮▮▮
RAMAT GAN,  ISRAEL

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮▮▮ % | ▮▮▮ % |
| Loss | ▮▮▮ % | ▮▮▮ % |
| Capital | ▮▮▮ % | ▮▮▮ % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ ▮▮▮ | $ ▮▮▮ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☒

**L**  Partner's Capital Account Analysis

Beginning capital account . . . . . . . . . . $ _____
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . $ _____
Other increase (decrease) (attach explanation). . . $ _____
Withdrawals and distributions . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -13,916. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| Box | Description | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked. . . . . . . . . . . . ► ☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT  Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

# Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

## 2021

For calendar year 2021, or tax year

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

beginning ___ / ___ / 2021   ending ___ / ___ / ___

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| **2** Net rental real estate income (loss) −13,916. | | **15** Credits | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked............ ▶ ☒ | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | **17** Alternative minimum tax (AMT) items  A | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | | **18** Tax-exempt income and nondeductible expenses | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | **19** Distributions | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | **20** Other information  N* STMT | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss)  Z* STMT | | | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ▶ KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.) ▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SHLOMO WAKSMAN

RISHON LEZION,    ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | ▮▮▮ % | ▮▮▮ % |
| Loss | ▮▮▮ % | ▮▮▮ % |
| Capital | ▮▮▮ % | ▮▮▮ % |

Check if decrease is due to sale or exchange of partnership interest ..... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | | $ |
| Qualified nonrecourse financing ... $ | ▮▮▮ | $ ▮▮▮ |
| Recourse ...... $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ▶ ☒

**L**  Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ......... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account ........... $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . $ _____

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021   ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

☐ Final K-1   ☐ Amended K-1

OMB No. 1545-0123

## Part I   Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ABIDAN KOSAR BHATTI

BRIERFIELD NELSON, LANCASHIRE BB9 5AY UN

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner   ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ... ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ►☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships..... ►☒

**L** Partner's Capital Account Analysis

Beginning capital account ........... $ _____
Capital contributed during the year .... $ _____
Current year net income (loss) ...... $ _____
Other increase (decrease) (attach explanation).... $ _____
Withdrawals and distributions ......... $(_____)
Ending capital account ............ $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ...................... $ _____
Ending ........................ $ _____

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -4,637. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked............... ►☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N* STMT  Z* STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER  34   PTPA0312L   08/11/21

**651121**

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning ___ / ___ / 2021  ending ___ / ___ / ___

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
47-4138404

**B** Partnership's name, address, city, state, and ZIP code

TULSA INVESTORS 4 LLC
145 AYERS CT
TEANECK, NJ 07666

**C** IRS center where partnership filed return ►KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███████████

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

URI FRISCH
███████████
PETAH TIKVAH,  ISRAEL

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☐ Domestic partner  ☒ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ..... ►

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ..... ☒

**L** Partner's Capital Account Analysis

Beginning capital account .......... $ _____
Capital contributed during the year ..... $ _____
Current year net income (loss) ........ $ _____
Other increase (decrease) (attach explanation) .... $ _____
Withdrawals and distributions ......... $( _____ )
Ending capital account .......... $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......................... $ _____
Ending ............................ $ _____

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | -56,129. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| # | Description | Amount |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked............... ► ☒ | |
| 17 | Alternative minimum tax (AMT) items | A |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | N*  STMT |
| | | Z*  STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

PARTNER 35

PTPA0312L  08/11/21