## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OKLAHOMA

(1) **FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
        **Plaintiff,**

**v.**

(1) **CITYR GROUP AT VISTA SHADOW LLC, a Delaware limited liability company**

**and**

(2) **MICHAEL SABO, an individual,**

        **Defendants.**

**Case No. 4:22-cv-00494-GKF-SH**

### DECLARATION OF MICHAEL SABO

The undersigned, Michael Sabo, of legal age and a resident of Rockland County, New York, does hereby, under penalty of perjury, state as follows:

1.      At all times relevant to the statements contained in this Affidavit, the undersigned both was a member and manager of CityR Group at Vista Shadow LLC ("**CityR**"), the entity that owns and operates the Vista Shadow Mountain Apartments, located at 6000 S. Memorial Drive in Tulsa, Oklahoma ("**Subject Property**"). The undersigned has personal knowledge of the facts set forth herein.

2.      On or around on July 17, 2015, both Arbor Commercial Funding, LLC ("**Arbor**") and CityR executed a Multifamily Loan and Security Agreement ("**Loan Agreement**") and Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing ("**Mortgage**") pertaining to the Subject Property.

3.      Prior to the winter ice storm in February of 2021, and which caused the relevant damage to the Subject Property ("**Ice Storm**"), the Subject Property only had an entry gate.

1



However, after the Ice Storm, and because of the damage caused thereby, CityR contracted with Owasso Fence to install temporary fencing around the entire perimeter of the Subject Property. The temporary fencing is only one measure CityR took to ensure the Subject Property was, is, and continues to be both enclosed and protected. Owasso Fence Receipt, attached as Exhibit. 1.

4.      Another measure CityR took was to employ four full-time employees each of whom have job descriptions related solely to the maintenance and/or protection of the Subject Property. Specifically, these employees consist of the following:

   a.   Matan Poler: full-time employee—former military—who lives and works on the Subject Property and whose job it is to continuously survey and monitor the Subject Property for the purpose of ensuring that there are no trespassers, no hazards, and no issues left unaddressed that may compromise the integrity of the Subject Property;

   b.   Aaron Martinez-Hernandez & Troy Collins: both full-time maintenance employees, each of whom share the responsibility of roaming the Subject Property continuously to both make any and all necessary repairs, and ensuring that the units of the Subject Property are otherwise fully cared for. *E.g.*, taking steps to mitigate weather impact, keeping the grass cut, etc.;

   c.   Evelyn Estrada: full-time property manager who oversees the administrative duties of the Subject Property.  *See* Payroll Register, attached hereto as Exhibit 2; Vista Property Plan for December 2022 through January 2023 (most recent example of the day-to-day planning that goes into the management and security of the Subject Property) attached hereto as Exhibit 3;  Vista Property Plan for October through

November of 2022 (another past example of the day-to-day planning that goes into the management and security of the Subject Property) attached hereto as Exhibit 4.

5.       In addition to the full-time employees referenced *supra*, CityR has a contract with a security company, Empire Protection Services, LLC ("**Empire**"), in which Empire has agreed to provide the Subject Property with continuous protection and surveillance. Pursuant to its agreement with CityR, Empire circles the Subject Property multiple times throughout each evening with security vehicles and flashing lights to ward off any trespassers and others that might cause harm to the Subject Property. The security provided by Empire is in addition to that which the full-time employees already provide to the Subject Property as noted *supra*. *See, e.g.*, Invoices from Empire for its contracted services, attached hereto as Exhibits 5 & 6.

6.       CityR also invested $75,825.00 in additional security cameras throughout the Subject Property. In addition to this investment, CityR pays close to $2,500.00 per month for internet service so that the security cameras will provide the most optimal level of surveillance and ensure that both the Subject Property and its surrounding area is, at all times, continuously monitored until occupancy can be reinstated. *See* Various Cox Invoices, attached hereto as Exhibit 7.

7.       Although the City of Tulsa (the "**City**") revoked the Certificate of Occupancy for the Subject Property, the City made clear that CityR could rectify the revocation, detailing that a new Certificate of Occupancy could be issued, and thus occupancy of the Subject Property reinstated, after CityR took certain steps; one such step detailed by the City was to "submit an evaluation by an Oklahoma Licensed Building Professional . . . to the [City] that details the required repairs and other necessary improvements to bring the complex/buildings into compliance

3

with current codes." *See* Letter from Tulsa Development Services to Michael Sabo et al., dated July 14, 2021, attached hereto as Exhibit 8.

8.      Since receiving the City's letter, CityR has spent upwards of $400,000.00 obtaining such an evaluation and is working to actively resolve the remaining items set forth in the City's letter.

9.      Despite all of this, not only has CityR continued to maintain its insurance coverage per the terms of the Loan Agreement and Mortgage, it also obtained additional coverage after the termination of occupancy, which specifically covers vacant commercial property. *See* Renewal of Policy No. ESB-HS-CP-0000339-01 (noting business description as "Vacant Apartments"), attached hereto as Exhibit 9.

10.     CityR has maintained multiple insuring agreements (policies) that cover the Subject Property and the damage it incurred as a result of the Ice Storm. CityR, in conjunction with its separate insurance counsel, have been diligently pursuing policy benefits, and their efforts have been highly productive despite Fannie Mae's assertions to the contrary.

11.     For example, CityR has already been paid on one of its policies in full, and it used those proceeds to complete the initial remediation of the Subject Property, which included *e.g.*, remediating any water that had invaded the Subject Property as a result of the Ice Storm. These remediation efforts were necessary to ensure that no mold or other complications would occur and thus diminish the value or otherwise harm the Subject Property.  Thus, because the initial remediation of the Subject Property has been completed, the Subject Property is not in danger of deterioration or diminution in value irrespective of the fact that it is temporarily vacant.

12.     Recently, in response to CityR's claim on the Subject Property, the insurer for the second layer of insurance made an offer to pay on its policy in full, and CityR has now accepted

that offer. That agreement is now finalized and is awaiting disbursement of funds as of December 2, 2022.

13.     Even after the insurance payments referred to above, there remains an excess policy with a coverage limit of ninety million dollars ($90,000,000.00). Defendants and their insurance counsel have been in active and productive negotiations with this insurer long before Fannie Mae filed its Petition and requested a receiver, and on November 28-29, 2022, that same insurer and Defendants (along with each person's respective counsel) participated in a voluntary mediation.

14.     At this time, a potential settlement is being discussed and, if reached, will provide further material facts related to this case.

15.     At all times, CityR kept Fannie Mae updated throughout CityR's claim efforts with CityR's property insurers.

16.     CityR's obligation as a result of the Loan Agreement and Mortgage was not in arrears as of the date that Fannie Mae filed its lawsuit. Further, CityR's account had not been in arrears any of the preceding months so as to justify a claim that CityR had defaulted on a payment. *See* September Mortgage Statement dated September 6, 2022 (noting there is no "past due total"), attached hereto as Exhibit 10; August Mortgage Statement dated August 10, 2022 (noting there is no "past due total"), attached hereto as Exhibit 11.

17.     In addition, CityR entered into both a forbearance agreement and an extension of the forbearance agreement with Fannie Mae. *See* Letter dated April 23, 2021, from Arbor to Michael Sabo and CityR (referencing both "a Forbearance and Non-Waiver Agreement ('Forbearance') was entered into on November 25, 2020" as well as "an Extension of Forbearance and Non-Waiver ('Extension')" entered into sometime on or after January 14, 2021), attached

hereto as Exhibit 12. My understanding and belief is that the forbearance and extension modified or *at least* supplemented the Loan Agreement and Mortgage.

18.     Although copies of the forbearance and extension have been requested on CityR's behalf, neither Arbor nor Fannie Mae would provide them to me or to anyone else affiliated with CityR to my knowledge.

19.     As I understood CityR's obligations under the Forbearance Agreements, CityR was to continue making Forbearance payments—which it has been doing—each month until March 2023, and it was to make those payments along with its regularly scheduled payments owed under the Loan Agreement. *See, e.g.*, Email String Ending on October 13, 2022, attached hereto as Exhibit 13.

20.     CityR's payments—until Fannie Mae filed its lawsuit—had been automatically withdrawn by Arbor from CityR's account. *Id.*

21.     After Fannie Mae filed its lawsuit, neither Arbor nor Fannie Mae would send CityR any information, which included the mortgage statements for October 2022, November 2022, or December 2022.  *See* Email Communication from October 18, 2022, attached as Exhibit 14.

22.     Despite this, CityR has continued to comply with the Loan Agreement as well as its payment obligations—as communicated to, and understood by, CityR—under the Forbearance Agreements by directly wiring those payments to Arbor, and to my knowledge, those payments have been accepted. *See* Wire Confirmation from November Payment, Exhibit 15; Wire Confirmation from October Payment, Exhibit 16.

23.     Finally, the undersigned has read the pertinent facts set forth in CityR's Response to the Receiver Motion and affirmatively states that such factual allegations are true and correct to the best of my belief and knowledge.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2022

Michael Sabo



PAGE 1 OF 1

Owasso Fence Co.    6817 N 115TH E AVE
Owasso, OK 74055    918-272-5555
WWW.OWASSOFENCE.COM

INVOICE # 2200947

BILL TO:

SOURCE MANAGEMENT SERVICES
PO BOX 547
JONES, OK 73049

SHIP TO:

04/19/2022

VISTA SHADOW MOUNTAIN APTS
6000 S MEMORIAL DRIVE
TULSA, OK  74145

REMIT ADDRESS: P.O. BOX 1585, OWASSO, OK  74055

| QTY. | SOURCE # | ITEM | AMOUNT |
|------|----------|------|--------|
| 340 | NONE | 340' OF 6' TALL TEMPORARY POST DRIVEN CHAIN LINK FENCE    @ 5.00  = | 1700.00 |
| 1752 | NONE | 1752' OF  6' X 12' TEMPORARY CHAIN LINK PANELS (146 PANELS) @ 3.50  = | 6132.00 |
| 148 | NONE | STANDS @ 0.00  = | 0.00 |
| 148 | NONE | SAND BAGS @ 4.60  = | 680.80 |

SUB TOTAL:                                     $ 8512.80

8.517% SALES TAX:                                 725.04

TOTAL AMOUNT DUE:                              $ 9237.84

**EXHIBIT**

**1**

20% RESTOCKING FEE WILL APPLY ON ALL AUTHORIZED RETURNS. NO RETURNS ON SPECIAL ORDERS, AND NON-STOCK MATERIALS. ***OWASSO FENCE ASSUMES NO RESPONSIBILITY FOR THE ACCURACY OF MATERIALS OR QUANTITIES OBTAINED VOCALLY, FROM A DRAWING OR SET OF PLANS, DUE TO VARIATIONS IN PHYSICAL SITE CONDIIONS.***

**PAYROLL REGISTER**

| | | |
|---|---|---|
| **Client ID:** 6678 - Citvr Group at Vista Shadow LLC | 6678 - Cityr Group at Vista Shadow LLC | **Period Begin Date:** 10/16/2022 |
| **Pay Group:** Semi-Monthly | | **Period End Date:** 10/31/2022 |
| **Check Date:** 11/4/2022 | | **Pay Period:** 20 |
| **Run Date:** 11/3/2022    Run Number: 20 | | **Payroll Type:** Regular Payroll |

---

**Collins, Troy**  6103 E 20th St, Tulsa, OK 74112
**Emp #:** 4
Hourly Rate: 21.0000   Status: Active   Hire Date: 1/1/2022   Birth Date: 11/25/XXXX
Federal: Single or Married Filing Separately   State OK: Married   Exempts: 3   Addl Tax:
Addl Tax:   Res State: OK   Work State: OK

REGULAR CHECK   Gross Wage: 1,848.00   Paid Gross: 1,848.00   **Net Pay: 1,664.63**   Direct Deposit: Checking ####0898   1,664.63   **Check Amount: 0.00**   Voucher #: V725810

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 21.0000 | 88.00 | 1,848.00 | 1,728.00 | 36,288.00 | | | | SOC SEC EE | 1,848.00 | 114.57 | 36,571.50 | 2,267.43 |
| Overtime (1.5) | | 0.00 | 0.00 | 9.00 | 283.50 | | | | MED EE | 1,848.00 | 26.80 | 36,571.50 | 530.29 |
| Reimbursement ** | | 0.00 | 0.00 | 0.00 | 359.38 | | | | FEDERAL WH | 1,848.00 | 0.00 | 36,571.50 | 5.82 |
| | | | | | | | | | OKLAHOMA WH | 1,848.00 | 42.00 | 36,571.50 | 821.00 |
| **Totals:** | | 88.00 | 1,848.00 | 1,737.00 | 36,930.88 | **Totals:** | 0.00 | 0.00 | **Totals:** | | 183.37 | | 3,624.54 |

---

**Estrada, Evelyn M**  6960 E 76 St, Tulsa, OK 74133
**Emp #:** 1
Per Pay Salary: 2833.33   Status:   Hire Date: 1/1/2022   Birth Date: 8/12/XXXX
Federal: Head of Household   State OK: Single   Exempts: 2   Addl Tax:
Addl Tax:   Res State: OK   Work State: OK

REGULAR CHECK   Gross Wage: 2,833.33   Paid Gross: 2,833.33   **Net Pay: 2,442.45**   Direct Deposit: Checking ####6004   2,442.45   **Check Amount: 0.00**   Voucher #: V725811

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | 86.67 | 2,833.33 | 1,733.40 | 56,666.60 | | | | SOC SEC EE | 2,833.33 | 175.67 | 56,666.60 | 3,513.33 |
| Reimbursement ** | | 0.00 | 0.00 | 0.00 | 613.16 | | | | MED EE | 2,833.33 | 41.09 | 56,666.60 | 821.67 |
| | | | | | | | | | FEDERAL WH | 2,833.33 | 64.12 | 56,666.60 | 1,282.40 |
| | | | | | | | | | OKLAHOMA WH | 2,833.33 | 110.00 | 56,666.60 | 2,200.00 |
| **Totals:** | | 86.67 | 2,833.33 | 1,733.40 | 57,279.76 | **Totals:** | 0.00 | 0.00 | **Totals:** | | 390.88 | | 7,817.40 |

---

**Martinez-Hernandez, Aaron Y**  9263 E 58th St, Tulsa, OK 74145
**Emp #:** 3
Hourly Rate: 19.0000   Status: Active   Hire Date: 1/1/2022   Birth Date: 5/24/XXXX
Federal: Married Filing Jointly or Qualifying Widow(er)   State OK: Married   Exempts:   Addl Tax:
Addl Tax:   Res State: OK   Work State: OK

REGULAR CHECK   Gross Wage: 1,672.00   Paid Gross: 1,672.00   **Net Pay: 1,445.82**   Direct Deposit: Checking ####9017   1,445.82   **Check Amount: 0.00**   Voucher #: V725812

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 19.0000 | 88.00 | 1,672.00 | 1,729.00 | 32,851.00 | | | | SOC SEC EE | 1,672.00 | 103.66 | 33,221.50 | 2,059.73 |
| Overtime (1.5) | | 0.00 | 0.00 | 13.00 | 370.50 | | | | MED EE | 1,672.00 | 24.24 | 33,221.50 | 481.71 |
| | | | | | | | | | FEDERAL WH | 1,672.00 | 59.28 | 33,221.50 | 1,163.75 |
| | | | | | | | | | OKLAHOMA WH | 1,672.00 | 39.00 | 33,221.50 | 775.00 |
| **Totals:** | | 88.00 | 1,672.00 | 1,742.00 | 33,221.50 | **Totals:** | 0.00 | 0.00 | **Totals:** | | 226.18 | | 4,480.19 |

---

**Poler, Matan**  7947 East 60th St, TULSA, OK 74145
**Emp #:** 2
Per Pay Salary: 2500.00   Status: Active   Hire Date: 1/1/2022   Birth Date: 6/10/XXXX
Federal: Single or Married Filing Separately   State OK: Single   Exempts: 1   Addl Tax:
Addl Tax:   Res State: OK   Work State: OK

REGULAR CHECK   Gross Wage: 2,500.00   Paid Gross: 2,500.00   **Net Pay: 1,964.08**   Direct Deposit: Checking ####6480   1,964.08   **Check Amount: 0.00**   Voucher #: V725813

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | 86.67 | 2,500.00 | 1,733.40 | 50,000.00 | | | | SOC SEC EE | 2,500.00 | 155.00 | 50,000.00 | 3,100.00 |
| Reimbursement ** | | 0.00 | 0.00 | 0.00 | 15,624.31 | | | | MED EE | 2,500.00 | 36.25 | 50,000.00 | 725.00 |
| | | | | | | | | | FEDERAL WH | 2,500.00 | 248.67 | 50,000.00 | 4,973.40 |
| | | | | | | | | | OKLAHOMA WH | 2,500.00 | 96.00 | 50,000.00 | 1,920.00 |
| **Totals:** | | 86.67 | 2,500.00 | 1,733.40 | 65,624.31 | **Totals:** | 0.00 | 0.00 | **Totals:** | | 535.92 | | 10,718.40 |

---

*Memo Calculation (not included in totals) **Reimbursement (included in totals) #Non-Paid Earning (not included in totals) ^Hrs/Units=Units (Units not included in Totals)

**EXHIBIT 2**

| | | PAYROLL REGISTER | | |
|---|---|---|---|---|
| **Client ID:** 6678 - Cityr Group at Vista Shadow LLC | | | | **Period Begin Date:** 10/16/2022 |
| **Pay Group:** Semi-Monthly | | 6678 - Cityr Group at Vista Shadow LLC | | **Period End Date:** 10/31/2022 |
| **Check Date:** 11/4/2022 | | | | **Pay Period:** 20 |
| **Run Date:** 11/3/2022 | Run Number: 20 | | | **Payroll Type:** Regular Payroll |

## Company Total

| | | | | | |
|---|---|---|---|---|---|
| **Employees Paid:** 4 | **Voids/Manuals Included:** None | **Total Net Pay:** 7,516.98 | **Total Check Amount:** 0.00 | **Active:** 4 |
| **Live Checks:** 0 | **Check Numbers:** None | **Live Check Net Pay:** 7,516.98 | **Live Check Amount:** 0.00 | **Inactive:** 0 |
| **Vouchers:** 4 | **Direct Deposit Vouchers:** V725810 - V725813 | **Direct Deposits:** 4 | **Total Direct Deposit:** 7,516.98 | **Terminated:** 0 |

| Earnings | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Deductions | Current | YTD | Taxes | Wage | Tax | YTD Wage | YTD Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | 349.34 | 8,853.33 | 6,923.80 | 175,805.60 | | | | SOC SEC EE | 8,853.33 | 548.90 | 176,459.60 | 10,940.49 |
| Overtime (1.5) | | 0.00 | 0.00 | 22.00 | 654.00 | | | | MED EE | 8,853.33 | 128.38 | 176,459.60 | 2,558.67 |
| Reimbursement ** | | 0.00 | 0.00 | 0.00 | 16,596.85 | | | | FEDERAL WH | 8,853.33 | 372.07 | 176,459.60 | 7,425.37 |
| | | | | | | | | | OKLAHOMA WH | 8,853.33 | 287.00 | 176,459.60 | 5,716.00 |
| **Totals:** | | 349.34 | 8,853.33 | 6,945.80 | 193,056.45 | **Totals:** | 0.00 | 0.00 | **Totals:** | | 1,336.35 | | 26,640.53 |

*Memo Calculation (not included in totals)  **Reimbursement (included in totals)  #Non-Paid Earning (not included in totals)  ^Hrs/Units=Units (Units not included in Totals)



## Vista Property plan Dec - Jan 2022-23

| | 28 Monday | 29 Tuesday | 30 Wednesday | 01 Thursday | 02 Friday | 03 Saturday | 04 Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | | |
| **Readily available on emergency** | - Matan **on site** (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan **on site** (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan **on site** (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan **on site** (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan **on site** (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan **on site** (718-925-1223) - Empire security (918-855-3891) - 911 | - Matan **on site** (718-925-1223) - Empire security (918-855-3891) - 911 | December 22 |
| **Troy & Ahron Missions** | | | | | | - Ahron or Troy 1 hour visit &Walkaround (02:00 pm) | - Ahron or Troy 1 hour visit &Walkaround (11:00 am) | |
| **Who coming today ?** Inspections / visiters / guests | | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call" | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | **- Matan Sec.** ✿ - Troy - EPS security on call | **- Matan Sec.** ✿ - Troy - EPS security on call | |
| | 05 Monday | 06 Tuesday | 07 Wednesday | 08 Thursday | 09 Friday | 10 Saturday | 11 Sunday | |
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | | |
| **Readily available on emergency** | - Matan on site (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan on site (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan on site (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan on site (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan on site (718-925-1223) - Empire security (918-855-3891) - 911 - Troy & Ahron | - Matan on site (718-925-1223) - Empire security (918-855-3891) - 911 | - Matan on site (718-925-1223) - Empire security (918-855-3891) - 911 | December 22 |
| **Troy & Ahron Missions** | - Cut the grass - Maintance - Walkaround / Watch cameras | - Cut the grass - Maintance - Walkaround / Watch cameras | - Cut the grass - Maintance - Walkaround / Watch cameras | - Cut the grass - Maintance - Walkaround / Watch cameras | - Cut the grass - Maintance - Walkaround / Watch cameras | - Ahron or Troy 1 hour visit &Walkaround (02:00 pm) | - Ahron or Troy 1 hour visit &Walkaround (11:00 am) | |
| **Who coming today ?** Inspections / visiters / guests | | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | - Matan Sec. ✿ - Troy & Ahron - Evelyn in the office - EPS security on call | **- Matan Sec.** ✿ - Troy - EPS security on call | **- Matan Sec.** ✿ - Troy - EPS security on call | |

EXHIBIT

3

## Vista Property plan Dec - Jan 2022-23

| | 12  Monday | 13  Tuesday | 14  Wednesday | 15  Thursday | 16  Friday | 17  Saturday | 18  Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | December 22 |
| **Troy & Ahron Missions** | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(02:00 pm) | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(11:00 am) | |
| **Who coming today ?**<br><br>**Inspections / visiters / guests** | | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy<br>- EPS security on call | - Matan Sec. ✿<br>- Troy<br>- EPS security on call | |

| | 19  Monday | 20  Tuesday | 21  Wednesday | 22  Thursday | 23  Friday | 24  Saturday | 25  Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | December 22 |
| **Troy & Ahron Missions** | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Cut the grass<br>- Maintance<br>- Walkaround / Watch cameras | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(02:00 pm) | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(11:00 am) | |
| **Who coming today ?**<br><br>**Inspections / visiters / guests** | | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy<br>- EPS security on call | - Matan Sec. ✿<br>- Troy<br>- EPS security on call | |

## Vista Property plan Dec - Jan 2022-23

| | 26 Monday | 27 Tuesday | 28 Wednesday | 29 Thursday | 30 Friday | 31 Saturday | 01 Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 |
| **Troy & Ahron Missions** | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Ahron or Troy 1 hour visit &Walkaround (02:00 pm) | - Ahron or Troy 1 hour visit &Walkaround (11:00 am) |
| **Who coming today ? Inspections / visiters / guests** | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | **- Matan Sec. ✿**<br>- Troy<br>- EPS security on call | **- Matan Sec. ✿**<br>- Troy<br>- EPS security on call |

*December 22*

| | 02 Monday | 03 Tuesday | 04 Wednesday | 05 Thursday | 06 Friday | 07 Saturday | 08 Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 |
| **Troy & Ahron Missions** | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Ahron or Troy 1 hour visit &Walkaround (02:00 pm) | - Ahron or Troy 1 hour visit &Walkaround (11:00 am) |
| **Who coming today ? Inspections / visiters / guests** | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | **- Matan Sec. ✿**<br>- Troy<br>- EPS security on call | **- Matan Sec. ✿**<br>- Troy<br>- EPS security on call |

*January 23*

## Vista Property plan Dec - Jan 2022-23

| | 09  Monday | 10  Tuesday | 11  Wednesday | 12  Thursday | 13  Friday | 14  Saturday | 15  Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | |
| **Troy & Ahron Missions** | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(02:00 pm) | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(11:00 am) | January 23 |
| **Who coming today ?**<br><br>**Inspections / visiters / guests** | | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - **Matan Sec.✿**<br>- Troy<br>- EPS security on call | - **Matan Sec.✿**<br>- Troy<br>- EPS security on call | |
| | **16  Monday** | **17  Tuesday** | **18  Wednesday** | **19  Thursday** | **20  Friday** | **21  Saturday** | **22  Sunday** | |
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | | | | "Check the apartments" of before weekend | WeekEnd | | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | |
| **Troy & Ahron Missions** | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(02:00 pm) | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(11:00 am) | January 23 |
| **Who coming today ?**<br><br>**Inspections / visiters / guests** | | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - **Matan Sec.✿**<br>- Troy<br>- EPS security on call | - **Matan Sec.✿**<br>- Troy<br>- EPS security on call | |

## Vista Property plan Dec - Jan 2022-23

|  | 23 Monday | 24 Tuesday | 25 Wednesday | 26 Thursday | 27 Friday | 28 Saturday | 29 Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | | | | **"Check the apartments"** of before weekend | WeekEnd | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 |
| **Troy & Ahron Missions** | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(02:00 pm) | - Ahron or Troy 1 hour visit<br>&Walkaround<br>(11:00 am) |
| **Who coming today ?**<br><br>**Inspections / visiters / guests** | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | **- Matan Sec. ✿**<br>- Troy<br>- EPS security on call | **- Matan Sec. ✿**<br>- Troy<br>- EPS security on call |

*January 23*

|  | 30 Monday | 31 Tuesday | 01 Wednesday | 02 Thursday | 03 Friday | 04 Saturday | 05 Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | | | | **"Check the apartments"** of before weekend | WeekEnd | |
| **Readily available on emergency** | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911<br>- Troy & Ahron | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 | - Matan on site (718-925-1223)<br>- Empire security (918-855-3891)<br>- 911 |
| **Troy & Ahron Missions** | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | - Maintance<br>- Walkaround / Watch cameras | | | | |
| **Who coming today ?**<br><br>**Inspections / visiters / guests** | | | | | | | |
| **Who's in the complex?** | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | - Matan Sec. ✿<br>- Troy & Ahron<br>- Evelyn in the office<br>- EPS security on call | | | | |

*February 23*

## Vista Property plan Oct - Nov 2022

| | 26  Monday | 27  Tuesday | 28  Wednesday | 29  Thursday | 30  Friday | 01  Saturday | 02  Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | | | | **"Check the apartments"** of before weekend | **WeekEnd** | | October 22 |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy | |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan | |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? | |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call | |

| | 03  Monday | 04  Tuesday | 05  Wednesday | 06  Thursday | 07  Friday | 08  Saturday | 09  Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | **"Check the apartments"** of before weekend | **WeekEnd** | | October 22 |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy | |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan | |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? | |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call | |

EXHIBIT
4

## Vista Property plan Oct - Nov 2022

| | 10 Monday | 11 Tuesday | 12 Wednesday | 13 Thursday | 14 Friday | 15 Saturday | 16 Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | "Check the apartments" of before weekend | WeekEnd | |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call |

*October 22*

| | 17 Monday | 18 Tuesday | 19 Wednesday | 20 Thursday | 21 Friday | 22 Saturday | 23 Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | "Check the apartments" of after weekend | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | "Check the apartments" of before weekend | WeekEnd | |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call |

*October 22*

## Vista Property plan Oct - Nov 2022

|  | 24 Monday | 25 Tuesday | 26 Wednesday | 27 Thursday | 28 Friday | 29 Saturday | 30 Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | **DO NOT FORGET** Matan available 24/7 | **DO NOT FORGET** Matan available 24/7 | **DO NOT FORGET** Matan available 24/7 | **"Check the apartments"** of before weekend | **WeekEnd** | | October 22 |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy | |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan | |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? | |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call | |
|  | 31 Monday | 01 Tuesday | 02 Wednesday | 03 Thursday | 04 Friday | 05 Saturday | 06 Sunday | |
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | **DO NOT FORGET** Matan available 24/7 | **DO NOT FORGET** Matan available 24/7 | **DO NOT FORGET** Matan available 24/7 | **"Check the apartments"** of before weekend | **WeekEnd** | | November 22 |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy | |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan | |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? | |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call | |

## Vista Property plan Oct - Nov 2022

| | 07  Monday | 08  Tuesday | 09  Wednesday | 10  Thursday | 11  Friday | 12  Saturday | 13  Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | **"Check the apartments"** of before weekend | **WeekEnd** | |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call |

*November 22*

| | 14  Monday | 15  Tuesday | 16  Wednesday | 17  Thursday | 18  Friday | 19  Saturday | 20  Sunday |
|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | DO NOT FORGET Matan available 24/7 | **"Check the apartments"** of before weekend | **WeekEnd** | |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call |

*November 22*

## Vista Property plan Oct - Nov 2022

| | 21  Monday | 22  Tuesday | 23  Wednesday | 24  Thursday | 25  Friday | 26  Saturday | 27  Sunday | |
|---|---|---|---|---|---|---|---|---|
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | **DO NOT FORGET** Matan available 24/7 | **DO NOT FORGET** Matan available 24/7 | **DO NOT FORGET** Matan available 24/7 | **"Check the apartments"** of before weekend | **WeekEnd** | | November 22 |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy | |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan | |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? | |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call | |
| | **28  Monday** | **29  Tuesday** | **30  Wednesday** | **01  Thursday** | **02  Friday** | **03  Saturday** | **04  Sunday** | |
| **Ongoing activity (Main)** | **"Check the apartments"** of after weekend | **DO NOT FORGET** Matan available 24/7 | **DO NOT FORGET** Matan available 24/7 | | **"Check the apartments"** of before weekend | **WeekEnd** | | December 22 |
| **Readily available on emergency** | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - Troy & Ahron - 911 | - Empire security (918-855-3891) - 911 - Troy | - Empire security (918-855-3891) - 911 - Troy | |
| **Troy & Ahron Missions** | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Cut the grass - Walkaround | - Ahron or Troy 1 hour visit (02:00 pm) + Phone call to Matan | - Ahron or Troy 1 hour visit (11:00 am) + Phone call to Matan | |
| **Who'll be there?** | | | | | | Troy / Ahron ? | Troy / Ahron ? | |
| **Who's in the complex?** | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy & Ahron - Evelyn in the office | - Troy - EPS security on call | - Troy - EPS security on call | |

**Empire Protection Services LLC**

14083 SH 51 PMB 134
CowetaCoweta, OK  74429 US
empirepsok@gmail.com

## INVOICE

| BILL TO | | INVOICE | 2189 |
| Vista | | DATE | 05/23/2022 |
| 6000 S Memorial | | TERMS | Net 30 |
| Tulsa, OK  74136 | | DUE DATE | 06/22/2022 |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
|      | Services | Patrol | 1 | 500.00 | 500.00 |

BALANCE DUE **$500.00**

EXHIBIT
5

**Empire Protection Services LLC**

14083 S State Highway 51 PMB 134
Coweta, OK US
empirepsok@gmail.com

## INVOICE

| BILL TO | | INVOICE | 2535 |
|---|---|---|---|
| Vista | | DATE | 10/23/2022 |
| 6000 S Memorial | | TERMS | Net 30 |
| Tulsa, OK  74136 | | DUE DATE | 11/22/2022 |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Services | Patrol | 1 | 500.00 | 500.00 |

BALANCE DUE **$500.00**

EXHIBIT
6

# COX
## BUSINESS®

(NOT FOR PAYMENTS)
DEPARTMENT # 102456
PO BOX 1259
OAKS, PA 19456
6400 0220  NO RP 11 10122022 YYNNNNNY 01 000533  0002

Vista Shadow Mountain
7933 E 59th St
6000 S MEMORIAL DR
TULSA OK 74145-9005

October 12, 2022                                    Page **1** of 4

**CONTACT US:**

💬  www.coxbusiness.com/chat

🏷️  coxbusiness.com

📱  918-806-6079

| | |
|---|---|
| Account Number | **001 6311 060621202** |
| COX PIN | 4966 |
| SERVICE ADDRESS | 6000 S MEMORIAL DR |
| | TULSA, OK 74145-9005 |



## ACCOUNT SUMMARY as of Oct 12, 2022

| | |
|---|---|
| Previous Balance | $238.66 |
| Payment Received - Oct 3 | -$238.66 |
| **Remaining Previous Balance** | **$0.00** |
| **New Charges: Oct 11, 2022 - Nov 10, 2022** | |
| Internet | $178.99 |
| Telephone | $40.00 |
| Taxes, Fees and Surcharges | $19.32 |
| New Charges | $238.31 |
| **Total Due By Oct 31, 2022** | **$238.31** |



**Make Your Life Easier and GO GREEN!**
With **EasyPay**, pay your monthly Cox bill automatically from your bank or credit card account. Add **Paperless Billing** and you get rid of paper bills and can access your account *online* any time, all while saving trees! Sign up today at www.coxbusiness.com/myaccount!

**October 12, 2022 bill for Vista Shadow Mountain**

| | |
|---|---|
| Account Number | **001 6311 060621202** |
| Service at | 6000 S MEMORIAL DR |
| | TULSA, OK 74145-9005 |

**Total Due By Oct 31, 2022**                      $238.31

COX BUSINESS
PO BOX 650991
Dallas, TX 75265-0991

---

## EXHIBIT
## 7

6400 0220 NO BP 51 10122202 V V NNNNNN 01 000583 0002

October 12, 2022 **Bill for Vista Shadow Mountain**
Account number   001 6311 060621202
Page **2** of 4

## MONTHLY SERVICES   Oct 11 - Nov 10

### INTERNET

| | |
|---|---:|
| CBI Gateway | $9.99 |
| Cox WiFi 10 Free Access Accounts | 0.00 |
| Dynamic IP Address | 0.00 |
| CBI 100 Mbps x 20 Mbps | 169.00 |
| Cox Security Suite 25 PC | 0.00 |
| **Total Internet** | **$178.99** |

### TELEPHONE

918-663-4966

| | |
|---|---:|
| VoiceManager Flat Rated Local Line | $0.00 |
| VoiceManager Unlimited Package | 40.00 |
| Cox Business Unlimited | 0.00 |
| VoiceManager Unified Messaging | 0.00 |
| Readable Voicemail | 0.00 |
| Individual Voice Mailbox | 0.00 |
| **Total Telephone** | **$40.00** |

| | |
|---|---:|
| **TOTAL MONTHLY SERVICES** | **$218.99** |

## TAXES, FEES AND SURCHARGES

**Internet Taxes and Fees**

| | |
|---|---:|
| County Sales Tax | $0.04 |
| City Sales Tax | 0.36 |
| State Sales Tax | 0.45 |
| **Total Internet Taxes and Fees** | **$0.85** |

**Telephone Taxes, Fees and Surcharges**
*Taxes*

| | |
|---|---:|
| 911 | $0.75 |
| County Sales Tax | 0.18 |
| Federal Excise Tax | 1.49 |
| Local Sales Tax | 1.77 |
| State Sales Tax | 2.18 |

**Taxes, Fees and Surcharges** cont.

| | |
|---|---:|
| *Total Taxes* | **$6.37** |
| *Fees and Surcharges* | |
| Network Interface Fee - Single Line | $7.50 |
| Access Recovery Fee-Single Line | 1.00 |
| State Universal Service Fund | 1.14 |
| Federal Universal Service Fund | 2.46 |
| *Total Fees and Surcharges* | **$12.10** |
| **Total Telephone Taxes, Fees and Surcharges** | **$18.47** |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$19.32** |
| **TOTAL NEW CHARGES** | **$238.31** |



### NEWS FROM COX

Keep it simple with paperless billing and EasyPay. With paperless billing, you'll receive an email notification each month when your bill is available to view online. EasyPay allows you to automatically pay your bill each month using a bank account, credit card or debit card. Sign up for both in MyAccount.

Did you know that Cox Business offers detection and surveillance for small business customers? Protect what you're working for with Cox Business Security Solutions. Visit coxbusiness.com/security to learn more.

### CUSTOMER INFORMATION

**Billing, Payment Policies and Fees:**
Cox Business bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On Demand/pay-per-view and long distance. Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees, such as late payment charges, electronic reactivation fees, or returned payment fees. Payment of your Cox bill confirms your subscription to services and the possession of Cox owned equipment listed on your bill.

When you provide a paper, electronic check or electronic fund transfer (EFT) as payment, you authorize Cox to process your payment as a traditional check transaction or to make a one-time EFT from your account. An EFT may debit your account as soon as the same day you

**Payment Options**
**Online:** Visit www.coxbusiness.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**Phone:** You may contact us at the telephone number listed on the front of this bill anytime and follow the phone prompts to make a payment using your bank account or credit card.
**In Person:** Visit www.coxbusiness.com for a list of Cox Authorized Payment Centers.



**Customer Information** cont.

make your payment. Payments returned unpaid for any reason will incur a returned payment fee of up to $25.00, or the maximum allowed by state law. By using a credit card, debit card, paper check or an electronic check to make a payment, you agree that, if your payment is returned unpaid, you expressly authorize a one-time electronic fund transfer from your account for the amount of the payment plus any returned payment fees. If payment is not received by the "Due By" date indicated on your statement, a late payment charge may be assessed on your account.

**Basic Local Telephone Service:** You must pay all regulated telephone charges to avoid disconnection of basic local telephone service. If you pay less than your full monthly bill and want the partial payment applied to telephone charges first, call Cox Customer Care; otherwise, your partial payment will first be applied to any past due balance, including non-regulated charges, putting you at risk of disconnection of telephone service.

**911 Services:** If your modem is disconnected or moved, or its battery is not charged or otherwise fails, phone service, including access to 911 services will *not* be available. Please review the following website for additional important information about Cox's 911 practices: https://www.cox.com/business/phone/e911-regulatory.html.

**Pay Per Call Charges:** If you dispute any 900 or 700 information service charges, you may be entitled to a credit. You must request this credit by calling or writing Cox Communications within 30 days of receipt of this bill. Pending review, you may withhold payment of the disputed amount and collection of those charges will be suspended. You have the right to not be billed for Interstate 900 calls that violate federal law. You may request blocking of 900 services. You may be blocked from calling a 900 number for failure to pay legitimate 900 call charges and the information service provider may seek collection of those charges.

**Billing Dispute and Resolution**

If you have any questions regarding your bill or disagree with any portion of your bill, immediately contact Cox with your concerns. You must contact us no later than 30 days from the bill's due date via the contact information listed on the front of this bill so that Cox can review your account.

If you disagree with the investigation's outcome on telephone service, you may file a complaint with the Oklahoma Corporation Commission at 800-522-8154 or locally at 405-521-2331 or at: 2101 N. Lincoln Blvd, Oklahoma City, OK 73105.





## 66% of small businesses experience a cyber attack

Don't let your business be a statistic. Beat the odds with Cox Business Essential Security, the all-in-one solution that protects you from a wide range of cyber threats in real-time.



 Stop threats before they reach your network

 Protect your devices and mobile workforce

 Avoid data loss with cloud backup and recovery

### Starting at $35/mo

for up to 5 devices




COX BUSINESS®

Call **(800) 530-5216** or visit **coxbusiness.com/essentialsecurity**

Not all services available everywhere. Learn more at coxbusiness.com/essentialsecurity. © 2022 Cox Communications, Inc. All rights reserved.

SA6MF005

# COX
## BUSINESS®

(NOT FOR PAYMENTS)
DEPARTMENT # 102456
PO BOX 1259
OAKS, PA 19456
6400 0220  NO RP 03 10032022 YYNNNNNY 01 002716  0009

Vista Shadow Mountain
7947 E 60TH ST
TULSA OK 74145-9543

October 03, 2022                                       Page **1** of 6

**CONTACT US:**

💬  www.coxbusiness.com/chat

🏷️  coxbusiness.com

📱  918-806-6079

| | |
|---|---|
| Account Number | **001 6311 067731103** |
| COX PIN | 4966 |
| SERVICE ADDRESS | 7947 E 60TH ST |
| | TULSA, OK 74145-9543 |



## ACCOUNT SUMMARY as of Oct 3, 2022

| | |
|---|---|
| Previous Balance | $557.18 |
| Payment Received - Sep 13 | -$557.18 |
| **Remaining Previous Balance** | **$0.00** |
| **New Charges: Oct 3, 2022 - Nov 2, 2022** | |
| Internet | $385.88 |
| Telephone | $106.68 |
| Taxes, Fees and Surcharges | $63.34 |
| New Charges | $555.90 |
| **Total Due By Oct 23, 2022** | **$555.90** |

# COX
## BUSINESS®

**Make Your Life Easier and GO GREEN!**
With **EasyPay**, pay your monthly Cox bill automatically from your bank or credit card account. Add **Paperless Billing** and you get rid of paper bills and can access your account *online* any time, all while saving trees! Sign up today at www.coxbusiness.com/myaccount!

**October 03, 2022 bill for Vista Shadow Mountain**

| | |
|---|---|
| Account Number | 001 6311 067731103 |
| Service at | 7947 E 60TH ST |
| | TULSA, OK 74145-9543 |

**Total Due By Oct 23, 2022**                    **$555.90**

COX BUSINESS
PO BOX 650991
Dallas, TX 75265-0991

0631100118606773110324005590

October 03, 2022 **Bill for Vista Shadow Mountain**
Account number **001 6311 067731103**
Page **2** of 6

Acct # 067731103     Vista Shadow Mountain
7947 E 60TH ST
TULSA, OK 74145-9543

## MONTHLY SERVICES    Oct 3 - Nov 2

### INTERNET

| | |
|---|---|
| CBI Gateway | $9.99 |
| Cox WiFi 10 Free Access Accounts | 0.00 |
| Dynamic IP Address | 0.00 |
| CBI 100 Mbps x 20 Mbps | 169.00 |
| Cox Security Suite 25 PC | 0.00 |
| **Total Internet** | **$178.99** |
| **TOTAL MONTHLY SERVICES** | **$178.99** |

## TAXES, FEES AND SURCHARGES

### Internet Taxes and Fees

| | |
|---|---|
| County Sales Tax | $0.04 |
| City Sales Tax | 0.36 |
| State Sales Tax | 0.45 |
| **Total Internet Taxes and Fees** | **$0.85** |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$0.85** |
| **TOTAL FOR SERVICE ACCOUNT** | **$179.84** |

Acct # 066920201     VISTA APTS BLDG 53
APT 53
7970 E 59TH ST
TULSA, OK 74145-9418

## MONTHLY SERVICES    Oct 3 - Nov 2

### TELEPHONE

918-933-4282
| | |
|---|---|
| VoiceManager Flat Rated Local Line | $0.00 |
| VoiceManager Essential Package | 30.78 |

### Payment Options
**Online:** Visit www.coxbusiness.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**Phone:** You may contact us at the telephone number listed on the front of this bill anytime and follow the phone prompts to make a payment using your bank account or credit card.
**In Person:** Visit www.coxbusiness.com for a list of Cox Authorized Payment Centers.

**Monthly Services** cont.
| | |
|---|---|
| Directory Listing - Non Pub | 1.75 |

918-895-6914
| | |
|---|---|
| VoiceManager Flat Rated Local Line | 0.00 |
| VoiceManager Essential Package | 30.78 |
| Directory Listing - Non Pub | 1.75 |
| **Total Telephone** | **$65.06** |
| **TOTAL MONTHLY SERVICES** | **$65.06** |



## TAXES, FEES AND SURCHARGES

### TV Taxes and Fees
| | |
|---|---|
| State Sales Tax | $0.16 |
| **Total TV Taxes and Fees** | **$0.16** |

### Telephone Taxes, Fees and Surcharges
*Taxes*
| | |
|---|---|
| 911 | $1.50 |
| County Sales Tax | 0.32 |
| Federal Excise Tax | 2.60 |
| Local Sales Tax | 3.19 |
| State Sales Tax | 3.94 |
| *Total Taxes* | **$11.55** |

*Fees and Surcharges*
| | |
|---|---|
| Network Interface Fee - Multi-Line | $18.50 |
| Access Recovery Fee - Multi-Line | 4.00 |
| State Universal Service Fund | 2.28 |
| Federal Universal Service Fund | 6.50 |
| *Total Fees and Surcharges* | **$31.28** |
| **Total Telephone Taxes, Fees and Surcharges** | **$42.83** |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$42.99** |
| **TOTAL FOR SERVICE ACCOUNT** | **$108.05** |



October 03, 2022 **Bill for Vista Shadow Mountain**
Account number  **001 6311 067731103**
Page **3** of 6

Acct # 067108901      Vista Apartments (pool)
APT POOL
7963 E 60TH PL
TULSA, OK 74145-9546

## MONTHLY SERVICES    Oct 3 - Nov 2

### TELEPHONE
918-794-3980

| | |
|---|---|
| VoiceManager Flat Rated Local Line | $0.00 |
| VoiceManager Essential Package | 41.62 |
| Directory Listing - Non Pub | 0.00 |
| **Total Telephone** | **$41.62** |
| | |
| **TOTAL MONTHLY SERVICES** | **$41.62** |

### TAXES, FEES AND SURCHARGES
**Telephone Taxes, Fees and Surcharges**
*Taxes*

| | |
|---|---|
| 911 | $0.75 |
| County Sales Tax | 0.18 |
| Federal Excise Tax | 1.54 |
| Local Sales Tax | 1.83 |
| State Sales Tax | 2.25 |
| *Total Taxes* | **$6.55** |
| *Fees and Surcharges* | |
| Network Interface Fee - Single Line | $7.50 |
| Access Recovery Fee-Single Line | 1.00 |
| State Universal Service Fund | 1.14 |
| Federal Universal Service Fund | 2.46 |
| *Total Fees and Surcharges* | **$12.10** |
| **Total Telephone Taxes, Fees and Surcharges** | **$18.65** |
| | |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$18.65** |
| | |
| **TOTAL FOR SERVICE ACCOUNT** | **$60.27** |

Acct # 076176501      VISTA SHADOW MOUNTAIN-VENDOR
STE 77-1
7960 E 60TH ST
TULSA, OK 74145-9542

## MONTHLY SERVICES    Oct 3 - Nov 2

### INTERNET

| | |
|---|---|
| CBI Gateway | $9.99 |
| Cox WiFi 10 Free Access Accounts | 0.00 |
| Static IP Address | 11.00 |
| CBI 100 Mbps x 20 Mbps | 185.90 |
| Cox Security Suite 25 PC | 0.00 |
| **Total Internet** | **$206.89** |
| | |
| **TOTAL MONTHLY SERVICES** | **$206.89** |

### TAXES, FEES AND SURCHARGES
**Internet Taxes and Fees**

| | |
|---|---|
| County Sales Tax | $0.04 |

**Taxes, Fees and Surcharges** cont.

| | |
|---|---|
| City Sales Tax | 0.36 |
| State Sales Tax | 0.45 |
| **Total Internet Taxes and Fees** | **$0.85** |
| | |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$0.85** |
| | |
| **TOTAL FOR SERVICE ACCOUNT** | **$207.74** |
| | |
| **TOTAL NEW CHARGES** | **$555.90** |



6400-0220_NO-RP-83-10032062-0136NNNN_01-P02746_0009
October 03, 2022 **Bill for Vista Shadow Mountain**
Account number **001 6311 067731103**
Page **4** of 6

## NEWS FROM COX

Keep it simple with paperless billing and EasyPay. With paperless billing, you'll receive an email notification each month when your bill is available to view online. EasyPay allows you to automatically pay your bill each month using a bank account, credit card or debit card. Sign up for both in MyAccount.

Did you know that Cox Business offers detection and surveillance for small business customers? Protect what you're working for with Cox Business Security Solutions. Visit coxbusiness.com/security to learn more.

## CUSTOMER INFORMATION

**Billing, Payment Policies and Fees:**
Cox Business bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On Demand/pay-per-view and long distance. Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees, such as late payment charges, electronic reactivation fees, or returned payment fees. Payment of your Cox bill confirms your subscription to services and the possession of Cox owned equipment listed on your bill.

When you provide a paper, electronic check or electronic fund transfer (EFT) as payment, you authorize Cox to process your payment as a traditional check transaction or to make a one-time EFT from your account. An EFT may debit your account as soon as the same day you make your payment. Payments returned unpaid for any reason will incur a returned payment fee of up to $25.00, or the maximum allowed by state law. By using a credit card, debit card, paper check or an electronic check to make a payment, you agree that, if your payment is returned unpaid, you expressly authorize a one-time electronic fund transfer from your account for the amount of the payment plus any returned payment fees. If payment is not received by the "Due By" date indicated on your statement, a late payment charge may be assessed on your account.

**Basic Local Telephone Service:** You must pay all regulated telephone charges to avoid disconnection of basic local telephone service. If you pay less than your full monthly bill and want the partial payment applied to telephone charges first, call Cox Customer Care; otherwise, your partial payment will first be applied to any past due balance, including non-regulated charges, putting you at risk of disconnection of telephone service.

**911 Services:** If your modem is disconnected or moved, or its battery is not charged or otherwise fails, phone service, including access to 911 services will *not* be available. Please review the following website for additional important information about Cox's 911 practices: https://www.cox.com/business/phone/e911-regulatory.html.

**Pay Per Call Charges:** If you dispute any 900 or 700 information service charges, you may be entitled to a credit. You must request this credit by calling or writing Cox Communications within 30 days of receipt of this bill. Pending review, you may withhold payment of the disputed amount and collection of those charges will be suspended. You have the right to not be billed for Interstate 900 calls that violate federal law. You may request blocking of 900 services. You may be blocked from calling a 900 number for failure to pay legitimate 900 call charges and the information service provider may seek collection of those charges.

**Billing Dispute and Resolution**
If you have any questions regarding your bill or disagree with any portion of your bill, immediately contact Cox with your concerns. You must contact us no later than 30 days from the bill's due date via the contact information listed on the front of this bill so that Cox can review your account.

If you disagree with the investigation's outcome on telephone service, you may file a complaint with the Oklahoma Corporation Commission at

**Customer Information** cont.
800-522-8154 or locally at 405-521-2331 or at: 2101 N. Lincoln Blvd, Oklahoma City, OK 73105.





## 66% of small businesses experience a cyber attack

Don't let your business be a statistic. Beat the odds with Cox Business Essential Security, the all-in-one solution that protects you from a wide range of cyber threats in real-time.



 Stop threats before they reach your network

 Protect your devices and mobile workforce

 Avoid data loss with cloud backup and recovery

### Starting at
# $35 /mo
for up to 5 devices



Call **(800) 530-5216** or visit **coxbusiness.com/essentialsecurity**

Not all services available everywhere. Learn more at coxbusiness.com/essentialsecurity. © 2022 Cox Communications, Inc. All rights reserved.

SA6MF005

# Save Time with Combined Billing





Do you have multiple Cox Business account numbers?  Combine your accounts so you can manage them all in one place.

- Receive a single bill statement for all accounts with one due date
- Pay all accounts at one time
- Access your account detail including up to 18 months of past statements in MyAccount

To combine your bills, contact us at 1-866-272-5777 or
www.coxbusiness.com/chat.

Want more convenient billing options?  Sign up for the below by visiting www.coxbusiness.com/myaccount and selecting **Billing Tools**.

**Paperless Billing** – sign up to receive your bill via email



**Auto Pay** – set up automatic payments






COX
BUSINESS®

(NOT FOR PAYMENTS)
DEPARTMENT # 102456
PO BOX 1259
OAKS, PA 19456
6400 0220  NO RP 13 10152022 YYNNNNNY 01 988649

VISTA SHADOW APARTMENT
7933 E 59TH ST APT 11
TULSA OK 74145-9400

October 14, 2022                                              Page **1** of 4

**CONTACT US:**     www.coxbusiness.com/chat

  coxbusiness.com

  918-806-6079

| | |
|---|---|
| Account Number | **001 6311 076517601** |
| COX PIN | 6000 |
| SERVICE ADDRESS | APT 11 |
| | 7933 E 59TH ST |
| | TULSA, OK 74145-9400 |

## ACCOUNT SUMMARY as of Oct 14, 2022

| | |
|---|---|
| Previous Balance | $179.84 |
| Payment Received - Oct 4 | -$179.84 |
| **Remaining Previous Balance** | **$0.00** |
| **New Charges: Oct 13, 2022 - Nov 12, 2022** | |
| Internet | $178.99 |
| Taxes, Fees and Surcharges | $0.85 |
| New Charges | $179.84 |
| **Total Due By Nov 2, 2022** | **$179.84** |

 Thank you for being a Cox Business Paperless Customer!


COX
BUSINESS®

*Save Time! Save Money! Take control! Enroll in EasyPay - once you set it you'll never forget it. Your bill is automatically paid each month on the day it's due. Sign up today at* www.coxbusiness.com/myaccount*!*

**October 14, 2022 bill for VISTA SHADOW APARTMENT**

| | |
|---|---|
| Account Number | **001 6311 076517601** |
| Service at | APT 11 |
| | 7933 E 59TH ST |
| | TULSA, OK 74145-9400 |

**Total Due By Nov 2, 2022**                                  **$179.84**

COX BUSINESS
PO BOX 650991
Dallas, TX 75265-0991


0631100118607651760166 0017984

6400-0220  NO-RP 43 10152022-YYNNNNNY 01 088649

October 14, 2022 **Bill for VISTA SHADOW APARTMENT**

Account number **001 6311 076517601**

Page **2** of 4

## MONTHLY SERVICES    Oct 13 - Nov 12

### INTERNET

| | |
|---|---|
| CBI Gateway | $9.99 |
| Cox WiFi 10 Free Access Accounts | 0.00 |
| Dynamic IP Address | 0.00 |
| CBI 100 Mbps x 20 Mbps | 169.00 |
| Cox Security Suite 25 PC | 0.00 |
| **Total Internet** | **$178.99** |
| | |
| **TOTAL MONTHLY SERVICES** | **$178.99** |

### TAXES, FEES AND SURCHARGES

**Internet Taxes and Fees**

| | |
|---|---|
| County Sales Tax | $0.04 |
| City Sales Tax | 0.36 |
| State Sales Tax | 0.45 |
| **Total Internet Taxes and Fees** | **$0.85** |
| | |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$0.85** |
| | |
| **TOTAL NEW CHARGES** | **$179.84** |

### NEWS FROM COX

Keep it simple with paperless billing and EasyPay. With paperless billing, you'll receive an email notification each month when your bill is available to view online. EasyPay allows you to automatically pay your bill each month using a bank account, credit card or debit card. Sign up for both in MyAccount.

Did you know that Cox Business offers detection and surveillance for small business customers? Protect what you're working for with Cox Business Security Solutions. Visit coxbusiness.com/security to learn more.

### CUSTOMER INFORMATION

**Billing, Payment Policies and Fees:**
Cox Business bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On

**Payment Options**
**Online:** Visit www.coxbusiness.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**Phone:** You may contact us at the telephone number listed on the front of this bill anytime and follow the phone prompts to make a payment using your bank account or credit card.
**In Person:** Visit www.coxbusiness.com for a list of Cox Authorized Payment Centers.

### Customer Information cont.

Demand/pay-per-view and long distance. Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees, such as late payment charges, electronic reactivation fees, or returned payment fees. Payment of your Cox bill confirms your subscription to services and the possession of Cox owned equipment listed on your bill.

When you provide a paper, electronic check or electronic fund transfer (EFT) as payment, you authorize Cox to process your payment as a traditional check transaction or to make a one-time EFT from your account. An EFT may debit your account as soon as the same day you make your payment. Payments returned unpaid for any reason will incur a returned payment fee of up to $25.00, or the maximum allowed by state law. By using a credit card, debit card, paper check or an electronic check to make a payment, you agree that, if your payment is returned unpaid, you expressly authorize a one-time electronic fund transfer from your account for the amount of the payment plus any returned payment fees. If payment is not received by the "Due By" date indicated on your statement, a late payment charge may be assessed on your account.

**Billing Dispute and Resolution**
If you have any questions regarding your bill or disagree with any portion of your bill, immediately contact Cox with your concerns. You must contact us no later than 30 days from the bill's due date via the contact information listed on the front of this bill so that Cox can review your account.





5490-8250 No RP 13 10132022 / YNNNNNY 01-589549



# 66% of small businesses experience a cyber attack

Don't let your business be a statistic. Beat the odds with Cox Business Essential Security, the all-in-one solution that protects you from a wide range of cyber threats in real-time.



 Stop threats before they reach your network

 Protect your devices and mobile workforce

 Avoid data loss with cloud backup and recovery



Starting at
## $35 /mo
for up to 5 devices



Call **(800) 530-5216** or visit **coxbusiness.com/essentialsecurity**

Not all services available everywhere. Learn more at coxbusiness.com/essentialsecurity. © 2022 Cox Communications, Inc. All rights reserved.

SA6MF005

8480-0250 NB RP 43 16132022 YNNNNNY 01-588648



# Save Time with Combined Billing



Do you have multiple Cox Business account numbers?  Combine your accounts so you can manage them all in one place.

- Receive a single bill statement for all accounts with one due date
- Pay all accounts at one time
- Access your account detail including up to 18 months of past statements in MyAccount

To combine your bills, contact us at 1-866-272-5777 or www.coxbusiness.com/chat.

Want more convenient billing options?  Sign up for the below by visiting www.coxbusiness.com/myaccount and selecting **Billing Tools**.

**Paperless Billing** – sign up to receive your bill via email



PAPERLESS BILLING

**Auto Pay** – set up automatic payments



AUTO PAY





**COX**
**BUSINESS**®

(NOT FOR PAYMENTS)
DEPARTMENT # 102456
PO BOX 1259
OAKS, PA 19456
6400 0220  NO RP 11 10122022 YYNNNNNY 01 000532  0002

7957 E 60TH PL
7957 E 60TH PL STE 75-1
TULSA OK 74145-8693

October 12, 2022                    Page **1** of 4

**CONTACT US:**

💬  www.coxbusiness.com/chat

🔖  coxbusiness.com

📱  918-806-6079

Account Number       **001 6311 076288301**
COX PIN              6000
SERVICE ADDRESS      STE 75-1
                     7957 E 60TH PL
                     TULSA, OK 74145-9523



| ACCOUNT SUMMARY as of Oct 12, 2022 | |
|---|---|
| Previous Balance | $179.84 |
| Payment Received - Oct 3 | -$179.84 |
| **Remaining Previous Balance** | **$0.00** |
| **New Charges: Oct 11, 2022 - Nov 10, 2022** | |
| Internet | $178.99 |
| Taxes, Fees and Surcharges | $0.85 |
| New Charges | $179.84 |
| **Total Due By Oct 31, 2022** | **$179.84** |



**COX**
**BUSINESS**®

**Make Your Life Easier and GO GREEN!**
With **EasyPay**, pay your monthly Cox bill automatically from your bank or credit card account. Add **Paperless Billing** and you get rid of paper bills and can access your account *online* any time, all while saving trees! Sign up today at www.coxbusiness.com/myaccount!

**October 12, 2022 bill for 7957 E 60TH PL**
Account Number       **001 6311 076288301**
Service at           STE 75-1
                     7957 E 60TH PL
                     TULSA, OK 74145-9523

**Total Due By Oct 31, 2022**                    **$179.84**

COX BUSINESS
PO BOX 650991
Dallas, TX 75265-0991

0631100118607628830106017984

6400-0220_NO.BB-41_10122022_Y1NNNNN_01-000583_0002

October 12, 2022 **Bill for 7957 E 60TH PL**
Account number **001 6311 076288301**
Page **2** of 4

## MONTHLY SERVICES    Oct 11 - Nov 10

### INTERNET

| | |
|---|---|
| CBI Gateway | $9.99 |
| Cox WiFi 10 Free Access Accounts | 0.00 |
| Dynamic IP Address | 0.00 |
| CBI 100 Mbps x 20 Mbps | 169.00 |
| Cox Security Suite 25 PC | 0.00 |
| **Total Internet** | **$178.99** |
| | |
| **TOTAL MONTHLY SERVICES** | **$178.99** |

### TAXES, FEES AND SURCHARGES

| | |
|---|---|
| **Internet Taxes and Fees** | |
| County Sales Tax | $0.04 |
| City Sales Tax | 0.36 |
| State Sales Tax | 0.45 |
| **Total Internet Taxes and Fees** | **$0.85** |
| | |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$0.85** |
| | |
| **TOTAL NEW CHARGES** | **$179.84** |

### NEWS FROM COX

Keep it simple with paperless billing and EasyPay. With paperless billing, you'll receive an email notification each month when your bill is available to view online. EasyPay allows you to automatically pay your bill each month using a bank account, credit card or debit card. Sign up for both in MyAccount.

Did you know that Cox Business offers detection and surveillance for small business customers? Protect what you're working for with Cox Business Security Solutions. Visit coxbusiness.com/security to learn more.

### CUSTOMER INFORMATION

**Billing, Payment Policies and Fees:**
Cox Business bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On

**Payment Options**
**Online:** Visit www.coxbusiness.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**Phone:** You may contact us at the telephone number listed on the front of this bill anytime and follow the phone prompts to make a payment using your bank account or credit card.
**In Person:** Visit www.coxbusiness.com for a list of Cox Authorized Payment Centers.

**Customer Information** cont.
Demand/pay-per-view and long distance. Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees, such as late payment charges, electronic reactivation fees, or returned payment fees. Payment of your Cox bill confirms your subscription to services and the possession of Cox owned equipment listed on your bill.

When you provide a paper, electronic check or electronic fund transfer (EFT) as payment, you authorize Cox to process your payment as a traditional check transaction or to make a one-time EFT from your account. An EFT may debit your account as soon as the same day you make your payment. Payments returned unpaid for any reason will incur a returned payment fee of up to $25.00, or the maximum allowed by state law. By using a credit card, debit card, paper check or an electronic check to make a payment, you agree that, if your payment is returned unpaid, you expressly authorize a one-time electronic fund transfer from your account for the amount of the payment plus any returned payment fees. If payment is not received by the "Due By" date indicated on your statement, a late payment charge may be assessed on your account.

**Billing Dispute and Resolution**
If you have any questions regarding your bill or disagree with any portion of your bill, immediately contact Cox with your concerns. You must contact us no later than 30 days from the bill's due date via the contact information listed on the front of this bill so that Cox can review your account.







# 66% of small businesses experience a cyber attack

Don't let your business be a statistic. Beat the odds with Cox Business Essential Security, the all-in-one solution that protects you from a wide range of cyber threats in real-time.




Stop threats before they reach your network


Protect your devices and mobile workforce


Avoid data loss with cloud backup and recovery


Starting at
$35 /mo
for up to 5 devices


COX
BUSINESS®

Call **(800) 530-5216** or visit **coxbusiness.com/essentialsecurity**

Not all services available everywhere. Learn more at coxbusiness.com/essentialsecurity. © 2022 Cox Communications, Inc. All rights reserved.

SA6MF005



# Save Time with Combined Billing



Do you have multiple Cox Business account numbers?  Combine your accounts so you can manage them all in one place.

- Receive a single bill statement for all accounts with one due date
- Pay all accounts at one time
- Access your account detail including up to 18 months of past statements in MyAccount

To combine your bills, contact us at 1-866-272-5777 or www.coxbusiness.com/chat.

Want more convenient billing options?  Sign up for the below by visiting www.coxbusiness.com/myaccount and selecting **Billing Tools**.

**Paperless Billing** – sign up to receive your bill via email



**Auto Pay** – set up automatic payments







**COX**
**BUSINESS®**

October 17, 2022                                          Page **1** of 4

(NOT FOR PAYMENTS)
DEPARTMENT # 102456
PO BOX 1259
OAKS, PA 19456
6400 0220  NO RP 17 10182022 YYNNNNNY 01 001698  0005

7927 E 60TH PL
APT UTLTY
7927 E 60TH PL
TULSA OK 74145-8730

**CONTACT US:**

  www.coxbusiness.com/chat

  coxbusiness.com

  918-806-6079

Account Number     **001 6311 076288501**
COX PIN                    4966
SERVICE ADDRESS  APT UTLTY
                             7927 E 60TH PL
                             TULSA, OK 74145-9537



| ACCOUNT SUMMARY as of Oct 17, 2022 | |
|---|---|
| Previous Balance | $179.84 |
| Payment Received - Oct 4 | -$179.84 |
| **Remaining Previous Balance** | **$0.00** |
| **New Charges: Oct 17, 2022 - Nov 16, 2022** | |
| Internet | $178.99 |
| Taxes, Fees and Surcharges | $0.85 |
| New Charges | $179.84 |
| **Total Due By Nov 6, 2022** | **$179.84** |



**Make Your Life Easier and GO GREEN!**
With **EasyPay**, pay your monthly Cox bill automatically from your bank or credit card account. Add **Paperless Billing** and you get rid of paper bills and can access your account *online* any time, all while saving trees! Sign up today at www.coxbusiness.com/myaccount!

**October 17, 2022 bill for 7927 E 60TH PL**
Account Number     **001 6311 076288501**
Service at              APT UTLTY
                           7927 E 60TH PL
                           TULSA, OK 74145-9537

**Total Due By Nov 6, 2022**                         **$179.84**

COX BUSINESS
PO BOX 650991
Dallas, TX 75265-0991

0631100118607628850156001 7984

6490-0220_NO-RP-17_10182022-VJ NNNNNX 01 091988_9005
October 17, 2022 **Bill for 7927 E 60TH PL**
Account number   **001 6311 076288501**
Page **2** of 4

## MONTHLY SERVICES   Oct 17 - Nov 16

### INTERNET

| | |
|---|---|
| CBI Gateway | $9.99 |
| Cox WiFi 10 Free Access Accounts | 0.00 |
| Dynamic IP Address | 0.00 |
| CBI 100 Mbps x 20 Mbps | 169.00 |
| Cox Security Suite 25 PC | 0.00 |
| **Total Internet** | **$178.99** |
| | |
| **TOTAL MONTHLY SERVICES** | **$178.99** |

### TAXES, FEES AND SURCHARGES

**Internet Taxes and Fees**

| | |
|---|---|
| County Sales Tax | $0.04 |
| City Sales Tax | 0.36 |
| State Sales Tax | 0.45 |
| **Total Internet Taxes and Fees** | **$0.85** |
| | |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$0.85** |
| | |
| **TOTAL NEW CHARGES** | **$179.84** |

### NEWS FROM COX

Keep it simple with paperless billing and EasyPay. With paperless billing, you'll receive an email notification each month when your bill is available to view online. EasyPay allows you to automatically pay your bill each month using a bank account, credit card or debit card. Sign up for both in MyAccount.

Did you know that Cox Business offers detection and surveillance for small business customers? Protect what you're working for with Cox Business Security Solutions. Visit coxbusiness.com/security to learn more.

### CUSTOMER INFORMATION

**Billing, Payment Policies and Fees:**
Cox Business bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On

**Payment Options**
**Online:** Visit www.coxbusiness.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**Phone:** You may contact us at the telephone number listed on the front of this bill anytime and follow the phone prompts to make a payment using your bank account or credit card.
**In Person:** Visit www.coxbusiness.com for a list of Cox Authorized Payment Centers.

**Customer Information** cont.
Demand/pay-per-view and long distance. Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees, such as late payment charges, electronic reactivation fees, or returned payment fees. Payment of your Cox bill confirms your subscription to services and the possession of Cox owned equipment listed on your bill.

When you provide a paper, electronic check or electronic fund transfer (EFT) as payment, you authorize Cox to process your payment as a traditional check transaction or to make a one-time EFT from your account. An EFT may debit your account as soon as the same day you make your payment. Payments returned unpaid for any reason will incur a returned payment fee of up to $25.00, or the maximum allowed by state law. By using a credit card, debit card, paper check or an electronic check to make a payment, you agree that, if your payment is returned unpaid, you expressly authorize a one-time electronic fund transfer from your account for the amount of the payment plus any returned payment fees. If payment is not received by the "Due By" date indicated on your statement, a late payment charge may be assessed on your account.

**Billing Dispute and Resolution**
If you have any questions regarding your bill or disagree with any portion of your bill, immediately contact Cox with your concerns. You must contact us no later than 30 days from the bill's due date via the contact information listed on the front of this bill so that Cox can review your account.







# 66% of small businesses experience a cyber attack

Don't let your business be a statistic. Beat the odds with Cox Business Essential Security, the all-in-one solution that protects you from a wide range of cyber threats in real-time.




Stop threats before they reach your network


Protect your devices and mobile workforce


Avoid data loss with cloud backup and recovery


Starting at
$**35**/mo
for up to 5 devices



Call **(800) 530-5216** or visit **coxbusiness.com/essentialsecurity**

Not all services available everywhere. Learn more at coxbusiness.com/essentialsecurity. © 2022 Cox Communications, Inc. All rights reserved.

SA6MF005

8490-0250 N8 RP 17 10182022 YYNNNNNY 01-b91698-0065



# Save Time with Combined Billing



Do you have multiple Cox Business account numbers?  Combine your accounts so you can manage them all in one place.

- Receive a single bill statement for all accounts with one due date
- Pay all accounts at one time
- Access your account detail including up to 18 months of past statements in MyAccount

To combine your bills, contact us at 1-866-272-5777 or www.coxbusiness.com/chat.

Want more convenient billing options?  Sign up for the below by visiting www.coxbusiness.com/myaccount and selecting **Billing Tools**.

**Paperless Billing** – sign up to receive your bill via email



PAPERLESS
BILLING

**Auto Pay** – set up automatic payments



AUTO PAY





**COX**
**BUSINESS®**

(NOT FOR PAYMENTS)
DEPARTMENT # 102456
PO BOX 1259
OAKS, PA 19456
6400 0220  NO RP 18 10182022 YYNNNNNY 01 001799  0005

Vista Shadow Mountain
7985 E 59TH PL APT 22-002
TULSA OK 74145-8642

October 18, 2022                                    Page **1** of 4

**CONTACT US:**     www.coxbusiness.com/chat

 coxbusiness.com

 918-806-6079

Account Number      **001 6311 076416301**
COX PIN             1403
SERVICE ADDRESS     APT 22-002
                    7985 E 59TH PL
                    TULSA, OK 74145-9421



## ACCOUNT SUMMARY as of Oct 18, 2022

| | |
|---|---|
| Previous Balance | $179.84 |
| Payment Received - Oct 4 | -$179.84 |
| **Remaining Previous Balance** | **$0.00** |
| **New Charges: Oct 18, 2022 - Nov 17, 2022** | |
| Internet | $178.99 |
| Taxes, Fees and Surcharges | $0.85 |
| New Charges | $179.84 |
| **Total Due By Nov 7, 2022** | **$179.84** |



**Make Your Life Easier and GO GREEN!**
With **EasyPay**, pay your monthly Cox bill automatically from your bank or credit card account. Add **Paperless Billing** and you get rid of paper bills and can access your account *online* any time, all while saving trees! Sign up today at www.coxbusiness.com/myaccount!

**October 18, 2022 bill for Vista Shadow Mountain**
Account Number      **001 6311 076416301**
Service at           APT 22-002
                     7985 E 59TH PL
                     TULSA, OK 74145-9421

**Total Due By Nov 7, 2022**                          **$179.84**

COX BUSINESS
PO BOX 650991
Dallas, TX 75265-0991

063110011860764163015600179 84

October 18, 2022 **Bill for Vista Shadow Mountain**
Account number   **001 6311 076416301**
Page **2** of 4

## MONTHLY SERVICES    Oct 18 - Nov 17

### INTERNET

| | |
|---|---|
| CBI Gateway | $9.99 |
| Cox WiFi 10 Free Access Accounts | 0.00 |
| Dynamic IP Address | 0.00 |
| CBI 100 Mbps x 20 Mbps | 169.00 |
| Cox Security Suite 25 PC | 0.00 |
| **Total Internet** | **$178.99** |

| | |
|---|---|
| **TOTAL MONTHLY SERVICES** | **$178.99** |

### TAXES, FEES AND SURCHARGES

**Internet Taxes and Fees**

| | |
|---|---|
| County Sales Tax | $0.04 |
| City Sales Tax | 0.36 |
| State Sales Tax | 0.45 |
| **Total Internet Taxes and Fees** | **$0.85** |

| | |
|---|---|
| **TOTAL TAXES, FEES AND SURCHARGES** | **$0.85** |

| | |
|---|---|
| **TOTAL NEW CHARGES** | **$179.84** |

### NEWS FROM COX

Keep it simple with paperless billing and EasyPay. With paperless billing, you'll receive an email notification each month when your bill is available to view online. EasyPay allows you to automatically pay your bill each month using a bank account, credit card or debit card. Sign up for both in MyAccount.

Did you know that Cox Business offers detection and surveillance for small business customers? Protect what you're working for with Cox Business Security Solutions. Visit coxbusiness.com/security to learn more.

### CUSTOMER INFORMATION

**Billing, Payment Policies and Fees:**
Cox Business bills all customers in advance for monthly recurring charges and in arrears for non-recurring charges such as On

**Payment Options**
**Online:** Visit www.coxbusiness.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**Phone:** You may contact us at the telephone number listed on the front of this bill anytime and follow the phone prompts to make a payment using your bank account or credit card.
**In Person:** Visit www.coxbusiness.com for a list of Cox Authorized Payment Centers.

**Customer Information** cont.
Demand/pay-per-view and long distance. Payment in full is due to Cox by the "Due By" date indicated on your statement. If payment is not received by this date, your bill will become past due and may be subject to additional fees, such as late payment charges, electronic reactivation fees, or returned payment fees. Payment of your Cox bill confirms your subscription to services and the possession of Cox owned equipment listed on your bill.

When you provide a paper, electronic check or electronic fund transfer (EFT) as payment, you authorize Cox to process your payment as a traditional check transaction or to make a one-time EFT from your account. An EFT may debit your account as soon as the same day you make your payment. Payments returned unpaid for any reason will incur a returned payment fee of up to $25.00, or the maximum allowed by state law. By using a credit card, debit card, paper check or an electronic check to make a payment, you agree that, if your payment is returned unpaid, you expressly authorize a one-time electronic fund transfer from your account for the amount of the payment plus any returned payment fees. If payment is not received by the "Due By" date indicated on your statement, a late payment charge may be assessed on your account.

**Billing Dispute and Resolution**
If you have any questions regarding your bill or disagree with any portion of your bill, immediately contact Cox with your concerns. You must contact us no later than 30 days from the bill's due date via the contact information listed on the front of this bill so that Cox can review your account.







# 66% of small businesses experience a cyber attack

Don't let your business be a statistic. Beat the odds with Cox Business Essential Security, the all-in-one solution that protects you from a wide range of cyber threats in real-time.



 Stop threats before they reach your network

 Protect your devices and mobile workforce

 Avoid data loss with cloud backup and recovery

**Starting at**

## $35 /mo

for up to 5 devices



Call **(800) 530-5216** or visit **coxbusiness.com/essentialsecurity**

Not all services available everywhere. Learn more at coxbusiness.com/essentialsecurity. © 2022 Cox Communications, Inc. All rights reserved.

SA6MF005



# Save Time with Combined Billing



Do you have multiple Cox Business account numbers?  Combine your accounts so you can manage them all in one place.

- Receive a single bill statement for all accounts with one due date
- Pay all accounts at one time
- Access your account detail including up to 18 months of past statements in MyAccount

To combine your bills, contact us at 1-866-272-5777 or www.coxbusiness.com/chat.

Want more convenient billing options?  Sign up for the below by visiting www.coxbusiness.com/myaccount and selecting **Billing Tools**.

**Paperless Billing** – sign up to receive your bill via email



PAPERLESS
BILLING

**Auto Pay** – set up automatic payments



AUTO PAY





DEVELOPMENT SERVICES
DEPARTMENT

July 14, 2021

Yehuda Reich and Michael Sabo
CITYR Group at Vista Shadow Mountain, LLC
2 Slevin Court
Monsey, New York  10952

**RE:     REVOCATION OF CERTIFICATE OF OCCUPANCY FOR APARTMENT
          BUILDINGS AT VISTA SHADOW MOUNTAIN APARTMENTS, 6000 S.
          MEMORIAL DRIVE, TULSA, OKLAHOMA**

The apartment buildings noted in the table below have been determined to be non-occupiable due
to dangerous conditions by the Fire Marshal. Further, the extent of damages and magnitude of
repairs needed to re-occupy these buildings are beyond what can be considered normal repairs.

The City of Tulsa is hereby revoking the Certificate of Occupancy for these buildings. To obtain
a new Certificate of Occupancy for any building listed herein, you will be required to submit an
evaluation by an Oklahoma Licensed Building Professional (Architect, Structural Engineer,
Mechanical, Electrical, Plumbing and/or other) to the City of Tulsa that details the required
repairs and other necessary improvements to bring the complex/buildings into compliance with
current codes. Then, you will be required to submit a plan of action and obtain all appropriate
permits prior to commencing work.

Currently, the entire complex is under an evacuation order from the Fire Marshal. There are
seventeen buildings, five of which are not residential, which may be occupiable. The Certificates
of Occupancy for these buildings are not being revoked; however, these buildings are still subject
to the Fire Marshal's evacuation order. Any future occupancy of these seventeen buildings will be
based on a determination and consensus by the following entities:

- City of Tulsa Development Services Department
- City of Tulsa Working in Neighborhoods Department
- City of Tulsa Fire Marshal's Office
- Tulsa City/County Health Department

Vista at Shadow Mountain Apartments          7/14/2021                          Page 1

175 E. 2nd St., Suite 450, Tulsa, OK 74103 Office
918.596.9456 Fax 918.699.3100
*www.cityoftulsa.org*



EXHIBIT

8

This determination will require detailed inspections of each of the seventeen buildings. Third party inspection and verification will be required for all work that has been done without permits and/or inspections. There may be other requirements as deemed necessary.

Certificate of Occupancy Revocations

| Bldg # | Address | | | |
|--------|---------|---|--------|---------|
| 1 | 5838 S. 80th E Ave | | 38 | 7937 E 59th Pl |
| 2 | 5832 S 80th E. Ave | | 40 | 7941 E 59th Pl |
| 3 | 5830 S. 80th E Ave | | 41 | 7943 E 59th Pl |
| 4 | 5814 S 80th E Ave | | 42 | 7933 E 59th Pl |
| 5 | 5612 S. 80th E. Ave | | 44 | 7945 E 59th Pl |
| 6 | 7969 E 59th St | | 45 | 7929 e 59th Pl |
| 8 | 7953-7955 E 59th St | | 46 | 7951 E 59th PL |
| 9 | 7947 E 59th St | | 49 | 7952 E 59th St |
| 10 | 7939 E 59th St | | 50 | 7954 E 59th St |
| 11 | 7933 E 59th ST | | 51 | 7958 E 59th St |
| 14 | 7911 E 59th St | | 52 | 7968 e 59th St |
| 15 | 7904 E 59th Pl | | 53 | 7970 E 59th St |
| 16 | 7910 E 59th Pl | | 55 | 7946 E 59th Pl |
| 18 | 7992 E 59th St | | 56 | 7962 E 59th Pl |
| 19 | 7980 E 59th St | | 56 | 7962 E 59th Pl |
| 20 | 7994 E 59th St | | 57 | 7964 E 59th Pl |
| 21 | 7996 E 59th St | | 57 | 7964 E 59th St |
| 22 | 7985 E 59th Pl | | 58 | 5901 S. 80th E. Ave |
| 23 | 7977 E 59thPl | | 59 | 7980 E 59th Pl |
| 24 | 7983 E 59th Pl | | 59 | 7980 E 59th Pl |
| 25 | 7975 E 59th Pl | | 63 | 7965 E 60th St |
| 26 | 7953 E 59th Pl | | 64 | 7951 e 60th St |
| 27 | 7967 E 59th Pl | | 65 | 7949 e 60th St |
| 27 | 7959 E 59th Pl | | 67 | 7960 E 59th Pl |
| 28 | 7953 E 59th Pl | | 68 | 5934 S 80th E Ave |
| 29 | 7909 E 59th Pl | | 71 | 7984 E 60th St |
| 30 | 7901 E 59th Pl | | 72 | 7586-7992 E 60th St |
| 31 | 7902 E 59th St | | 73 | 7963 E 60th St |
| 32 | 7938 E 59th St | | 74 | 7961 E 60th St |
| 33 | 7912 E 59th St | | 75 | 7943-7955 E 60th St |
| 34 | 7930 E 59th St | | 76 | 7939-7941 E 60th St |
| 35 | 7922 E 59th St | | 78 | 7570-7576 E 60th St |
| 36 | 7976 E 59th St | | 79 | 7578-7980 E 60th St |
| | | | 81 | 7229 E 60th |

Vista at Shadow Mountain Apartments          7/14/2021                              Page 2

| | | | | |
|---|---|---|---|---|
| 82 | 7925-7927 E 60thPl | | 92 | 7907 E 59th Pl |
| 83 | 7920-7922 E 60th St | | 94 | 7901 E 59th Pl |
| 84 | 7942 E 60th St | | 95 | 7928 E 59th Pl |
| 86 | 7935 e 60th St | | 96 | 7934 E 59th Pl |
| 87 | 7933-7931 E 60th Pl | | 97 | 7940 E 59th Pl |
| 88 | 7924 E 60th St | | 98 | 7944 E 59th Pl |
| 89 | 7932 E 60th St | | 99 | 7945 E 60th St |
| 90 | 7934 E 60th St | | | |
| 91 | 7919 E 60th St | | | |

Sincerely,

Michael Skates, P.E., CFM, CBO
Interim Director, Development Services
City of Tulsa

Cc:    Jack Blair, Chief Operating Officer
       Andy Teeter, Deputy Chief/Fire Marshal
       Adrienne Seibel, Assistant Fire Marshal
       Jeff Stephens, City Legal
       Bob Kolibas, Development Services
       Danette Williams, Development Services
       Brandt Pitchford, Working in Neighborhoods
       Adam Austin, Tulsa Health Department

Vista at Shadow Mountain Apartments        7/14/2021                    Page 3

This Face Page attaches to and becomes a part of the following policy:

Insured:  CityR Group
Policy #: ESB-HS-CP-0000339-01
Effective Date:   10/13/2022
Date Policy/Endorsement Received:   10/13/2022
Zip Code of Risk Location: 77521

THIS INSURANCE CONTRACT IS WITH AN INSURER NOT LICENSED TO TRANSACT
INSURANCE IN THIS STATE AND IS ISSUED AND DELIVERED AS SURPLUS LINE
COVERAGE UNDER THE TEXAS INSURANCE STATUTES. THE TEXAS DEPARTMENT OF
INSURANCE DOES NOT AUDIT THE FINANCES OR REVIEW THE SOLVENCY OF THE
SURPLUS LINES INSURER PROVIDING THIS COVERAGE, AND THE INSURER IS NOT A
MEMBER OF THE PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCATION
CREATED UNDER CHAPTER 462, INSURANCE CODE. CHAPTER 225, INSURANCE CODE,
REQUIRES PAYMENT OF A 4.85 PERCENT TAX ON GROSS PREMIUM.
Rev. 4/1/09

Name and Address of Insurer:
 Houston Specialty Insurance Company
 800 Gessner Road, Suite 600   Houston, TX 77024

Name and Address of Surplus Lines Agent:
RSG SPECIALTY
 180 North Stetson Ave Suite 4600
 Chicago, IL 60601

| Premium: | $ 297,551.00 |
|---|---|
| Policy Fee: | $ $10,000.00 |
| Inspection Fee: | $ |
| Surplus Lines Tax: | $ 14,916.22 |
| Stamping Fee: | $ 230.66 |
| Total: | $ 322,697.88 |

EXHIBIT
9

# Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company or HMO. If you don't, you may lose your right to appeal.

Houston Specialty Insurance Company

To get information or file a complaint with your insurance company or HMO:

**Call:**     Ryan Specialty Group                              **at** 312-784-6001
**Toll-free:**

Online:
Email:      rtspecialty.com
Mail:        800 Gessner Road, Suite 600   Houston, TX 77024

**The Texas Department of Insurance**

To get help with an insurance question or file a complaint with the state:

     Call with a question: 1-800-252-3439
     File a complaint: www.tdi.texas.gov
     Email: ConsumerProtection@tdi.texas.gov
     Mail: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

# ¿Tiene una queja o necesita ayuda?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros o HMO. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros o HMO. Si no lo hace, podría perder su derecho para apelar.

Houston Specialty Insurance Company

Para obtener información o para presentar una queja ante su compañía de seguros o HMO:

**Llame a:** Ryan Specialty Group                                  **al** 312-784-6001
**Teléfono gratuito:**

En línea:

Correo electrónico:  rtspecialty.com

Dirección postal: 800 Gessner Road, Suite 600   Houston, TX 77024

### El Departamento de Seguros de Texas

Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una
queja ante el estado:

> Llame con sus preguntas al: 1-800-252-3439
>
> Presente una queja en: www.tdi.texas.gov
>
> Correo electrónico: ConsumerProtection@tdi.texas.gov
>
> Dirección postal: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091



RT Specialty
5605 Glenridge Drive
Atlanta, GA 30342
Peter Curnin
678-248-0821

# Confirmation of Insurance

**October 21, 2022**

**Rhodes Risk Advisors**
Attn: Greg White
3340 Peachtree Rd NE, Suite 2015 Atlanta, GA 30326

|  |  |
|---|---|
| **Insured:** | CityR Group |
|  | 7312 Louetta Road Suite B118-133 |
|  | Spring, TX 77379 |
| **Policy #:** | ESB-HS-CP-0000339-01 |
| **Policy Period:** | 10/13/2022 12:01 AM To 10/13/2023 12:01 AM |
| **Coverage:** | Property |
| **Issuing Company:** | Houston Specialty Insurance Company |

---

This is to confirm that we have procured coverage for the above captioned insured per your instructions, subject to all terms and conditions from the insurance carrier as attached:

Note :

Minimum earned premium may apply to this policy (see attached carrier binder for specifics). All fees are fully earned at inception.

Please review attached carrier binder for details regarding any additional premium charges, minimum, deposit, audit and/or cancellation provisions.

This insurance is subject to all terms and conditions of the cover note, certificate of insurance and/or policy which may be issued.

This Confirmation of Insurance shall be automatically terminated and voided by delivery of the cover note, certificate of insurance or policy to the insured or its representative.

Thank you for your business.

Regards,

| | |
|---|---|
| Peter Curnin | J.Cole Spicer |
| Vice President | Production Associate |
| RT Specialty | RT Specialty |
| peter.curnin@rtspecialty.com | j.cole.spicer@rtspecialty.com |
| 678-248-0821 | |



RT Specialty
5605 Glenridge Drive
Atlanta, GA 30342
Peter Curnin
678-248-0821

## Confirmation of Insurance

| Cost Summary | |
|---|---:|
| Property Premium | $297,551.00 |
| TX Surplus Lines Tax | $14,916.22 |
| TX Stamp Fee | $230.66 |
| Policy Fee | $10,000.00 |
| **Total Policy Cost** | **$322,697.88** |

**Minimum Earned**

Note: There may be a minimum earned on this policy. Please refer to the carrier binder for more details on the minimum earned percentage.

**Agent Commission: 0.00%**

**Disclosures**

In the process of reviewing and attempting to place insurance for your client, we may perform any number of tasks that may or may not include: the review and assessment of your application, losses and risk profile, communicating with various insurance carriers or their representatives, risk analysis, policy or coverage comparison, inspections, reviewing coverage terms offered, policy issuance and servicing of the policy post binding.  We may charge a fee for these services in addition to any commission that may be payable to us by the Insurance Carrier with whom we bind your client's business.

Any fees charged are fully earned at inception of the policy and will not be returned unless required by applicable law.  Fees may be applicable to any transaction requiring additional premium including audits and endorsements as well as new and renewal policies.  All fees will be itemized separate from premium in our quotes. Insureds are under no obligation to purchase insurance proposed by us including a fee and insurance carriers are under no obligation to bind any insurance proposed in our Quotes.  The fees we charge are not required by state law or the insurance carrier.

RT Specialty is a division of RSG Specialty, LLC.  RSG Specialty, LLC is a Delaware limited liability company and a subsidiary of Ryan Specialty, LLC.  In California: RSG Specialty Insurance Services, LLC (License # 0G97516).



RT Specialty
5605 Glenridge Drive
Atlanta, GA 30342
Peter Curnin
678-248-0821

## Confirmation of Insurance

---

## NOTICE

## Occurrence Limit of Liability

## (OLLE) Scheduled Limits

Blanket coverage for first-party property insurance risks has become increasingly difficult to secure and often is not available regardless of price.

Please note that your binder may not provide coverage on a blanket basis and, based on current market conditions, a blanket coverage option might not be available.  Any reference(s) to an Occurrence Limit of Liability Endorsement (OLLE), margin clause, maximum amount payable, and/or scheduled limits indicate that blanket coverage is not provided.  Instead, the amount of recovery afforded by the policy is limited in some respect to the amount(s) set forth on the Statement of Values (SOV) provided to the insurer.  This potentially can materially reduce the insured's recovery in the event of a loss as compared to blanket coverage.  Additionally, the policy language for these clauses may vary by insurer and some insurers limit the amount recoverable for extensions of coverage, additional coverages, and additional covered property to the values as shown on the SOV.

Please review this binder very carefully to determine if coverage is being offered or provided on a blanket, or some other more limited, basis.

As such, we strongly recommend that you confirm that the insured is in agreement that they have provided full and accurate amounts for the values set forth on the SOV.  RT Specialty expressly disclaims any responsibility for the accuracy or adequacy of the values provided on an SOV.  We also note that all decisions concerning coverage and the application of the terms, provisions, conditions, limitations or exclusions of the policy to any claim are made exclusively by the insurers.



RT Specialty
5605 Glenridge Drive
Atlanta, GA 30342
Peter Curnin
678-248-0821

## Premium Invoice
## Due: Nov 10 2022

Invoice Date: 10/21/2022
Invoice Type: Regular

**Insured:**  **CityR Group**
7312 Louetta Road Suite B118-133
Spring, TX 77379

**Customer:**  **Rhodes Risk Advisors - AGT28633**
3340 Peachtree Rd NE
Atlanta, GA 30326

**Policy #:**  **ESB-HS-CP-0000339-01**

**Carrier:**  **Houston Specialty Insurance Company**
Policy Period: 10/13/2022 12:01 AM To 10/13/2023 12:01 AM

| Line Code | St | Tran Code | Inv Date | Amount | Pct | Comm | Balance Due |
|---|---|---|---|---|---|---|---|
| Prop | TX | Policy Premium | 10/13/2022 | $297,551.00 | | | $297,551.00 |
| Prop | TX | Surplus Lines Tax | 10/13/2022 | $14,916.22 | | | $14,916.22 |
| Prop | TX | Stamp Fee | 10/13/2022 | $230.66 | | | $230.66 |
| Prop | TX | Policy Fee | 10/13/2022 | $10,000.00 | | | $10,000.00 |
| | | | Totals: | $322,697.88 | | 0.00 | $322,697.88 |

**Protect Your Payment!**
Pay Online Credit Card or ACH  Account ID: AGT28633  Payment Key: IE6MGL
https://ryansg.epaypolicy.com/?accountNumber=AGT28633&accountCode=IE6MGL
**If you receive a request to change banking instructions, please contact Premium Accounting Immediately.**

| **Wire Transfer:** | **ACH Payment:** | **Check to LockBox:** |
|---|---|---|
| JP Morgan Chase | JP Morgan Chase | RSG Specialty, LLC |
| RSG Specialty Premium Trust – IL | RSG Specialty Premium Trust – IL | 26289 Network Place |
| Routing Number: 021000021 | Routing Number: 071000013 | Chicago, IL 60673-1262 |
| Account Number: 508935355 | Account Number: 508935355 | |

Please send payment details directly to: RTPaymentSupport@rtspecialty.com

Please mail invoice copies with your check.

This inbox is not monitored and is only used for payment documentation.

**For Accounting related questions please contact: RTAccountsReceivable@rtspecialty.com or 816-949-2020 (toll-free 855-RSG-PREM)**

RT Specialty is a division of RSG Specialty, LLC.  RSG Specialty, LLC is a Delaware limited liability company and a subsidiary of Ryan Specialty, LLC.  In California: RSG Specialty Insurance Services, LLC (License # 0G97516).



**Commercial Property Binder**                                    **Date:** 10/21/2022

**RT Specialty LLC**
**Peter Curnin**
**3930 East Jones Bridge Rd. 300**
**Norcross, GA 30092**

**Named Insured:** CityR Group

**Address:** 2115 Linwood Ave, Suite 430
**City, State, Zip:** Fort Lee, NJ 07024

**Business Description:** Vacant Apartments

**Issuing Company:** Houston Specialty Insurance Company
                    **(A Non Admitted Company)**

**Policy Number:** ESB-HS-CP-0000339-01

**Policy Term:**   10/13/2022 **to** 10/13/2023

(12:01 a.m. Standard Time on both dates, at the address of the Named Insured noted above)

**Transaction Type:** Renewal

**Minimum Earned Premium:** 35.00%

**Coverage Form:** Commercial Property Coverage Form

| Locations: |
|:---:|

**1. 6000 South Memorial Drive  Tulsa, OK 74145**

| Mortgagee Information: |
|:---:|

| Property Coverages: | | | | | | | | |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| Loc. | Bldg. | Coverage | Limit | Co-Ins% | Valuation | Cause of Loss | AOP Deductible | Wind Deductible |
| 1 | 1 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 2 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 3 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 4 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 5 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 6 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 7 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 8 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 9 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 10 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 11 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 12 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 13 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 14 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 15 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 16 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 17 | Bldg | $253,751 | N/A% | ACV | Special X- | $250,000 | 5% |

| | | | | | | Theft | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 18 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 19 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 20 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 21 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 22 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 23 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 24 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 25 | Bldg | $253,751 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 26 | Bldg | $170,280 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 27 | Bldg | $1,736,193 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 28 | Bldg | $170,280 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 29 | Bldg | $373,949 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 30 | Bldg | $373,949 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 31 | Bldg | $467,437 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 32 | Bldg | $397,321 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 33 | Bldg | $467,437 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 34 | Bldg | $227,041 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 35 | Bldg | $373,949 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 36 | Bldg | $427,371 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 37 | Bldg | $166,942 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 38 | Bldg | $320,528 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 39 | Bldg | $427,371 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 40 | Bldg | $641,056 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 41 | Bldg | $447,404 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 42 | Bldg | $380,627 | N/A% | ACV | Special X-Theft | $250,000 | 5% |

| 1 | 43 | Bldg | $961,584 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
|---|----|------|----------|------|-----|-----------------|----------|-----|
| 1 | 44 | Bldg | $507,503 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 45 | Bldg | $320,528 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 46 | Bldg | $440,726 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 47 | Bldg | $320,528 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 48 | Bldg | $427,371 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 49 | Bldg | $166,942 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 50 | Bldg | $373,949 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 51 | Bldg | $427,371 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 52 | Bldg | $427,371 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 53 | Bldg | $160,264 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 54 | Bldg | $641,056 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 55 | Bldg | $400,660 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 56 | Bldg | $427,371 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 57 | Bldg | $160,264 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 58 | Bldg | $267,107 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 59 | Bldg | $300,495 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 60 | Bldg | $213,685 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 61 | Bldg | $373,949 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 62 | Bldg | $600,990 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 63 | Bldg | $373,949 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 64 | Bldg | $400,660 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 65 | Bldg | $360,594 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 66 | Bldg | $480,792 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 67 | Bldg | $333,883 | N/A% | ACV | Special X-Theft | $250,000 | 5% |

| 1 | 68 | Bldg | $261,764 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 69 | Bldg | $400,660 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 70 | Bldg | $961,584 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 71 | Bldg | $400,660 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 72 | Bldg | $400,660 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 73 | Bldg | $961,584 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 74 | Bldg | $523,529 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 75 | Bldg | $333,883 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 76 | Bldg | $333,883 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 77 | Bldg | $480,792 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 78 | Bldg | $261,764 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 79 | Bldg | $523,529 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 80 | Bldg | $641,056 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 81 | Bldg | $523,529 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 82 | Bldg | $333,883 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 83 | Bldg | $523,529 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 84 | Bldg | $641,056 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 85 | Bldg | $333,883 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 86 | Bldg | $400,660 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 87 | Bldg | $333,883 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 88 | Bldg | $427,371 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 89 | Bldg | $540,891 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 90 | Bldg | $213,685 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 91 | Bldg | $333,883 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 92 | Bldg | $160,264 | N/A% | ACV | Special X-Theft | $250,000 | 5% |

| 1 | 93 | Bldg | $621,023 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
|---|----|------|----------|------|-----|-----------------|----------|-----|
| 1 | 94 | Bldg | $480,792 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 95 | Bldg | $523,529 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 96 | Bldg | $400,660 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 97 | Bldg | $600,990 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 98 | Bldg | $28,113 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 99 | Bldg | $28,113 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 100 | Bldg | $28,113 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 101 | Bldg | $28,113 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 102 | Bldg | $28,180 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 103 | Bldg | $28,180 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| 1 | 104 | Bldg | $28,180 | N/A% | ACV | Special X-Theft | $250,000 | 5% |
| **Coverages above are subject to a $5,000,000 Primary Loss Limit** | | | | | | | | |

**Property Premium:   $297,551.00**

| Property Endorsements/Exclusions: |
|---|

HSIC JACKET-POLICY A (07-2021)  HSIC JACKET-POLICY A (07-2021)

IL P 001 01 04  OFAC - U S TREASURY DEPARTMENT OFFICE OF FOREIGN ASSETS CONTROL

DS PN Annual (02-2022)  SKYWARD PRIVACY NOTICE

NI_SCHED 08-12  SCHEDULE OF NAMED INSURED(S)

LOC-SCHED 08-12  SCHEDULE OF LOCATIONS

HSIC IL DS 00 09 08 11 12  COMMON POLICY DECLARATIONS

HSIC CP DS 00 10 00 11 12  COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS PAGE

HSIC CP DS  01 10 00 11 12  COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS

HSIC CP DS ES 01 01 10 20  PRIMARY LOSS LIMIT POLICY COVERAGE DECLARATIONS

FORMS - SCHED 08 12  SCHEDULE OF FORMS AND ENDORSEMENTS

CP 00 10 10 12  BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CP 00 90 07 88  COMMERCIAL PROPERTY COVERAGE CONDITIONS

CP 01 40 07 06  EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

CP 03 21 10 12  WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

CP 04 50 07 88  VACANCY PERMIT

CP 10 30 09 17  CAUSES OF LOSS - SPECIAL FORM

CP 10 33 10 12  THEFT EXCLUSION

CP 10 75 12 20  CYBER INCIDENT EXCLUSION

CP 10 36 10 12  LIMITATIONS ON COVERAGE FOR ROOF SURFACING

CP 10 56 06 07  SPRINKLER LEAKAGE EXCLUSION

IL 00 03 09 08  CALCULATION OF PREMIUM

IL 00 17 11 98  COMMON POLICY CONDITIONS

IL 09 35 07 02  EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

IL 09 53 01 15   EXCLUSION OF CERTIFIED ACTS OF TERRORISM

IL 12 01 11 85  POLICY CHANGES

HSIC CP ES 01 01 10 20  ALUMINUM WIRING EXCLUSION

HSIC CP ES 01 06 10 20  TOTAL LOSS ENDORSEMENT

HSIC CP ES 01 07 10 20  PROTECTIVE SAFEGUARDS

HSIC IL ES 01 01 10 20  ACTUAL CASH VALUE

HSIC CP ES 01 08 10 20  PERMISSION FOR EXCESS INSURANCE

HSIC CP ES 01 09 10 20  PRIMARY LOSS LIMIT POLICY COMBINATION ENDORSEMENT

HSIC CP ES 01 10 10 20  ABSOLUTE MOLD EXCLUSION

HSIC CP ES 01 30 02 22  CLAIMS - LIMITATION

HSIC CP ES 01 11 10 20  ASBESTOS EXCLUSION

SOS HSIC CW 09 13  CW SERVICE OF SUIT CLAUSE

HSIC CP ES 01 14 10 20  EXCLUSION - PRE-EXISTING DAMAGE

HSIC CP ES 01 19 01 21  MINIMUM EARNED PREMIUM ENDORSEMENT

HSIC CP ES 01 23 03 21  WATER EXCLUSION ENDORSEMENT

| Premium Summary: |
| --- |

**Property:**        **$297,551.00**

**Inspection Fee:**   **$0.00**

**Terrorism:**       **$0.00**

**Total:**           **$297,551.00**

**Surplus Lines Tax / Fee: To Be Filed By Broker**

## *This policy is subject to the following conditions due at binding. Please read them carefully:*

- 24/7 Security
- Any and all structural work is excluded.
- Pipes drained and/or heat maintained at 60 degrees in all rooms regardless of occupancy.
- Premise(s) is locked, secured and protected from unauthorized entry.
- Premise(s) is physically checked daily by insured or authorized agent of the insured.
- Prior to policy issuance, Terrorism Coverage Option attached must be completed and returned.
- This coverage is not written on a blanket basis, Values are to be scheduled as per application/SOV on file with company
- Video monitoring
- Within 10 days of binding coverage, submit a signed/dated original application.

*Note: All additional Insured information must be provided no later than binding to be scheduled on the policy.*

**ARBOR**
MULTIFAMILY LENDING, LLC

NC Permit #113654

3370 Walden Ave, Ste 114, Depew NY 14043

FORWARDING SERVICE REQUESTED

**Loan Number**
074431

CITYR GROUP AT VISTA SHADOW, LLC
C/O BMGA PROPERTIES CORP
ATTN: ISAAC PERLMUTTER
6370 SHANNON PARKWAY  STE 101
UNION CITY , GA 30291

**Statement Date**
09/06/2022

**Payment Due Date**
07/01/2022

| Current Monthly Payment | Past Due Total | Total Payment Due If Received By 09/12/2022 | Late Fee If Received After 09/12/2022 | Total Due If Received After 09/12/2022 |
|---|---|---|---|---|
| $266,028.51 | $0.00 | $266,028.51 | $7,556.55 | $273,585.06 |

| Borrower Name: | CityR Group at Vista Shadow, LLC | Property Name: | Vista Shadow Mountain |
|---|---|---|---|

| LOAN INFORMATION | | | |
|---|---|---|---|
| Original Balance: | $29,140,000.00 | Insurance Escrow Balance: | $187,849.36 |
| Current Principal Balance: | $26,292,301.08 | MIP Escrow Balance: | $0.00 |
| Current Interest Rate: | 4.70000000% | Total Holdbacks: | $54,009.24 |
| Principal Paid YTD: | $457,690.35 | Replacement Reserve Escrow Balance: | $473,678.67 |
| Interest Paid YTD: | $1,053,620.25 | Repair Reserve Escrow Balance: | $0.00 |
| Taxes Disbursed YTD: | $0.00 | Other Reserve Escrow Balance: | $0.00 |
| Insurance Disbursed YTD: | $237.31 | Deferred Interest Balance: | $0.00 |
| Reserve Disbursed YTD: | $0.00 | Unapplied Funds / Suspense Balance: | $6,460.35 |
| Tax Escrow Balance: | $275,940.42 | Protective Advance Balance: | $0.00 |

| PAYMENT DETAILS | | | |
|---|---|---|---|
| Current Due Principal: | $45,096.94 | Current Late Charge from Prior Month: | $0.00 |
| Current Due Interest: | $106,034.12 | Current Monthly Payment: | $266,028.51 |
| Current Due Tax Escrow: | $27,745.29 | Past Due Principal and Interest: | $0.00 |
| Current Due Insurance Escrow: | $15,600.00 | Past Due Escrow: | $0.00 |
| Current Due MIP Escrow: | $0.00 | Past Due Other: | $0.00 |
| Current Due Replacement Reserve Escrow: | $17,542.92 | Past Due Late Charges: | $0.00 |
| Current Due Cap Rate Escrow: | $0.00 | Past Due Total: | $0.00 |
| Current Due Other Reserve Escrow: | $54,009.24 | Payment Due: | $266,028.51 |
| Current Annual Replacement Reserve Fee: | $1,800.00 | Unapplied Funds: | $0.00 |
| Current Other Amounts: | ($1,800.00) | **TOTAL PAYMENT DUE:** | **$266,028.51** |

*RETAIN FOR YOUR RECORDS*

**YOUR PAYMENT WILL AUTOMATICALLY BE DEDUCTED FROM YOUR BANK ACCOUNT**

| **Loan Number** | **Statement Date** | **Payment Due Date** |
|---|---|---|
| 074431 | 09/06/2022 | 07/01/2022 |

| Current Monthly Payment | Past Due Total | Total Payment Due | Late Fee If Received After 09/12/2022 | Total Due If Received After 09/12/2022 |
|---|---|---|---|---|
| $266,028.51 | $0.00 | $266,028.51 | $7,556.55 | $273,585.06 |

For billing address, telephone number or email address changes,
please contact Customer Service at **(877) 952-7267** or email us at **servicingcustomerservice@arbor.com**.

**EXHIBIT**

**10**

Arbor Multifamily Lending LLC Account Statement

Please note that this statement is provided as a courtesy only. While the information contained herein is believed to be accurate as of the Statement Date, it is not guaranteed, and neither modifies the terms of the relevant loan documents, nor waives any of the lender's rights or remedies, at law or equity, all of which are expressly reserved. The figures contained herein do not necessarily represent the full amount required to satisfy the related loan.

*The Note or other evidence of indebtedness shall prevail over any information to the contrary contained herein.*

| | |
|---|---|
| **Overnight and Regular Mail Address:** | Arbor Multifamily Lending LLC<br>3370 Walden Ave<br>Ste 114<br>Depew, NY  14043-2437 |

Disclosure information:  Arbor Multifamily Lending, LLC is a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.

For Customer Service, please call **(877) 952-7267** or email us at **servicingcustomerservice@arbor.com.**

### Transaction Summary

| Description | Effective | Amount | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| CRSus | 08/08/2022 | $266,028.51 | $0.00 | $0.00 | $0.00 | $0.00 | $266,028.51 |
| SysGenLC | 08/10/2022 | $7,556.55 | $0.00 | $0.00 | $0.00 | $7,556.55 | $0.00 |

Arbor looks forward to continually growing our financial partnership with you.
For our latest loan products and services, visit www.arbor.com.

**ARBOR**
MULTIFAMILY LENDING, LLC

NC Permit #113654

3370 Walden Ave, Ste 114, Depew NY 14043

FORWARDING SERVICE REQUESTED

**Loan Number**
074431

CITYR GROUP AT VISTA SHADOW, LLC
C/O BMGA PROPERTIES CORP
ATTN: ISAAC PERLMUTTER
6370 SHANNON PARKWAY  STE 101
UNION CITY , GA 30291

**Statement Date**
08/10/2022

**Payment Due Date**
07/01/2022

| Current Monthly Payment | Past Due Total | Total Payment Due If Received By  08/10/2022 | Late Fee If Received After 08/10/2022 | Total Due If Received After 08/10/2022 |
|---|---|---|---|---|
| $266,028.51 | $0.00 | $266,028.51 | $7,556.55 | $273,585.06 |

| Borrower Name: | CityR Group at Vista Shadow, LLC | Property Name: | Vista Shadow Mountain |
|---|---|---|---|

| **LOAN INFORMATION** | | | |
|---|---|---|---|
| Original Balance: | $29,140,000.00 | Insurance Escrow Balance: | $187,849.36 |
| Current Principal Balance: | $26,292,301.08 | MIP Escrow Balance: | $0.00 |
| Current Interest Rate: | 4.70000000% | Total Holdbacks: | $54,009.24 |
| Principal Paid YTD: | $457,690.35 | Replacement Reserve Escrow Balance: | $473,678.67 |
| Interest Paid YTD: | $1,053,620.25 | Repair Reserve Escrow Balance: | $0.00 |
| Taxes Disbursed YTD: | $0.00 | Other Reserve Escrow Balance: | $0.00 |
| Insurance Disbursed YTD: | $237.31 | Deferred Interest Balance: | $0.00 |
| Reserve Disbursed YTD: | $0.00 | Unapplied Funds / Suspense Balance: | $6,460.35 |
| Tax Escrow Balance: | $275,940.42 | Protective Advance Balance: | $0.00 |

| **PAYMENT DETAILS** | | | |
|---|---|---|---|
| Current Due Principal: | $44,915.16 | Current Late Charge from Prior Month: | $0.00 |
| Current Due Interest: | $106,215.90 | Current Monthly Payment: | $266,028.51 |
| Current Due Tax Escrow: | $27,745.29 | Past Due Principal and Interest: | $0.00 |
| Current Due Insurance Escrow: | $15,600.00 | Past Due Escrow: | $0.00 |
| Current Due MIP Escrow: | $0.00 | Past Due Other: | $0.00 |
| Current Due Replacement Reserve Escrow: | $17,542.92 | Past Due Late Charges: | $0.00 |
| Current Due Cap Rate Escrow: | $0.00 | Past Due Total: | $0.00 |
| Current Due Other Reserve Escrow: | $54,009.24 | Payment Due: | $266,028.51 |
| Current Annual Replacement Reserve Fee: | $0.00 | Unapplied Funds: | $0.00 |
| Current Other Amounts: | $0.00 | **TOTAL PAYMENT DUE:** | **$266,028.51** |

*RETAIN FOR YOUR RECORDS*

**YOUR PAYMENT WILL AUTOMATICALLY BE DEDUCTED FROM YOUR BANK ACCOUNT**

| **Loan Number** | **Statement Date** | **Payment Due Date** |
|---|---|---|
| 074431 | 08/10/2022 | 07/01/2022 |

| Current Monthly Payment | Past Due Total | Total Payment Due | Late Fee If Received After 08/10/2022 | Total Due If Received After 08/10/2022 |
|---|---|---|---|---|
| $266,028.51 | $0.00 | $266,028.51 | $7,556.55 | $273,585.06 |

For billing address, telephone number or email address changes,
please contact Customer Service at **(877) 952-7267** or email us at **servicingcustomerservice@arbor.com**

**EXHIBIT**
**11**

Please note that this statement is provided as a courtesy only. While the information contained herein is believed to be accurate as of the Statement Date, it is not guaranteed, and neither modifies the terms of the relevant loan documents, nor waives any of the lender's rights or remedies, at law or equity, all of which are expressly reserved. The figures contained herein do not necessarily represent the full amount required to satisfy the related loan.

*The Note or other evidence of indebtedness shall prevail over any information to the contrary contained herein.*

| **Overnight and Regular Mail Address:** | Arbor Multifamily Lending LLC |
| --- | --- |
| | 3370 Walden Ave |
| | Ste 114 |
| | Depew, NY  14043-2437 |

Disclosure information:  Arbor Multifamily Lending, LLC is a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.

For Customer Service, please call **(877) 952-7267** or email us at **servicingcustomerservice@arbor.com.**

### Transaction Summary

| Description | Effective | Amount | Principal | Interest | Escrow | Late Charge | Other |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CRSus | 07/07/2022 | $266,028.51 | $0.00 | $0.00 | $0.00 | $0.00 | $266,028.51 |
| SysGenLC | 07/11/2022 | $7,556.55 | $0.00 | $0.00 | $0.00 | $7,556.55 | $0.00 |

Arbor looks forward to continually growing our financial partnership with you.
For our latest loan products and services, visit www.arbor.com.



NC Permit #113654

April 23, 2021

*Via Federal Express Next Business Day Delivery,*
*U.S.P.S. Certified Mail – Return Receipt Requested and U.S.P.S. First Class Mail*

CityR Group at Vista Shadow, LLC
141 Ayers Court
Teaneck, NJ 07666
Attn: Michael Sabo

Michael Sabo
2 Slevin Court
Monsey, NY 10952

Re:          **NOTICE OF DEMAND (the "Notice")**

<u>Lender</u>:                          Fannie Mae
<u>Mortgaged Property</u>:          6000 South Memorial Dr., Tulsa, OK 74145
<u>Mortgage Loan Number</u>: 1717465753 (the "Mortgage Loan" or the "Loan")
<u>Servicer</u>:                        Arbor Commercial Funding I, LLC

Multifamily Note (the "Note") dated as of July 17, 2015 in the principal amount of $29,140,000.00 made by CityR Group at Vista Shadow LLC, (the "Borrower"), payable to the order of Arbor Commercial Funding, LLC ("Original Lender"), which Note is secured by, inter alia, certain real property more particularly described in the Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing of even date therewith (the "Security Instrument"), covering certain real and personal property located at 6000 South Memorial Dr., Tulsa, OK 74145 more particularly described in the Security Instrument (the "Mortgaged Property" or the "Property"), which Property is known as Vista Shadow Mountain. The Mortgage Loan is serviced by Arbor Commercial Funding I, LLC ("Servicer"). Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to such terms in the Multifamily Loan and Security Agreement dated as of July 17, 2015 (the "Loan Agreement").

Dear Borrower:

As you are aware, at your request, a Forbearance and Non-Waiver Agreement ("Forbearance") was entered into on November 25, 2020 by due to Borrower's monetary default under the terms of the Mortgage Loan documents. Said forbearance was for the months of October, November and December 2020. At Borrower's further request, on January 14, 2021, an Extension of Forbearance and Non-Waiver ("Extension") was granted for the months of January, February and March 2021. Pursuant to the terms of the Forbearance and Extension payments were to resume on April 1, 2021 and include a 1/24th portion of the forborne amount along with each regularly scheduled monthly payment. To date, Borrower has failed to remit the regularly scheduled April monthly payment as well as the 1/24th forborne amount.

**ARBOR**
3370 Walden Ave, Suite 114  Depew, NY 14043
877.952.7267  FAX 716.565.3298

Arbor Commercial Funding I, LLC is a debt collector attempting to collect a debt

EXHIBIT
12

Demand is hereby made for Borrower to immediately remit the regularly scheduled monthly payment amount for April as well as the 1/24th forborne amount.

The Servicer's or Lender's acceptance of any payment on the Mortgage Loan should not be considered an approval of the matter discussed herein or a novation, modification, or renewal of the Mortgage Loan. Notwithstanding the acceptance of any payments or any other amounts at any time by the Servicer, Lender does not waive any default which may exist under the Note and related Loan Documents executed in connection with the Note. Furthermore, acceptance of any payment shall not act as a waiver of, nor prevent Lender from exercising any right, remedy, or power available to Lender, including, without limitation, all rights, remedies, and powers granted under the Security Instrument and any related Loan Documents and at law or in equity.

Lender reserves all rights and remedies provided for under the Loan Documents including but not limited to (i) acceleration of the Loan, (ii) the right to foreclose the Security Instrument by judicial proceeding, (iii) the right to obtain the appointment of a rent receiver without notice, and (iv) invoke any and all other remedies permitted by Oklahoma law or provided in the Security Instrument or in any other Loan Document. Lender further reserves its right to foreclose the Security Instrument for any portion of the Indebtedness which is then due and payable, subject to the continuing lien of the Security Instrument for the balance of the Indebtedness. Lender further reserves the right to collect all costs and expenses permitted by Oklahoma law, including attorneys' fees, costs of documentary evidence, abstracts, title reports, statutory costs and any additional allowance made pursuant to Civil Practice Law and Rules. The rights and remedies stated herein are in addition to Lender's rights and remedies under Oklahoma law.

This Notice is delivered without prejudice to Lender's other rights and remedies, all of which are expressly reserved.

Very truly yours,

Michelle Pirritano
Vice President, Loan Surveillance

cc:      Fannie Mae
         Mario Arena

**Tami Hines**

| | |
|---|---|
| **From:** | Michael Cityrgroup <Michael@cityrgroup.com> |
| **Sent:** | Thursday, October 13, 2022 9:45 AM |
| **To:** | Tami Hines |
| **Subject:** | Fwd: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain |

**From:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Date:** October 13, 2022 at 9:09:46 AM EDT
**To:** Mendy Matusof <mendymatusof@gmail.com>, Brian Belcher <BBelcher@arbor.com>
**Cc:** Michael Cityrgroup <Michael@cityrgroup.com>, Gillian Harrington <GHarrington@arbor.com>
**Subject: RE: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain**

 Brain,
Payment mortgage of October have still not pulled from our account, what's going on???


-------- הודעה מקורית --------
מאת: Ravit Rubin Lahav <ravit@cityrgroup.com>
תאריך: 12.10.2022 18:56 (GMT+02:00)
אל: Mendy Matusof <mendymatusof@gmail.com>, Brian Belcher <BBelcher@arbor.com>
עותק: Michael Cityrgroup <Michael@cityrgroup.com>, Gillian Harrington <GHarrington@arbor.com>
נושא: RE: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

Brain hi,
Why haven't you pull the money for the October mortgage payment?
We also didn't receive October mortgage statement, please send it.
Thanks

**From:** Mendy Matusof <mendymatusof@gmail.com>
**Sent:** Friday, October 7, 2022 11:28 PM

1

**EXHIBIT**

**13**

**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

Hi Brian,

Please send us the October mortgage statement.

Thank you.

On Tue, Sep 6, 2022 at 1:57 PM Brian Belcher <BBelcher@arbor.com> wrote:

Good Morning,

Please see attached.

Thanks

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.** | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

---

**From:** Mendy Matusof <mendymatusof@gmail.com>
**Sent:** Friday, September 2, 2022 12:37 PM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

⚠ **EXTERNAL EMAIL**

Hi Brian,

Please send us the September mortgage statement.

Thank you.


On Wed, Aug 10, 2022 at 3:08 PM Brian Belcher <BBelcher@arbor.com> wrote:

Good Afternoon,

Please see attached.


**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

Website | Email | Facebook | LinkedIn | Twitter | Instagram | YouTube

---

**From:** Mendy Matusof <mendymatusof@gmail.com>
**Sent:** Wednesday, August 10, 2022 1:45 PM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain


⚠ **EXTERNAL EMAIL**

Hi Brian,

Please send us the mortgage statement.

Thank you.


On Fri, Jul 8, 2022 at 10:05 AM Brian Belcher <BBelcher@arbor.com> wrote:

Good Morning Mendy,

Please see attached. Thanks!


**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

Website | Email | Facebook | LinkedIn | Twitter | Instagram | YouTube

---

**From:** Mendy Matusof <mendymatusof@gmail.com>
**Sent:** Friday, July 8, 2022 9:59 AM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain


⚠ **EXTERNAL EMAIL**

Hi Brian,

Reminder to please send us the mortgage statement.

Thank you.

On Wed, Jul 6, 2022 at 4:39 PM Mendy Matusof <mendymatusof@gmail.com> wrote:

Hi Brian,

Please provide the July statement.

Thanks.

On Thu, Jun 2, 2022 at 1:38 PM Mendy Matusof <mendymatusof@gmail.com> wrote:

Hi Brian,

Please forward the June statement when it is ready.

Thank you.

On Fri, May 6, 2022 at 11:07 AM Brian Belcher <BBelcher@arbor.com> wrote:

Morning Mendy,

Sorry, I have been out of the office. Did you receive the May invoice?

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

Website | Email | Facebook | LinkedIn | Twitter | Instagram | YouTube

**From:** Mendy Matusof <mendymatusof@gmail.com>
**Sent:** Thursday, May 5, 2022 4:03 PM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Ravit Rubin Lahav <ravit@citygroup.com>
**Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

⚠ **EXTERNAL EMAIL**

Hi Brian,

If you are back in the office, please provide the May mortgage statement.

Thank you.

On Wed, May 4, 2022 at 2:16 PM Mendy Matusof <mendymatusof@gmail.com> wrote:

Hi,

Please provide the May mortgage statement.

Thank you.

On Tue, Apr 12, 2022 at 2:57 PM Brian Belcher <BBelcher@arbor.com> wrote:

Mendy,

The YTD loan history is attached. The $237.31 was part of an additional invoice we received for the City R loans (see attached).

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742 | Fax (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

---

**From:** Mendy Matusof <mendymatusof@gmail.com>
**Sent:** Tuesday, April 12, 2022 2:15 PM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain


⚠ **EXTERNAL EMAIL**

Hi Brian,

Can you please send me a YTD loan history breakdown?

(For me to book the March and April payments properly I need to see how they were applied. I also see that some of the unapplied funds were applied for which I need the breakdown).

Also, I see on the latest statement that there is a $237.31 insurance disbursement. Do you know what this is about?

Thanks.

On Tue, Apr 12, 2022 at 9:53 AM Brian Belcher <BBelcher@arbor.com> wrote:

> Great thanks
>
>
> **Brian Belcher**
> Director, Team Lead
>
> **Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
> Tel (716) 393-4742 | Fax  (516) 506-4562
>
> **Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**
>
> ---
>
> **From:** Mendy Matusof <mendymatusof@gmail.com>
> **Sent:** Tuesday, April 12, 2022 9:35 AM
> **To:** Brian Belcher <BBelcher@arbor.com>
> **Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
> **Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

5

⚠ **EXTERNAL EMAIL**

Thank you.

Yes, the payment has been pulled.

On Tue, Apr 12, 2022, 9:30 AM Brian Belcher <BBelcher@arbor.com> wrote:

Good Morning,

See attached statement. Has the April ACH payment been pulled from your account?

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.** | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742 | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

**From:** Mendy Matusof <mendymatusof@gmail.com>
**Sent:** Monday, April 11, 2022 4:42 PM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Subject:** Re: March Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

⚠ **EXTERNAL EMAIL**

Hi,

Please send the April invoice.

Thank you.

On Thu, Mar 3, 2022 at 10:51 AM Brian Belcher <BBelcher@arbor.com> wrote:

Good Morning,

Please see the attached March invoice for Vista Shadow. Thanks!

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.** | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742 | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

6

**From:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Sent:** Thursday, March 3, 2022 9:35 AM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** mendymatusof@gmail.com
**Subject:** RE: February Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

⚠ **EXTERNAL EMAIL**

Brian hi,
Please send us March invoice
Thanks

---

**From:** Brian Belcher <BBelcher@arbor.com>
**Sent:** Friday, January 21, 2022 4:19 PM
**To:** Ravit Rubin Lahav <ravit@cityrgroup.com>; Michael Cityrgroup <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Andrea Ferber <andrea@3prp.com>
**Subject:** RE: February Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain
**Importance:** High

Good Morning,

Please see the attached February invoice for loan# 074431 Vista Shadow Mountain.

Thanks

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562
**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

---

**From:** Brian Belcher
**Sent:** Tuesday, December 28, 2021 8:49 AM
**To:** Ravit Rubin Lahav <ravit@cityrgroup.com>; Michael Cityrgroup <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Andrea Ferber <andrea@3prp.com>
**Subject:** RE: January Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain
**Importance:** High

Good Morning,

Please see the attached January invoice for loan# 074431 Vista Shadow Mountain.

As a reminder, the January payment is setup for ACH. I'm monitoring the loan to make sure that the ACH payment issue from last month has been resolved.

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

Website | Email | Facebook | LinkedIn | Twitter | Instagram | YouTube

---

**From:** Brian Belcher
**Sent:** Tuesday, November 30, 2021 10:20 AM
**To:** Ravit Rubin Lahav <ravit@cityrgroup.com>; Michael Cityrgroup
<Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Subject:** RE: December Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow
Mountain

Good Morning,

Please see the attached December invoice for loan# 074431 Vista Shadow Mountain.

I noticed that you have been wiring the payment the last two months. Just an FYI, this loan is
still setup for the monthly ACH mortgage payment to be automatically pulled from the
operating account. The ACH payment is a requirement of the loan. I just wanted to inform
you of this as wring the payment and having the monthly ACH payment pull the payment
could cause issues in the future.

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

Website | Email | Facebook | LinkedIn | Twitter | Instagram | YouTube

---

**From:** Brian Belcher
**Sent:** Wednesday, November 3, 2021 2:31 PM
**To:** Ravit Rubin Lahav <ravit@cityrgroup.com>; Michael Cityrgroup
<Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Subject:** RE: November Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow
Mountain

Good Afternoon,

Please see the attached November invoice for loan# 074431 Vista Shadow Mountain.

**Brian Belcher**
Director, Team Lead

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

**From:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Sent:** Wednesday, November 3, 2021 1:02 PM
**To:** Brian Belcher <BBelcher@arbor.com>; Michael Cityrgroup <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Michelle Pirritano <MPirritano@arbor.com>
**Subject:** RE: October Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

⚠ **EXTERNAL EMAIL**

Brain hi,
Can you please send November invoice for Loan# 74431 Vista Shadow Mountain?
Thanks
Ravit

---

**From:** Brian Belcher <BBelcher@arbor.com>
**Sent:** Wednesday, October 6, 2021 5:00 PM
**To:** Ravit Rubin Lahav <ravit@cityrgroup.com>; Michael Cityrgroup <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Michelle Pirritano <MPirritano@arbor.com>
**Subject:** RE: October Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

Good Morning,

The wire has been received. Thanks

**Brian Belcher**
Senior Loan Surveillance Manager

**Arbor Realty Trust, Inc.** | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742 | Fax (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

---

**From:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Sent:** Wednesday, October 6, 2021 4:19 AM
**To:** Brian Belcher <BBelcher@arbor.com>; Michael Cityrgroup <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Michelle Pirritano <MPirritano@arbor.com>
**Subject:** RE: October Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

⚠ **EXTERNAL EMAIL**

Brain hi,
Attached wire confirmation for October invoice of Vista Shadow.
Please confirm that you received it.
Thanks,

Ravit

---

**From:** Brian Belcher <BBelcher@arbor.com>
**Sent:** Tuesday, September 21, 2021 6:31 PM
**To:** Michael Cityrgroup <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Subject:** RE: October Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain
**Importance:** High

Disregard the previous invoice. Attached is the correct October invoice.

**Brian Belcher**
Senior Loan Surveillance Manager

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

---

**From:** Brian Belcher
**Sent:** Tuesday, September 21, 2021 10:29 AM
**To:** Michael Cityrgroup <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>; Anna Marie Misener
<AMisener@arbor.com>; Gillian Harrington <GHarrington@arbor.com>
**Subject:** RE: October Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

Good Afternoon,

Please see the attached October invoice for loan# 074431 Vista Shadow Mountain.

Let me know if you have any questions.

Thanks

**Brian Belcher**
Senior Loan Surveillance Manager

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

---

**From:** Brian Belcher
**Sent:** Monday, August 30, 2021 3:07 PM
**To:** 'Michael Cityrgroup' <Michael@cityrgroup.com>; yehuda reich <ybreich@gmail.com>
**Cc:** Ravit Rubin Lahav <ravit@cityrgroup.com>; Anna Marie Misener
<AMisener@arbor.com>; Gillian Harrington <GHarrington@arbor.com>

**Subject:** RE: September Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain

Good Afternoon,

Please see the attached September invoice for loan# 074431 Vista Shadow Mountain.

Let me know if you have any questions.

Thanks

**Brian Belcher**
Senior Loan Surveillance Manager

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** | **YouTube**

---

**From:** Brian Belcher
**Sent:** Thursday, July 29, 2021 10:31 AM
**To:** Michael Cityrgroup <Michael@cityrgroup.com>; Isaac Perlmutter <iperlmutter@bmgaproperties.com>
**Cc:** Mendel Matusof <mmatusof@bmgaproperties.com>; Moses Fish <mfish@bmgaproperties.com>
**Subject:** RE: August Invoice- Forbearance Repayment- Loan# 74431 Vista Shadow Mountain
**Importance:** High

Good Afternoon,

Please see the attached August invoice for loan# 074431 Vista Shadow Mountain.

Let me know if you have any questions.

Thanks

**Brian Belcher**
Senior Loan Surveillance Manager

**Arbor Realty Trust, Inc.**  | 3370 Walden Avenue, Suite 114 | Depew, NY 14043
Tel (716) 393-4742  | Fax  (516) 506-4562

**Website** | **Email** | **Facebook** | **LinkedIn** | **Twitter** | **Instagram** |

Arbor Multifamily Lending, LLC is a registered debt collector.

This email contains privileged and/or confidential information and is for the sole use of the

intended recipient(s). If you are not the intended recipient, a disclosure copy and distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received this message in error and delete it.

Arbor Multifamily Lending, LLC is a registered debt collector.

This email contains privileged and/or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, a disclosure copy and distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received this message in error and delete it.

Arbor Multifamily Lending, LLC is a registered debt collector.

This email contains privileged and/or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, a disclosure copy and distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received this message in error and delete it.

Arbor Multifamily Lending, LLC is a registered debt collector.

This email contains privileged and/or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, a disclosure copy and distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received this message in error and delete it.

Arbor Multifamily Lending, LLC is a registered debt collector.

This email contains privileged and/or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, a disclosure copy and distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received this message in error and delete it.

Arbor Multifamily Lending, LLC is a registered debt collector.

This email contains privileged and/or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, a disclosure copy and distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received this message in error and delete it.

**Tami Hines**

| | |
|---|---|
| **From:** | Michael Sabo <michael@3prp.com> |
| **Sent:** | Wednesday, October 19, 2022 8:37 AM |
| **To:** | Tami Hines |
| **Subject:** | Fwd: Sandpiper Apartments 08.22  - mortgage statement balances |
| **Attachments:** | Sandpiper Billing Statement  ARBOR PRINT (629517).pdf |

Begin forwarded message:

> **From:** Brian Belcher <BBelcher@arbor.com>
> **Date:** October 18, 2022 at 10:30:25 AM EDT
> **To:** Ravit Rubin Lahav <ravit@cityrgroup.com>
> **Cc:** Michael Sabo <michael@3prp.com>, Jenny Umansky <jenny@cityrgroup.com>
> **Subject: RE: Sandpiper Apartments 08.22  - mortgage statement balances**
>
>
> Good Morning Ravit,
>
> Please see requested statement for Sandpiper.
>
> Also in regards to your prior e-mails about Vista Shadow. Asset Management has been instructed that all communications relating to Vista Shadow need to made between the Borrower's legal counsel and Fannie Mae's legal counsel.
>
> Thanks
>
>
>
> **Brian Belcher**
> Director, Team Lead
>
> **Arbor Realty Trust, Inc.** | 500 Colvin Woods Parkway, Suite 200 | Tonawanda, NY 14150
> Tel (716) 393-4742  | Fax  (516) 506-4562
> **Website | Email | Facebook | LinkedIn | Twitter | Instagram | YouTube**

1

**EXHIBIT**
**14**

**From:** Ravit Rubin Lahav <ravit@cityrgroup.com>
**Sent:** Tuesday, October 18, 2022 9:32 AM
**To:** Brian Belcher <BBelcher@arbor.com>
**Cc:** Michael Sabo <michael@3prp.com>; Jenny Umansky <jenny@cityrgroup.com>
**Subject:** FW: Sandpiper Apartments 08.22 - mortgage statement balances

⚠ **EXTERNAL EMAIL**

Brain,
Please see below, we don't have updated October mortgage statement of Sandpiper, can you please send us?
Thanks

**Links contained in this email have been replaced by ZixProtect Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.**

SANDPIPER APARTMENTS OWNER, LLC
ATTN:ANDREIS LEWIS
7312 LOUETTA ROAD
SUITE B118-133
SPRING, TX 77379

| Current Monthly Payment | Past Due Total | Total Payment Due If Received By 9/12/2022 | Late Fee If Received After 9/12/2022 |
|---|---|---|---|
| $92,821.09 | $4,723.96 | $97,545.05 | $3,05 |

| Borrower Name: | Sandpiper Apartments Owner, LLC | | Property Name: | Sandpiper Apartmen |
|---|---|---|---|---|

| LOAN INFORMATION | | | |
|---|---|---|---|
| Original Balance: | $11,900,000.00 | Insurance Escrow Balance: | |
| Current Principal Balance: | $11,704,979.17 | MIP Escrow Balance: | |
| Current Interest Rate: | 4.61000000% | Total Holdbacks: | |
| Principal Paid YTD: | $122,239.82 | Replacement Reserve Escrow Balan | |
| Interest Paid YTD: | $366,366.74 | Repair Reserve Escrow Balance: | |
| Taxes Disbursed YTD: | $249,566.74 | Other Reserve Escrow Balance: | |
| Insurance Disbursed YTD: | $237.31 | Deferred Interest Balance: | |
| Reserve Disbursed YTD: | $0.00 | Unapplied Funds / Suspense Balanc | |
| Tax Escrow Balance: | $235,668.10 | Protective Advance Balance: | |

| PAYMENT DETAILS | | | |
|---|---|---|---|
| Current Due Principal: | $14,610.30 | Current Late Charge from Prior Mont | |
| Current Due Interest: | $46,465.52 | Current Monthly Payment: | |
| Current Due Tax Escrow: | $12,681.24 | Past Due Principal and Interest: | |
| Current Due Insurance Escrow: | $12,152.36 | Past Due Escrow: | |
| Current Due MIP Escrow: | $0.00 | Past Due Other: | |
| Current Due Replacement Reserve Escrow: | $6,911.67 | Past Due Late Charges: | |

SANDPIPER APARTMENTS OWNER, LLC
ATTN:ANDREIS LEWIS
7312 LOUETTA ROAD
SUITE B118-133
SPRING, TX 77379

| Current Monthly Payment | Past Due Total | Total Payment Due If Received By 10/11/2022 | Late Fee If Received After 10/11/2022 |
|---|---|---|---|
| $95,874.88 | $97,545.05 | $193,419.93 | $3,053 |

| Borrower Name: | Sandpiper Apartments Owner, LLC | Property Name: | Sandpiper Apartment |
|---|---|---|---|

| LOAN INFORMATION | | |
|---|---|---|
| Original Balance: | $11,900,000.00 | Insurance Escrow Balance: |
| Current Principal Balance: | $11,704,979.17 | MIP Escrow Balance: |
| Current Interest Rate: | 4.61000000% | Total Holdbacks: |
| Principal Paid YTD: | $122,239.82 | Replacement Reserve Escrow Balan |
| Interest Paid YTD: | $366,366.74 | Repair Reserve Escrow Balance: |
| Taxes Disbursed YTD: | $249,566.74 | Other Reserve Escrow Balance: |
| Insurance Disbursed YTD: | $237.31 | Deferred Interest Balance: |
| Reserve Disbursed YTD: | $0.00 | Unapplied Funds / Suspense Balance |
| Tax Escrow Balance: | $235,668.10 | Protective Advance Balance: |

| PAYMENT DETAILS | | |
|---|---|---|
| Current Due Principal: | $16,165.32 | Current Late Charge from Prior Month |
| Current Due Interest: | $44,910.50 | Current Monthly Payment: |
| Current Due Tax Escrow: | $12,681.24 | Past Due Principal and Interest: |
| Current Due Insurance Escrow: | $12,152.36 | Past Due Escrow: |
| Current Due MIP Escrow: | $0.00 | Past Due Other: |
| Current Due Replacement Reserve Escrow: | $6,911.67 | Past Due Late Charges: |

Please let me know if you have any questions.


Arbor Multifamily Lending, LLC is a registered debt collector.


This email contains privileged and/or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, a disclosure copy and distribution or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received this message in error and delete it.

 **Wires**

# Payment Information

CHIPS Confirmation No

▮▮▮▮▮▮▮▮▮▮

Payment ID
3413

Type
Wire

Name
Arbor Multifamily Lending

Status
Successful

Modified
11/03/2022 02:57 pm ET by ANDI18

# Debit Account

Debit Account
CITYR GROUP AT VISTA SHADOW LLC
Acct No 7889839671 USD

# Beneficiary

Beneficiary
Arbor Multifamily Lending
United States of America (US)
Acct No ▮▮▮▮▮▮

Beneficiary Bank
BANK OF AMERICA, N.A.
222 BROADWAY
NEW YORK 10038
United States of America (US)
FEDWIRE No ▮▮▮▮▮▮

# Payment Details

Debit Currency
USD - United States Dollar

Credit Currency
USD - United States Dollar

Amount
266,030.00 USD

Value Date
11/03/2022

# References

Originator to Beneficiary Information

OBI
CITYR GROUP AT VISTA SHADOW

OBI
Loan #074431

Originator
CITYR GROUP AT VISTA SHADOW LLC
141 AYERS CT
TEANECK NJ 076665160
United States of America (US)

Payment References

ID or Acct No
▮▮▮▮▮▮

**EXHIBIT 15**

 **Wires**

# Payment Information

Fed Ref No
1013I1B7032R019448

Payment ID
3362

Type
Wire

Name
Arbor Multifamily Lending

Status
Successful

Modified
10/13/2022 12:47 pm ET by ANDI18

# Debit Account

Debit Account
CITYR GROUP AT VISTA SHADOW LLC
Acct No ███████ USD

# Beneficiary

Beneficiary
Arbor Multifamily Lending
United States of America (US)
Acct No ████████

Beneficiary Bank
BANK OF AMERICA, N.A.
222 BROADWAY
NEW YORK 10038
United States of America (US)
FEDWIRE No ████████

# Payment Details

Debit Currency
USD - United States Dollar

Credit Currency
USD - United States Dollar

Amount
266,030.00 USD

Value Date
10/13/2022

# References

Originator to Beneficiary Information

OBI
CITYR GROUP AT VISTA SHADOW

OBI
Loan #074431

Originator
CITYR GROUP AT VISTA SHADOW LLC
141 AYERS CT
TEANECK NJ 076665160
United States of America (US)

Payment References

ID or Acct No
████████

EXHIBIT
16