IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22-cv-00494-GKF-JFJ |
| (1) CITYR GROUP AT VISTA SHADOW LLC; | ) ) ) ) | |
| and | ) ) | |
| (2) MICHAEL SABO, an individual, | ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of the above-captioned action. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

*s/Christopher Scaperlanda*
Christopher M. Scaperlanda, OBA #31703
Ross Plourde, OBA #7193
MCAFEE & TAFT A Professional Corporation
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73120
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439
christopher.scaperlanda@mcafeetaft.com
ross.plourde@mcafeetaft.com

***Attorneys for Plaintiff Federal National Mortgage Association***

and

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*/s/ Tami J. Hines*
Tami J. Hines, OBA # 32014
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone (405) 553-2828
Facsimile (405) 553-2855
thines@hallestill.com

-and-

Jerrick L. Irby, OBA #30876
Lauren Marciano, OBA #32454
320 South Boston, Suite 200
Tulsa, OK 74103-3706
Telephone (918) 594-0400
Facsimile (918) 594-0505
jirby@hallestill.com
lmarciano@hallestill.com

**ATTORNEYS FOR CITYR GROUP AT VISTA SHADOW LLC AND MICHAEL SABO**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

<em>s/Christopher Scaperlanda</em>